CR 09 170

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT E.D.N.Y.
★ DEC 08 2009 ★
LONG ISLAND OFFICE

BIANCO, J.

BOYLE, M.

USAO# 2007R01344

1. Title of Case: United States v. Kevin Wells

2. Related Magistrate Docket Number(s) 08 M 01054

   None ( )

3. Arrest Date:

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial: Less than 6 weeks ( X )
   More than 6 weeks ( )

7. County in which crime was allegedly committed: Nassau / Suffolk (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed? ( ) Yes (X) No

9. Have arrest warrants been ordered? ( ) Yes (X) No

10. Is a capital count included in the indictment? ( ) Yes (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: ______________________
Lara Treinis Gatz, AUSA
(631) 715-7913

Rev. 10/01/03