CR 09 170

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 08 2009 ★
BIANCO, J.
BOYLE, M.
LONG ISLAND OFFICE

**CALENDAR MINUTES**
**ON GRAND JURY PRESENTMENT**

Before Magistrate Judge Tomlinson Date 12-8-09

The Grand Jury of 09/30/09 handed up

1 Indictment(s) which were ordered filed by the Court.
(number)

_______ Indictment(s) were ordered sealed by the Court.
(number)

_______ Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

_______ returned for further deliberation.

✓ having completed its business, was dismissed with the thanks of the Court.

Robert C. Heinemann
Clerk of the Court

_______ Deputy Clerk