DMJ:LTG

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★    MAR 2 4 2010    ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSEPH ROMANO
and RUSSELL BARNES,

          Defendants.

- - - - - - - - - - - - - - - - - - -X

GOVERNMENT'S EX PARTE
<u>MOTION TO REVOKE BAIL</u>

09-CR-170 (S-2)(JFB)

EASTERN DISTRICT OF NEW YORK:

        LARA TREINIS GATZ, being duly sworn, deposes and says:

        1.  I am an Assistant United States Attorney for the Eastern District of New York.

        2.  This application is in support of a motion for revocation of the above-referenced defendants' pretrial release pursuant to Title 18, United States Code, Section 3148(b)(1).  That Section provides in relevant part:

> The attorney for the Government may initiate a proceeding for revocation of and order of release by filing a motion with the district court.  A judicial officer may issue a warrant for the arrest of a person charged with violating a condition of release, and the person shall be brought before a judicial officer in the district in which such person's arrest was ordered for a proceeding in accordance with this section. * * * The judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer-
>
> (1) finds that there is—

(A) probable cause to believe that a person has committed a Federal, State or local crime while on release; and

(B) clear and convincing evidence that the person has violated any [] condition of release

and

(2) finds that—

(A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions that will assure that the person will not flee, . . .; or

(B) the person is unlikely to abide by any condition or combination of conditions of release.

3.    The government submits that based on the evidence set forth in the Affidavit In Support of the Government's Motion For Revocation of Bail by United States Postal Inspector Carl J. Vaccariello, there is sufficient evidence for this Court to find, following a hearing, that (a) the defendants have committed Federal crimes while on release, specifically mail and wire fraud conspiracy in violation of Title 18, United States Code, Section 1349 and (b) the defendants have violated the "ban on telemarketing" condition of Magistrate Judge A. Kathleen Tomlinson's Orders Setting Conditions Of Release and Bond (the "Orders") of November 24, 2008 and November 25, 2008 granting bail,[1] (b) there are no conditions or combination of conditions

---

[1] At subsequent arraignments on the indictment and superseding indictments on April 15, 2009, May 19, 2009 and June 19, 2009, Your Honor reaffirmed the Orders.

that will assure that the defendants will not flee, and/or (c) the defendants are unlikely to abide by any conditions of release.

WHEREFORE, Your applicant requests that arrest warrants be issued;

IT IS FURTHER REQUESTED that this Motion and accompanying Affidavit remain under seal until the execution of said warrants and until ordered un-sealed by this Court;

LARA TREINIS GATZ
Assistant U.S. Attorney

Sworn to before me this 24th day of March 2010

THE HONORABLE JOSEPH F. BIANCO A. Kathleen Tomlinson
UNITED STATES DISTRICT JUDGE Magistrate Judge
EASTERN DISTRICT OF NEW YORK