GX - 1

*United States District Court*
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

**ORDER SETTING CONDITIONS OF RELEASE AND BOND**

v.

Russell Barnes
_____
Defendant

Case No.: 08 M 1054

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or

[X] Upon Unsecured Bond executed by defendant in the amount of $ 200,000 , or

[ ] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: _____ EDNY/SDNY _____

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by 12/1/08 and shall not apply for any other passport.

[X] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and

[X] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;

[ ] must report to that agency (—) in person _____ times per _____ and/or (—) by telephone _____ times per — as directed by PT Services

[ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment, for [ ] substance abuse [ ] alcoholism: [ ] mental health problems.

[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance

[X] 6. Other Conditions: refrain from telemarketing activities of any kind

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ _____ .

The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ _____ ;

[ ] premises located at: _____ owned by _____ .

[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____ .

[ ] Other Conditions: _____

_____    Address: _____
Surety

_____    Address: _____
Surety

_____    Address: _____
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form. _____
Signature of Defendant

Release of the Defendant is hereby ordered on Nov. 24, 2008 .  _____ , USMJ

Distribution:    White-Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant

GX - 2

Case 2:08-mj-01054-WDW   Document 87   Filed 11/25/08   Page 1 of 1

Page 1 of 2

*United States District Court*
**EASTERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA | **ORDER SETTING CONDITIONS OF RELEASE AND BOND** |
|---|---|
| V. | Case No.: 08- M- 1054 |
| Joseph Romano | |
| Defendant | |

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or

[ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or

[X] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY / SDNY / Florida / CT

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by 12/1/08 and shall not apply for any other passport.

[X] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and

[X] a. subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;

[X] must report to that agency [X] in person ___/___ times per month and/or [X] by telephone ___/___ times per week.

[ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment, for [ ] substance abuse [ ] alcoholism: [ ] mental health problems.

[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[X] 6. Other Conditions: refrain from telemarketing activity of any kind

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 1,000,000.

The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated: 67 Montauk Highway Joseph Romano

[ ] cash deposited in the Registry of the Court the sum of $ _____

[X] premises located at: 63/65 Montauk Highway Joseph Romano

[X] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before 12/1/08

[ ] Other Conditions: _____

| _____ | Address: 601 N. Ocean Blvd. Ocean Ridge Fla. 33435 |
| Surety | |
| _____ | Address: _____ |
| Surety | |
| _____ | Address: _____ |
| Surety | |

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on Nov. 25, 2008 . _____, USMJ

Distribution:    White-Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant

GX - 3

Monday, March 22, 2010.



### Invest in Gold and Silver Coins... Diversify and Protect your Portfolio.

With the stock market and other financial markets so volatile, many experienced and novice investors are turning to a tangible investment: gold bullion. Gold bullion holds its value and provides easier liquidity than most other investments.

major credit cards accepted

### The Importance of Gold

**Gold has always been one of the preferred investments of people all over the world. The reason for that is because it is one of the safest forms of investment available. Not just today, but historically.**

Gold prices may fluctuate to some extent, but in the long term, gold always appreciates. To understand this better, go online and check out the price of gold over the last 5 years. Then have a look at the prices of gold coins and what a Krugerrand would have cost you 5 years ago and what it will cost you today. And finally have a look at the way gold futures and options have moved over the last few years. The picture becomes quite clear. Gold may have its ups and downs but over a period of time, the highs more than compensate for the lows.



### Gold Coins and Bullion on the Rise for 2009
### Buy Gold with Confidence!

Investors flock to gold as a safe haven and a way to increase wealth. With the ongoing investment bank crisis and turmoil on Wall Street, investors are looking for safe havens – like gold. Historically, gold holds its value and is the experts' pick for diversifying your portfolio and potentially increasing its performance. In fact, gold has increased in value over 150% since 2001.



### Free Consultation Call: 561.272.2721



**"Top Pros Say: Buy Gold Now"**
Experts tell CNBC that gold is a good buy!

**"The World Melts for Gold"**
Gold-bug fever is spreading!



Copyright © 2009 Collectibles Coins, Inc.

