GX - 10

## Vaccariello, Carl - Insp Svc - Hicksville, NY

**From:**       Cruz, Wesley - Ft Worth, TX - Contractor
**Sent:**       Friday, February 05, 2010 4:01 PM
**To:**         Vaccariello, Carl - Insp Svc - Hicksville, NY
**Subject:**    1028 Return

Let me know if you need anything else sir, have a nice day Inspector.

---

From: Open Fox
Sent: Friday, February 05, 2010 2:58 PM
To: Cruz, Wesley - Ft Worth, TX - Contractor
Subject: RR

RR.FL037065V.WCRUZ.
TXT
--DMVR--
DHSMV RECORD -
P306KQ          1D8GT58K97W551870 DODG          UT     07 003898 ORIGINAL - NEW
                                                              COLOR: WHI

JOSEPH                          ROMANO

6011 N OCEAN BLVD                                 CLASS: 001 GVW: 000000
OCEANRIDGE                            FL 33435-5237   COUNTY RES: 06
DOB: 01/17/63 SEX: M DECAL/YR: 02928763/1 DECAL EXP:01/17/11 USE: PRIVATE


                      REGISTRANT(S) INFORMATION
REGISTRANT 1: JOSEPH                        ROMANO
6011 N OCEAN BLVD                                 SEX: M  DOB: 01/17/63
OCEANRIDGE                       FL      33435-5237   DL#1: RS50480630170
REGISTRANT 2:
                                                  SEX:    DOB:  / /
                                                  NO R2


                      INSURANCE INFORMATION
INSURER: ALLSTATE PROPERTY & CASUALTY INS. CO.   POLICY # 9711362780926
ALLSTATE PLAZA
NORTHBROOK           IL 60062-0000

END DHSMV RESPONSE