

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

August 9, 2010

**VIA ECF**
Counsel of Record

            Re:  United States v. J. Romano, et al.
                 CR 09 170 (S-2)(JFB)

Dear Counsel of Record:

        Enclosed please find a summary chart of the discovery produced to date.  Please contact me as soon as possible if you are not in possession of any of these items.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

                   By:  *Lara Treinis Gatz*
                        Lara Treinis Gatz
                        Assistant U.S. Attorney
                        (631) 715-7913

cc.  The Honorable Joseph F. Bianco