**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LTG:TMS
F.#2007R01344

*610 Federal Plaza*
*Central Islip, New York 11722*

September 27, 2010

**By ECF and Electronic Mail**

Counsel of Record

Re: United States v. Joseph Romano, et al.
Criminal Docket No. 09-170 (S-2) (JFB)

Dear Counsel:

The government submits this letter to provide notice of its intent, pursuant to Federal Rule of Evidence 1006, to introduce at trial summaries of the business and bank records contained in the attached spreadsheet. The summaries of these records have been previously identified as Government Exhibits 3500-WH-42 and 3500-WH-44.

These exhibits summarize the deposits into, and withdrawals from, bank accounts in the names of Last Quarter Coin Company, American Coin Company and All American Coin Company. The records summarized in these exhibits are contained in the attached spreadsheet, which includes the corresponding Bates range, all of which have been previously provided in discovery.

In addition to the copies already provided in discovery, the government will make the records available at the United States Attorney's Office for review at the mutually convenient time and place.

Please do not hesitate to contact me with any questions.

Respectfully submitted

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/ Thomas M. Sullivan
Thomas M. Sullivan
Lara Treinis Gatz
Assistant United States Attorneys

cc: Clerk of Court (JFB)