US v. Joseph Romano et al
Records Providers

| Provider | Bates Range | Records |
|---|---|---|
| Bank of New York | 000237 - 000245 | All American Coin |
| Bank of New York | 002208 - 006472 | American Coin |
| Bank of New York | 051413 - 052797 | Last Quarter Coin |
| Bank of New York | 055347 - 059567 | Last Quarter Coin |
| JP Morgan Chase | 006473 - 010955 | American Coin |
| JP Morgan Chase | 038638 - 039443 | Joseph Romano |
| JP Morgan Chase | 052798 - 055346 | All American Coin |
| JP Morgan Chase | 059773 - 060114 | Last Quarter Coin |
| JP Morgan Chase | 061030 - 061068 | Joseph Romano |
| JP Morgan Chase | 073382 - 074843 | Joseph Romano |
| JP Morgan Chase | 076365 - 077621 | Joseph Romano |
| JP Morgan Chase | 000246 - 000532 | Salvatore Romano |
| JP Morgan Chase | 070977 - 071084 | Salvatore Romano |
| JP Morgan Chase | 082765 - 082886 | Salvatore Romano |
| Washington Mutual | 000561 - 001815 | Joseph Romano |
| Washington Mutual | 001969 - 002047 | Joseph Romano |
| Washington Mutual | 073110 - 073375 | Joseph Romano |
| Washington Mutual | 040688 - 041521 | Vincent Romano |