UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                    Plaintiff,

        -against-

                                                                    **09 CR 170 (S-2) (JFB)**

JOSEPH ROMANO,

                                                    Defendant.

-------------------------------------------------------------------X


                        **NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that I, VINCENT W. ANSANELLI, ESQ. have been retained
by Defendant, JOSEPH ROMANO, as Successor Attorney.

**VINCENT W. ANSANELLI, ESQ.**
**ANSANELLI, KUGLER & SVENDSEN, LLP**
**92 Broadway**
**Amityville, New York 11701**
**(631) 598-0337**
**vwansanelli@aks-law.com**


                                        _____
                                        VINCENT W. ANSANELLI, ESQ.

P:\AKS\clients\romano-j\criminal\romano adv united states of america\002