UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In Re:

UNITED STATES OF AMERICA,

                                        Plaintiff,

          -against-

                                                          09 CR 170 (S-2) (JFB)

JOSEPH ROMANO,

                                        Defendant.

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that CHARLES CARNESI, ESQ. lead attorney of record for JOSEPH ROMANO be changed, and that VINCENT W. ANSANELLI, ESQ., of ANSANELLI, KUGLER & SVENDSEN, LLP be substituted in the place and stead of CHARLES CARNESI, ESQ. as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail of successor attorney:

VINCENT W. ANSANELLI, ESQ.
ANSANELLI, KUGLER & SVENDSEN, LLP
92 Broadway
Amityville, New York 11701
(631) 598-0337
vwansanelli@aks-law.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: 11/15/10

_____
CHARLES CARNESI, ESQ.
*Outgoing Attorney*

Dated: 11/15/10

_____
VINCENT W. ANSANELLI, ESQ.
*Successor Attorney*
ANSANELLI, KUGLER & SVENDSEN, LLP

Dated: 11/12/10

_____
JOSEPH ROMANO

P:\AKS\clients\romano-j\criminal\romano adv united states of america\003