FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2012 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

       - against -

JOSEPH ROMANO

          Defendant.

- - - - - - - - - - - - - - - - - - X

09-CR-0170

(Bianco, J.)

### DECLARATION OF SERVICE

Brian Gappa, hereby declares and states as follows:

That on the 16th day of August, 2012, I caused to be delivered by regular U.S. mail and Federal Express the following document:

**AMENDED FINAL ORDER OF FORFEITURE**

of which the annexed is true copies directed to the person(s):

Joseph Romano
Nassau County Correction
Facility
100 Carmen Avenue
East Meadow, New York 11554

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated:    Central Islip, New York
            August 16, 2012

BRIAN GAPPA
FSA Asset Forfeiture Paralegal

Page 1 of 1

From: (631) 715-7880   Origin ID: COPA
JENNIFER CASADO
UNITED STATES ATTORNEYS OFFICE
610 FEDERAL PLAZA

CENTRAL ISLIP, NY 11722

J122012071603253

SHIP TO: (631) 715-7881   BILL THIRD PARTY
**Inmate JOSEPH ROMANO**
**Nassau County Correction Facility**
**100 CARMAN AVE**

EAST MEADOW, NY 11554



Ship Date: 16AUG12
ActWgt: 1.0 LB
CAD: 1143689/INET3300

Delivery Address Bar Code



Ref #
Invoice #
PO #
Dept #

TRK# 7987 6350 9209
0201

FRI - 17 AUG  A2
STANDARD OVERNIGHT

**ZM RMEA**

11554
NY-US
JFK

