UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

— against —

JOSEPH ROMANO, et al.,

Defendants.
----------------------------------------X

ORDER
09 CR 0170

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y
★ OCT 19 2012 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

Given the charges filed against defendant Joseph Romano in *United States v. Defvid Mirkovic and Joseph Romano*, 12-929, the undersigned concludes that recusal is warranted, pursuant to Section 455(a) of Title 28, United States Code. *See, e.g., United States v. Greenspan*, 26 F.3d 1001, 1006-07 (10th Cir. 1994) (concluding that judge should have recused himself from sentencing the defendant when judge learned of threat to kill the judge and his family, and there is no indication that the threat was a mere ploy to obtain a different judge).

Accordingly, having signed judgments today memorializing the sentences previously imposed on defendants Joseph Romano and Salvatore Romano (and continuing to leave the restitution amount undetermined), the undersigned recuses himself from the instant case.

SO ORDERED.

/s/ Joseph F. Bianco
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    October 19, 2012
          Central Islip, New York