GX - 4



Posting Date   Dec 07 2009

DB/CR         D

Amount        $5,000.00

Item Bank     92

Account       95248250

Check No      1389

Sequence No   5100623649



Posting Date   Dec 30 2009

DB/CR          D

Amount         $5,000.00

Item Bank      92

Account        95248250

Check No       1400

Sequence No    5100898849



Posting Date    Nov 23 2009

DB/CR          D

Amount         $5,000.00

Item Bank      92

Account        95248250

Check No       1274

Sequence No    5100578152





Posting Date   Aug 11 2009

DB/CR          D

Amount         $1,190.00

Item Bank      92

Account        95248250

Check No       1129

Sequence No    7100067042





Posting Date    Jun 11 2009

DB/CR           D

Amount          $1,000.00

Item Bank       92

Account         95248250

Check No        1076

Sequence No     7000898995

COLLECTIBLE COINS INC.
1300 NW 17th Avenue Suite 218
Delray Beach, FL 33445

1051

Date 5-4-05

PAY to the Order of Cash

$ 1000

One hundred and 1/100 Dollars

REGIONS

FOR

⑂004051⑂ ⑉063104668⑉ 0095248250⑂    ⑂0000100000⑂

131824139

Posting Date  May 08 2009

DB/CR        D

Amount       $1,000.00

Item Bank    92

Account      95248250

Check No     1051

Sequence No  7200728371

Page 1 of 1



Posting Date   Jun 22 2009

DB/CR         D

Amount        $1,000.00

Item Bank     92

Account       95248250

Check No      1077

Sequence No   5100819803





Posting Date    May 26 2009

DB/CR           D

Amount          $1,000.00

Item Bank       92

Account         95248250

Check No        1061

Sequence No     7000691102

GX - 5

Page 1 of 1

**Steve Newman**

**From:**    Steve Newman [Snewman@newmanbrokerage.com]
**Sent:**    Tuesday, January 05, 2010 4:01 PM
**To:**      'Joseph Romano'
**Subject:** RE:

Safe travels buddy


**From:** Joseph Romano [mailto:josephromano117@msn.com]
**Sent:** Tuesday, January 05, 2010 4:00 PM
**To:** snewman@newmanbrokerage.com
**Subject:** RE:

Just got back,and Im leaving again tomorrow but writing the checknow.
I will see you when I get back. JOE

# Joseph Romano


From: Snewman@newmanbrokerage.com
To: josephromano117@msn.com
Subject:
Date: Tue, 5 Jan 2010 15:52:35 -0500

U back yet? Also a rent reminder

The Newman Group, LLC

Hotmail: Trusted email
with Microsoft's powerful
SPAM protection. Sign up
now

No virus found in this
incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 270.14.126/2601 - Release Date: 01/05/10 07:35:00

2/2/2010

GX - 6

## Steve Newman

**From:** Steve Newman [Snewman@newmanbrokerage.com]

**Sent:** Tuesday, February 02, 2010 12:41 PM

**To:** 'Joseph Romano'

Hey Joe, You back in town yet? Lets get together, reminder to please send February rent. Thanks man

The Newman Group, LLC

Steve Newman

GX - 7

| User Info | |
|---|---|
| **Field** | **Value** |
| Login | josephromano117@msn.com |
| First Name | Joseph |
| Last Name | Romano |
| State | Florida |
| Zip | 33467 |
| Country | US |
| Timezone | America/New_York |
| Registered from IP | 68.168.218.88 |
| Date Registered {Pacific} | 9/24/2006 4:15:12 PM |
| Reply To Address | josephromano117@msn.com |
| This Account Forwards to the Following Accounts | |
| Accounts Forwarding to This Account | |
| Init Locale | _US |

(Not every field may appear in your report. This data was provided to us by the user, and Microsoft does not make any representations regarding its authenticity.)

Case 2:09-cr-00170-EK     Document 143-3     Filed 03/24/10     Page 22 of 23 PageID #: 322

**GX - 8**

COLLECTIBLE COINS INC.
1300 NW 17th Avenue Suite 218
Delray Beach, FL 33445

1467
63-466/631

1/25/10 DATE

PAY TO THE ORDER OF The Newman Shrup, LLC

$ 3525.75

three thousand five hundred twenty five and 75/100 —— DOLLARS

REGIONS

FOR

⑆001467⑆ ⑆063104668⑆ 0095248250⑆

---

COLLECTIBLE COINS INC
1300 NW 17TH AVE
SUITE 218
DELRAY BEACH FL  33445-2578

1126
63-4/630 FL
1584

DATE 1/5/10

PAY TO THE ORDER OF The Newman Shrup, LLC

$ 3525.75

three thousand five hundred twenty five and 75/100 DOLLARS

Bank of America

ACH R/T 063100277

FOR

⑆001126⑆ ⑆063000047⑆ 898032528746⑆

---

COLLECTIBLE COINS INC.
1300 NW 17th Avenue Suite 218
Delray Beach, FL 33445

1357
63-466/631

11/10/09 DATE

PAY TO THE ORDER OF The Newman Group

$ 3525.75

three thousand five hundred twenty five and 75/100 —— DOLLARS

REGIONS

FOR

⑆001357⑆ ⑆063104668⑆ 0095248250⑆