208

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


-------------------------------X
UNITED STATES OF AMERICA,
                              :   CR-09-170
                                  (JFB)
     -against-                :   United States Courthouse
                                  Central Islip, New York
JOSEPH ROMANO, SALVATORE ROMANO,
and VINCENT ROMANO            :   September 28, 2010
               Defendant.         9:45 a.m.
-------------------------------X

                    TRANSCRIPT OF PLEA
                    BEFORE THE HONORABLE JOSEPH F. BIANCO
                    UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Government:         LORETTA E. LYNCH, ESQ.
                            UNITED STATES ATTORNEY
                              BY: LARA TREINIS-GATZ, AUSA
                                  THOMAS SULLIVAN, AUSA
                            One Pierrepont Plaza
                            Brooklyn, New York 11201



For the Defendants:         CHARLES CARNESI, ESQ.
                            For Deft. J. Romano

                            MARTIN GEDULDIG, ESQ.
                            For Deft. V. Romano

                            JOHN MERINGOLO, ESQ.
                            For S. Romano


Official Court Reporter:    Paul J. Lombardi, RMR, FCRR
Ph. (631) 712-6106          100 Federal Plaza - Suite 1180
Fax (631) 712-6122          Central Islip, New York 11722


            Proceedings recorded by mechanical stenography.
                 Transcript produced by CAT.

209

1          (Jury selection continues.)

2          THE COURT:  Good morning.

3          I apologize for the delay this morning, but I

4    have been advised by the marshals that tomorrow they will

5    get Mr. Romano here by 9:30.

6          MR. CARNESI:  It may not be necessary, Judge.

7          I think we may have worked something out.  If we

8    may have a moment with Ms. Gatz, we can probably do this

9    without bringing the jury back.

10         THE COURT:  Okay.

11         (Whereupon, there was a pause in the

12   proceedings.)

13

14         MS. GATZ:  Judge, I need to run upstairs.

15         I have proposed plea agreements for all counsel.

16   Do you want to proceed with Mr. Sullivan and I'll go do

17   that or do you want to wait?

18         THE COURT:  I'll wait.

19         MS. GATZ:  Okay.

20         I'll be back in five minutes.

21         THE COURT:  Okay.

22         MS. GATZ:  Thank you.

23         (Whereupon, there was a pause in the

24   proceedings.)

25         (Continued on next page.)

210

1          THE COURT:  My understanding is that the

2    defendants have an application at this time, Mr. Carnesi.

3          MR. CARNESI:  Yes, your Honor.

4          Your Honor, at this time on behalf of my client,

5    Joseph Romano, we withdraw our previously entered plea of

6    not guilty and enter a plea of guilty to count one of the

7    indictment in full satisfaction of the indictment.

8          THE COURT:  The superseding indictment S 2,

9    correct?

10          MR. CARNESI:  Yes.

11          THE COURT:  Okay.

12          With respect to Salvatore Romano.

13          MR. MERINGOLO:  Yes, your Honor.

14          John Meringolo for Salvatore Romano.  He

15    withdraws his former plea of not guilty and will enter a

16    plea to superseding indictment 2, count one.

17          THE COURT:  Okay.

18          And Mr. Vincent Romano.

19          MR. GEDULDIG:  Judge, Mr. Vincent Romano joins

20    in that application and offers to plead guilty to count

21    one of the superseding indictment.

22          THE COURT:  And this is pursuant to the plea

23    agreements with the government?

24          MR. GEDULDIG:  That's correct.

25          THE COURT:  Let me confirm this with the

211

1   defendants.

2           Is that accurate, Joseph Romano?

3           DEFENDANT J. ROMANO:  Yes, your Honor.

4           THE COURT:  Salvatore Romano?

5           DEFENDANT S. ROMANO:  Yes, your Honor.

6           THE COURT:  Vincent Romano?

7           DEFENDANT V. ROMANO:  Yes.

8           THE COURT:  I want to make sure everyone

9   consents to me doing this plea proceeding with all three

10  defendants rather than separately, Mr. Carnesi?

11          MR. CARNESI:  Yes.

12          MR. GEDULDIG:  Yes, your Honor.

13          MR. MERINGOLO:  Yes.

14          THE COURT:  The government's agreeable to that

15  too?

16          MR. SULLIVAN:  We are, your Honor.

17          THE COURT:  So the record is clear, I'll say the

18  full name of each defendant when I'm asking you to respond

19  to the question so that the record is clear.

20          Gentlemen, before I accept your guilty plea, I'm

21  going to ask you certain questions so I can establish to

22  my satisfaction that you wish to plead guilty because you

23  are guilty and not for some other reason.  I also need to

24  establish that you know what you will be giving up by

25  pleading guilty.

212

1          If you don't understand any of my questions or

2    you want to consult with your attorney at any time for any

3    reason, just let me know and I'll give you as much time as

4    you need to do that.

5          Joseph Romano?

6          DEFENDANT J. ROMANO:  Yes.

7          THE COURT:  Let me say your name.

8    Salvatore Romano?

9          DEFENDANT S. ROMANO:  Yes.

10         THE COURT:  And Vincent Romano?

11         DEFENDANT V. ROMANO:  Yes.

12         THE COURT:  I'm going to ask that you each be

13   sworn in.

14         So please rise.

15         THE CLERK:  Please raise your right hand.

16         (Defendants sworn.)

17         THE COURT:  You can be seated.

18         Having been sworn, your answers to my questions

19   will be subject to the penalties of perjury or making a

20   false statement if you do not answer truthfully.

21         You understand that, Joseph Romano?

22         DEFENDANT J. ROMANO:  Yes, your Honor.

23         THE COURT:  Salvatore Romano?

24         DEFENDANT S. ROMANO:  Yes, your Honor.

25         THE COURT:  Vincent Romano?

213

1    DEFENDANT V. ROMANO:  Yes, your Honor.

2    THE COURT:  I'm going to ask you these questions

3  as a set to each of you rather than going question by

4  question because I think it will make more sense that way.

5    State your full name for the record,

6  Joseph Romano.

7    DEFENDANT J. ROMANO:  Joseph Romano.

8    THE COURT:  How old are you?

9    DEFENDANT J. ROMANO:  47.

10    THE COURT:  How far did you go in school?

11    DEFENDANT J. ROMANO:  Two years of college.

12    THE COURT:  THE COURT:  Have you now or have you

13  recently been under the care of a doctor or psychologist?

14    DEFENDANT V. ROMANO:  No, sir.

15    THE COURT:  Have you ever been hospitalized for

16  any type of mental illness or any type of addiction

17  including drug or alcohol addiction?

18    DEFENDANT V. ROMANO:  No, sir.

19    THE COURT:  Have you taken any drugs or medicine

20  or pills or any alcoholic beverages in the past 48 hours?

21    DEFENDANT V. ROMANO:  I had a glass of wine last

22  night with my brother.

23    THE COURT:  Is your mind clear today?

24    DEFENDANT V. ROMANO:  Yes.

25    THE COURT:  You understand what you are about to

214

1    do?

2          DEFENDANT J. ROMANO:  I understand.

3          THE COURT:  Do counsel have any doubt as to

4    Mr. Joseph Romano's competence to plead at this time?

5    Mr. Carnesi?

6          MR. CARNESI:  No, sir.

7          THE COURT:  The government?

8          MR. SULLIVAN:  No, your Honor.

9          THE COURT:  Salvatore Romano, state your full

10   name for the record.

11         DEFENDANT S. ROMANO:  Salvatore Romano.

12         THE COURT:  How old are you, sir?

13         DEFENDANT S. ROMANO:  46.

14         THE COURT:  How far did you go in school?

15         DEFENDANT S. ROMANO:  12th grade.

16         THE COURT:  Have you ever been hospitalized or

17   treated for any mental illness or any type of addiction

18   including drug or alcohol addiction?

19         DEFENDANT S. ROMANO:  No, sir.

20         THE COURT:  Have you taken any drugs or medicine

21   or -- let me finish the question.  There's no rush.  Let

22   me repeat the question.

23         Have you taken any drugs, medicine or pills or

24   any alcoholic beverages in the past 48 hours?

25         DEFENDANT S. ROMANO:  Yes.  I had a glass of

1    wine with dinner last night.

2              THE COURT:  Is your mind clear today?

3              DEFENDANT S. ROMANO:  Absolutely.

4              THE COURT:  Do you understand what you are about

5    to do?

6              DEFENDANT S. ROMANO:  Yes.

7              THE COURT:  Do either counsel have any doubt as

8    to the defendant's Salvatore Romano competence to plead at

9    this time?

10             MR. GEDULDIG:  No, your Honor.

11             MR. SULLIVAN:  No, your Honor.

12             THE COURT:  Vincent Romano, state your full name

13   for the record.

14             DEFENDANT V. ROMANO:  Vincent John Romano.

15             THE COURT:  How old are you, sir?

16             DEFENDANT V. ROMANO:  41 years old.

17             THE COURT:  How far did you go in school?

18             DEFENDANT V. ROMANO:  Some college.

19             THE COURT:  Have you now or have you recently

20   been under the care of a doctor or psychologist?

21             DEFENDANT V. ROMANO:  No, sir.

22             THE COURT:  Have you ever been hospitalized for

23   any type of mental illness or any type of addiction

24   including drug or alcohol addiction?

25             DEFENDANT V. ROMANO:  No, sir.

216

1          THE COURT:  Have you taken any drugs or medicine

2     or pills or any alcoholic beverages in the past 48 hours?

3          DEFENDANT V. ROMANO:  I had a glass of wine last

4     night with my brother.

5          THE COURT:  Is your mind clear today?

6          DEFENDANT V. ROMANO:  Yes.

7          THE COURT:  You understand what you are about to

8     do?

9          DEFENDANT V. ROMANO:  Yes.

10         THE COURT:  Do either counsel have any doubt as

11    to Mr. Vincent Romano's competence to plead at this time?

12         MR. MERINGOLO:  No, your Honor.

13         MR. SULLIVAN:  No, your Honor.

14         THE COURT:  On the basis of the defendants'

15    responses to my questions, my observations of their

16    demeanor, and the representations of counsel, I find that

17    each of them are fully competent to enter an informed plea

18    at this time.

19         Have you had sufficient time to discuss this

20    case with your attorney, including any possible defenses

21    that you might have to the charge to which you are

22    offering to plead guilty, Joseph Romano?

23         DEFENDANT J. ROMANO:  Yes, your Honor.

24         THE COURT:  Salvatore Romano?

25         DEFENDANT S. ROMANO:  Yes, your Honor.

217

1          THE COURT:  Vincent Romano?

2          DEFENDANT V. ROMANO:  Yes, your Honor.

3          THE COURT:  Are you satisfied with your

4    attorney's representation, Joseph Romano?

5          DEFENDANT J. ROMANO:  Yes, your Honor.

6          THE COURT:  Salvatore Romano?

7          DEFENDANT S. ROMANO:  Yes, your Honor.

8          THE COURT:  Vincent Romano?

9          DEFENDANT V. ROMANO:  Yes, your Honor.

10         THE COURT:  I'm now going to describe to you

11   certain rights that each of you have under the

12   constitution and laws of the United States.

13         You will be giving up these rights by pleading

14   guilty.  So please listen carefully.  I'm going to ask

15   each of you as you go along whether you understand each of

16   the rights you are giving up.

17         Under the Constitution and laws of the

18   United States, you are entitled to a speedy and public

19   trial by a jury on the charges contained in the

20   superseding indictment.

21         Do you understand that, Joseph Romano?

22         DEFENDANT J. ROMANO:  Yes, sir.

23         THE COURT:  Salvatore Romano?

24         DEFENDANT S. ROMANO:  Yes.

25         THE COURT:  Vincent Romano?

218

1          DEFENDANT V. ROMANO:  Yes.

2          THE COURT:  At a trial you would be presumed to

3     be innocent and the government would be required to prove

4     you guilty by competent evidence beyond a reasonable doubt

5     before you could be found guilty.

6          Do you understand that, Joseph Romano?

7          DEFENDANT J. ROMANO:  Yes, your Honor.

8          THE COURT:  Salvatore Romano?

9          DEFENDANT S. ROMANO:  Yes, your Honor.

10         THE COURT:  Vincent Romano?

11         DEFENDANT V. ROMANO:  Yes.

12         THE COURT:  A jury of 12 people would have to

13    agree unanimously that you were guilty and you will not

14    have to prove you where are innocent if you went to trial.

15         Do you understand that, Joseph Romano?

16         DEFENDANT J. ROMANO:  Yes, your Honor.

17         THE COURT:  Salvatore Romano?

18         DEFENDANT S. ROMANO:  Yes.

19         THE COURT:  Vincent Romano?

20         DEFENDANT V. ROMANO:  Yes.

21         THE COURT:  At the trial and at every stage of

22    the case you would be entitled to be represented by a

23    lawyer and if you could not afford a lawyer, one would be

24    appointed at public expense free of cost to represent you.

25         Do you understand that, Joseph Romano?

219

1    DEFENDANT J. ROMANO:  Yes, your Honor.

2    THE COURT:  Salvatore Romano.

3    DEFENDANT S. ROMANO:  Yes, your Honor.

4    THE COURT:  Vincent Romano?

5    DEFENDANT V. ROMANO:  Yes.

6    THE COURT:  During the trial the witnesses for

7    the government would have to come to court and testify in

8    your presence.

9    Your lawyer could cross-examine the witnesses

10   for the government.  Your lawyer could object to evidence

11   offered by the government, and your lawyer could offer

12   evidence on your own behalf, if you so desire.

13   You would also have the right to have subpoenas

14   issued or other processes used to compel witnesses to

15   testify in your defense.  You understand that,

16   Joseph Romano?

17   DEFENDANT J. ROMANO:  Yes, your Honor.

18   THE COURT:  Salvatore Romano.

19   DEFENDANT S. ROMANO:  Yes, your Honor.

20   THE COURT:  Vincent Romano?

21   DEFENDANT V. ROMANO:  Yes, your Honor.

22   THE COURT:  At the trial, although you would

23   have the constitutional right to testify if you chose to

24   do so, you would also have the constitutional right not to

25   testified, and if you decided not to testify, no one,

220

1    including the jury, could draw any adverse inference or

2    suggestion of guilt from the fact that you did not

3    testify.

4              Do you understand that, Joseph Romano?

5              DEFENDANT J. ROMANO:  Yes, your Honor.

6              THE COURT:  Salvatore Romano.

7              DEFENDANT S. ROMANO:  Yes, your Honor.

8              THE COURT:  Vincent Romano?

9              DEFENDANT V. ROMANO:  Yes, your Honor.

10             THE COURT:  If you were convicted at trial, you

11   would the right to appeal the verdict.

12             Do you understand that, Joseph Romano?

13             DEFENDANT J. ROMANO:  Yes.

14             THE COURT:  Salvatore Romano?

15             DEFENDANT S. ROMANO:  Yes, your Honor.

16             THE COURT:  Vincent Romano?

17             DEFENDANT V. ROMANO:  Yes.

18             THE COURT:  Even now, as you are offering to

19   enter into this guilty plea, you have the right to change

20   your mind, continue in a plea of not guilty, and go to

21   trial on the charges contained in the superseding

22   indictment.

23             Do you understand that, Joseph Romano?

24             DEFENDANT J. ROMANO:  Yes, your Honor.

25             THE COURT:  Salvatore Romano?

221

1        DEFENDANT S. ROMANO:  Yes, your Honor.

2        THE COURT:  Vincent Romano.

3        DEFENDANT V. ROMANO:  Yes.

4        THE COURT:  If you plead guilty and if I accept

5    your plea, you would give up your right to a trial and the

6    other rights I just discussed with you, other than your

7    right to an attorney which you have regardless of whether

8    or not you plead guilty.

9            However, if you plead guilty, there will be no

10   trial, and I will enter a judgment of guilty and sentence

11   you on the basis of your plea after I considered the

12   presentence report and the submissions and arguments that

13   are made from both sides at the time of sentencing.  There

14   will be no appeal on the question of whether you did or

15   did not commit this crime to which you are pleading

16   guilty.

17           Do you understand that, Joseph Romano?

18        DEFENDANT J. ROMANO:  Yes, your Honor.

19        THE COURT:  Salvatore Romano?

20        DEFENDANT S. ROMANO:  Yes, your Honor.

21        THE COURT:  Vincent Romano?

22        DEFENDANT V. ROMANO:  Yes.

23        THE COURT:  If you plead guilty, you also have

24   to give up your right not to incriminate yourself because

25   in a moment I'm going to ask you questions about what you

222

1  did in order to satisfy myself that you are guilty as

2  charged and you have to admit and acknowledge your guilt.

3          Do you understand that, Joseph Romano?

4          DEFENDANT J. ROMANO:  Yes.

5          THE COURT:  Salvatore Romano?

6          DEFENDANT S. ROMANO:  Yes.

7          THE COURT:  Vincent Romano.

8          DEFENDANT V. ROMANO:  Yes.

9          THE COURT:  Are you willing to give up your

10  right to a trial and the other rights I just discussed

11  with you, Joseph Romano?

12          DEFENDANT J. ROMANO:  Yes, your Honor.

13          THE COURT:  Salvatore Romano?

14          DEFENDANT S. ROMANO:  Yes, your Honor.

15          THE COURT:  Vincent Romano?

16          DEFENDANT V. ROMANO:  Yes, your Honor.

17          THE COURT:  Let me just summarize the charge in

18  count one to which you are offering to plead guilty.

19          As you know, count one charges a conspiracy to

20  commit wire fraud and mail fraud.  In particular, and,

21  again, this is just a summary, the details are contained

22  in the indictment, charges a conspiracy to devise a scheme

23  and artifice to defraud customers in connection with the

24  coin companies that are specified in the indictment, and

25  to obtain the money and property of these customers by

223

1   means of materially false and fraudulent representations

2   involving the offer and sale of coins.

3            And it alleges the use of the interstate wires

4   and the mail in order to further the fraudulent scheme

5   which is laid out in some detail in the indictment.

6            Do you understand that that is a summary of what

7   count one charges you with, Joseph Romano?

8            DEFENDANT J. ROMANO:  Yes, your Honor.

9            THE COURT:  Salvatore Romano?

10           DEFENDANT S. ROMANO:  Yes, your Honor.

11           THE COURT:  Vincent Romano?

12           DEFENDANT V. ROMANO:  Yes.

13           THE COURT:  Let me describe to you what the

14   elements of that offense are which the government would

15   have to prove to the jury if you were to go to trial, each

16   of these elements to a jury beyond a reasonable doubt.

17           First with respect to conspiracy, they would

18   have to prove that two or more persons entered into the

19   unlawful conspiracy or the agreement that I have just

20   outlined to you that's charged in the indictment with

21   respect to the mail and wire fraud scheme.

22           Second, they would have to prove that you

23   knowingly and willfully became a member and a participant

24   in that conspiracy in or about the time frame alleged in

25   the superseding indictment, and they would have to prove,

224

1   as your lawyers pointed out in their pretrial motions,

2   that an act, you committed an act in connection with the

3   conspiracy within the past -- five years for purposes of

4   the statute of limitations.  They would have to prove that

5   to the jury beyond a reasonable doubt.

6             With respect to what the objective of the

7   conspiracy was, they allege two objectives, mail fraud and

8   wire fraud.  With respect to those objectives, they would

9   have to prove the elements of those objectives to the jury

10  in connection with the conspiracy count, specifically

11  first that there was a scheme or artifice to defraud or to

12  obtain money or property by materially false and

13  fraudulent pretenses, representations or promises, as

14  alleged in the indictment.

15            Second, that you knowingly and willfully

16  participated in the scheme or artifice to defraud with

17  knowledge of its fraudulent nature and with the specific

18  intent to defraud, and, third, that in the execution of

19  that scheme, that you used or caused the use of interstate

20  wires with respect to that objective, and the use of the

21  mail with respect to that objective.

22            And the jury would have to agree unanimously on

23  what the objective of the conspiracy was because the

24  government alleges two different objectives.  The jury

25  would have to be unanimous as to whether one or both of

225

1    those objectives were proven beyond a reasonable doubt.

2              Do you understand those are the elements that

3    the government would have to prove beyond a reasonable

4    doubt if you were to go to trial, Joseph Romano?

5              DEFENDANT J. ROMANO:  Yes, your Honor.

6              THE COURT:  Salvatore Romano?

7              DEFENDANT S. ROMANO:  Yes, your Honor.

8              THE COURT:  And Vincent Romano?

9              DEFENDANT V. ROMANO:  Yes.

10             THE COURT:  I want to review with you the

11   maximum penalties as well as any mandatory minimum

12   penalties with respect to count one, which you are

13   offering to plead guilty.

14             Count one carries a maximum term of imprisonment

15   of 20 years.  There is no minimum term of imprisonment.

16   There is a maximum supervised release term of three years

17   to follow any term of imprisonment.

18             If a condition of release is violated there are

19   terms of release attached to supervised release and if any

20   of those terms or conditions violated, you may be

21   sentenced to up to two years additional in jail without

22   getting credit for prerelease imprisonment or time

23   previously served on post-release supervision.

24             There is a maximum fine of the greater of

25   $250,000 or twice the pecuniary gain derived from the

226

1    offense or two times the gross pecuniary loss to persons

2    other than yourself resulting from the offense.

3           You are also subject to restitution order to the

4    victims in an amount to be determined by the court, and

5    for this type of crime to which you are offering to plead

6    guilty, the restitution is mandatory.  There's also a $100

7    mandatory special assessment, and you are also subjecting

8    yourselves to the criminal forfeiture as is outlined in

9    your plea agreement.

10          Do you understand that those are the maximum

11   penalties, as well as the mandatory penalties for the

12   crime to which you are offering to plead guilty,

13   Joseph Romano?

14          DEFENDANT J. ROMANO:  Yes, your Honor.

15          THE COURT:  Salvatore Romano?

16          DEFENDANT S. ROMANO:  Yes, your Honor.

17          THE COURT:  And Vincent Romano?

18          DEFENDANT V. ROMANO:  Yes, your Honor.

19          THE COURT:  Are you a United States citizen,

20   Joseph Romano?

21          DEFENDANT J. ROMANO:  Yes.

22          THE COURT:  Salvatore Romano?

23          DEFENDANT S. ROMANO:  Yes.

24          THE COURT:  Vincent Romano?

25          DEFENDANT V. ROMANO:  Yes.

227

1          THE COURT:  Do you understand that as a result

2   of your guilty plea you may lose certain valuable civil

3   rights, such as the right to vote, the right to hold

4   public office, the right to sit on a jury and the right to

5   possess a firearm, Joseph Romano?

6          DEFENDANT J. ROMANO:  Yes.

7          THE COURT:  Salvatore Romano?

8          DEFENDANT S. ROMANO:  Yes.

9          THE COURT:  Vincent Romano.

10          DEFENDANT V. ROMANO:  Yes.

11          THE COURT:  I want to describe to you now some

12   things about the sentencing process to make sure you

13   understand how the sentencing works.

14          First, there is no such thing as parole in the

15   federal system.  So if you are sentenced to prison, you

16   will not be released any earlier on parole.

17          Second, the determination of what sentence you

18   will receive is to be made by the court alone.  Nothing

19   that your lawyer may have told you, nothing that the

20   government may have said, none of that is binding on the

21   court.  Sentencing is up to the court.

22          As I said, I will sentence you based on the

23   presentence report that the probation department prepares,

24   and then I will hear the submissions and arguments that

25   are made by both sides at the time of sentencing.

228

1          Next, the current state of the law is that

2    before imposing sentence I'm required by law to consider a

3    number of factors about this case, including, among other

4    things, your background, the nature of the crime, the need

5    to impose a just sentence that accounts for the need to

6    deter you and others from committing the type of crime for

7    which you are convicted, and the need to account for your

8    interests, including any rehabilitation.

9          Another factor that the court is to consider is

10   what is known as the sentencing guidelines.  These

11   sentencing guidelines are, as the name suggests, a set of

12   guidelines that takes into account things like any

13   criminal history that you might have, as well as the

14   criminal conduct which you had committed and then it sets

15   forth a range of imprisonment within which you could be

16   sentenced.

17          I want to emphasize to you that I'm only to

18   consider these guidelines, which means that they are

19   advisory.  They are not mandatory, and I am not required

20   to impose a sentence within whatever the applicable range

21   may turn out to be.  I can sentence you above or below the

22   guidelines, depending upon how I weigh all the factors

23   that I have to consider under the law.

24          Finally, whatever sentence I impose in this

25   case, and no matter how happy or unhappy you may be with

1    that sentence, you may not withdraw or get back your

2    guilty plea.  In other words, while you may appeal the

3    sentence itself, to the extent that you have not waived

4    your right to do so in the plea agreement, you may not

5    undo your being found guilty by virtue of your plea here

6    today.

7              Do you understand all those things about the

8    sentencing process, Joseph Romano?

9              DEFENDANT J. ROMANO:  Yes.

10             THE COURT:  Salvatore Romano?

11             DEFENDANT S. ROMANO:  Yes.

12             THE COURT:  Vincent Romano?

13             DEFENDANT V. ROMANO:  Yes.

14             THE COURT:  Have each of you entered into a plea

15    agreement with the government, Joseph Romano?

16             DEFENDANT J. ROMANO:  Yes.

17             THE COURT:  Salvatore Romano.

18             DEFENDANT S. ROMANO:  Yes.

19             THE COURT:  Vincent Romano.

20             DEFENDANT V. ROMANO:  Yes.

21             THE COURT:  I have before me the originals which

22    I'll mark Joseph Romano's agreement as Court Exhibit 1

23    which is signed by everybody.

24             Salvatore Romano's plea agreement will be Court

25    Exhibit 2.  And Vincent Romano's plea agreement will be

230

1    Court Exhibit 3.

2                (Whereupon, there was a pause in the

3    proceedings.)

4                THE COURT:  Joseph Romano, with respect to court

5    Exhibit 1, did you sign this today, sir, in the presence

6    of your attorney?

7                DEFENDANT J. ROMANO:  Yes, your Honor.

8                THE COURT:  Did you review it before you signed

9    it?

10               DEFENDANT J. ROMANO:  Yes, sir.

11               THE COURT:  Did you fully discuss it with your

12   attorney before you signed it?

13               DEFENDANT J. ROMANO:  Yes.

14               THE COURT:  I want to outline a couple of things

15   with you with respect to the agreement just to make sure

16   that you understand and then I'm going to ask the

17   government to outline the forfeiture part of the agreement

18   to make sure there's no misunderstanding with respect to

19   that.

20               First, let me emphasize what I said a moment

21   ago, which is that I know the agreement contains an

22   estimate of the guideline calculation.  I want to

23   emphasize what I said a moment ago.  That's just an

24   estimate.  I'm not bound by that estimate.

25               That estimate can turn out to be wrong.  I have

231

1   my own obligation in consultation with probation and the

2   parties to determine what the calculation is and then,

3   regardless of what the calculation turns out to be, as I

4   said, I can sentence you above or below that range,

5   whatever it turns out to be.

6           Do you understand that?

7           DEFENDANT J. ROMANO:  Yes, sir.

8           THE COURT:  I want to focus your attention now

9   on paragraph four.

10          In paragraph four you are agreeing not to file

11  an appeal or otherwise challenge by habeas petition under

12  Section 2255, or any other provision, the conviction or

13  sentence in this case in the event that the court imposes

14  a term of imprisonment of 188 months or below.  In other

15  words, if I sentence you to 180 months imprisonment or

16  anything less than 188 months in prison, you are agreeing

17  that you will not appeal or otherwise challenge in any way

18  that conviction or sentence.

19          Do you understand that?

20          DEFENDANT J. ROMANO:  Yes, sir, I do.

21          THE COURT:  Are you waiving that right knowingly

22  and voluntarily?

23          DEFENDANT J. ROMANO:  Yes, I am.

24          THE COURT:  If the government could just outline

25  the forfeiture as relates to Joseph Romano.

232

1          MS. GATZ:  Yes, your Honor, but before I do that

2     if it's okay, forfeiture for all the defendants is not in

3     the agreement, but I indicated I would put this on the

4     record.

5          The government will make a recommendation to the

6     Department of Justice that the restitution order, which is

7     mandatory, be satisfied by the forfeiture that's going to

8     be tendered through the plea agreements.  However, as the

9     defendants have acknowledged through counsel, the EDNY

10    recommendation to the Department of Justice is not binding

11    on the Department of Justice and the Department of Justice

12    has the right to decline to follow the recommendation

13    which decision is not reviewable in court.

14          In sum we will make the recommendation, but the

15    DOJ does not have to follow it and the defendants could

16    have to pay mandatory restitution in addition to the

17    previously tendered forfeiture.

18          THE COURT:  Okay.

19          I want to make sure each of you understand that,

20    Joseph Romano.

21          DEFENDANT J. ROMANO:  Yes.

22          THE COURT:  Salvatore Romano.

23          DEFENDANT S. ROMANO:  Yes.

24          THE COURT:  Vincent Romano?

25          DEFENDANT V. ROMANO:  Yes.

233

1          THE COURT:  Go ahead.

2          MS. GATZ:  With respect to the defendant

3    Joseph Romano's forfeiture, the defendant agrees that

4    what's in the plea agreement is the sum of his forfeiture.

5    He agrees to accept a $7 million money judgment, which

6    would partially satisfy, or fully satisfy, depending on

7    how these break out, to the following assets.

8          A First Hawaiian bank account number that's

9    listed at sub A, a Florida Capital Bank account number

10   listed at sub B, an ING account listed at sub C, a Palm

11   Beach County Bank account listed at sub D, a Roslyn

12   Savings Account at sub E, a Washington Mutual bank account

13   listed at sub F, a JP Morgan Chase account at sub G.

14         Sub H is real property located at 35 East 38th

15   street, unit 6G, New York, New York, sub I, real property

16   located at 35 East 38th street unit 6F, New York,

17   New York, sub J, real property located at 63-65 Montauk

18   Highway, Merrick Road,  Copiague, New York, sub k, real

19   property located at 7084 Via Leonardo, Lake Worth,

20   Florida, sub L, real property located at 29 Hersey Drive,

21   Boynton BEach, Florida, sub m, real property located at 22

22   Slate Lane, Levittown, New York.

23         The government also agrees to at the time of

24   sentence lift the lien on the property located at 6011

25   Ocean Boulevard in West Palm Beach, Florida, I believe it

234

1    is.

2              MR. CARNESI:  I think the actual address, your

3    Honor, is Ocean Ridge.

4              MS. GATZ:  Ocean Ridge, and is it Palm Beach?

5              MR. CARNESI:  Yes.

6              MS. GATZ:  We agree to lift that lien at the

7    time of sentencing.

8              The defendant is filling out a form that's

9    required under the agreement with regard to his current

10   assets.  But that this sum is the forfeiture.

11             THE COURT:  Thank you.

12             Joseph Romano, does this agreement constitute

13   your entire agreement with the government with the

14   addition to what Ms. Gatz put on the record orally, does

15   that constitute your entire agreement with the government?

16             DEFENDANT J. ROMANO:  Yes, it does.

17             THE COURT:  Has anything been left out?

18             DEFENDANT J. ROMANO:  No, your Honor.

19             THE COURT:  Has anyone offered you any

20   inducements or threatened you or forced you to enter into

21   this agreement or to plead guilty?

22             DEFENDANT J. ROMANO:  No, sir.

23             THE COURT:  Has anyone made any promise to you

24   as to what your sentence will be?

25             DEFENDANT J. ROMANO:  No, sir.

235

1          THE COURT:  Salvatore Romano, now moving to

2    Court Exhibit 2, did you sign this today in the presence

3    of your attorney?

4          DEFENDANT S. ROMANO:  Yes, your Honor.

5          THE COURT:  Did you fully review it before you

6    signed it?

7          DEFENDANT S. ROMANO:  Yes, I did.

8          THE COURT:  Did you have sufficient time to

9    discuss it with your attorney before you signed it?

10          DEFENDANT S. ROMANO:  Yes, I did.

11          THE COURT:  Again, I'm going to emphasize to you

12    as well, you understand that the calculation of the

13    guidelines in here is not binding on this court in any

14    way.

15          Do you understand that?

16          DEFENDANT S. ROMANO:  I do.

17          THE COURT:  I'm going to determine, in

18    conjunction with the probation and the parties, what I

19    believe is the appropriate guidelines range, and whatever

20    it turns out to be, I can sentence you above or below

21    those guidelines after considering all of the factors

22    under the law.

23          Do you understand that?

24          DEFENDANT S. ROMANO:  I understand.

25          THE COURT:  I want to focus you on paragraph

236

1    four.

2           You understand that in paragraph four you agree

3    not to file an appeal or otherwise challenge by petition

4    under, Section 2255 or any other provision of the law, the

5    conviction or sentence in this case, in the event that I

6    impose a term of imprisonment of 135 months or below.

7           In other words, if I sentence you to 130 months

8    in jail or anything less than 135 months in jail, you

9    agree that you will not file an appeal or otherwise

10   challenge in any way the conviction or sentence.

11          Do you understand that?

12          DEFENDANT S. ROMANO:  I understand.

13          THE COURT:  Are you waiving that right knowingly

14   and voluntarily?

15          DEFENDANT S. ROMANO:  I am.

16          THE COURT:  If the government would outline the

17   forfeiture as it relates to Salvatore Romano.

18          MS. GATZ:  Yes, Judge.

19          Mr. Romano -- Salvatore Romano, agrees to

20   forfeit to the United States and accept a money judgment

21   in the amount of $1.1 million dollars.  The defendant

22   agrees to partially satisfy that money judgment through

23   payment of $175,000 on or before the date of the sentence,

24   in addition to waiving his right and title and interest to

25   the Farmington Savings Bank account located at paragraph

237

1    five of the agreement.

2            The government agrees that at the time of

3    sentence that in addition to what I stated with regards to

4    my recommendation to the Department of Justice, that the

5    government will release any lien on 92 Cider Mill Road in

6    Southington, Connecticut at the time the $175,000 in

7    sentencing has occurred.

8            THE COURT:  You understand in summary that's the

9    forfeiture you are agreeing to, Salvatore Romano?

10           DEFENDANT S. ROMANO:  Yes, I do, your Honor.

11           THE COURT:  I forgot if I asked you,

12   Joseph Romano, when you heard the summary, you understood

13   what it was with respect to you as well?

14           DEFENDANT J. ROMANO:  Yes.

15           THE COURT:  And Salvatore Romano, does this

16   agreement, along with the oral representations by Ms. Gatz

17   with respect to the release of the other property, does

18   that constitute your complete and total understanding of

19   your agreement with the government?

20           DEFENDANT S. ROMANO:  Yes, your Honor.

21           THE COURT:  Has anything been left out?

22           DEFENDANT S. ROMANO:  No, your Honor.

23           THE COURT:  Has anyone offered you any

24   inducements or threatened you or forced you to enter this

25   agreement or to plead guilty?

238

1          DEFENDANT S. ROMANO:  No, your Honor.

2          THE COURT:  Has anyone made any promise to you

3     as to what your sentence will be?

4          DEFENDANT S. ROMANO:  No, your Honor.

5          THE COURT:  Vincent Romano, with respect to

6     Court Exhibit 3, did you sign this agreement today in the

7     presence of your attorney?

8          DEFENDANT V. ROMANO:  Yes.

9          THE COURT:  Did you review it before you signed

10    it?

11         DEFENDANT V. ROMANO:  Yes, sir.

12         THE COURT:  Did you discuss it with your

13    attorney before you signed it.

14         DEFENDANT V. ROMANO:  Yes, I did.

15         THE COURT:  I'll repeat again what I said about

16    the guidelines.

17         You understand that although it contains an

18    estimate, it's only an estimate and not binding on the

19    court in any way.  The court will determine what the

20    advisory range is, and whatever it turns out to be, I can

21    sentence you above or below that range when I consider all

22    the factors under the law.

23         You understand that?

24         DEFENDANT V. ROMANO:  Yes, I do.

25         THE COURT:  With respect to paragraph four, in

239

1    paragraph four you agree not to file an appeal or

2    otherwise challenge under Section 2255 or any other

3    provision of the law, the conviction or sentence in this

4    case in the event that the court imposes a term of

5    imprisonment of 108 months or below.

6          In plain terms what it means is if I sentence

7    you to 108 months in jail or anything less than 108 months

8    in jail, you are waiving or giving up your right to file

9    an appeal or otherwise challenge in any way the conviction

10   or sentence in this case.

11         You understand that?

12         DEFENDANT V. ROMANO:  Yes.

13         THE COURT:  Are you waiving that right knowingly

14   and voluntarily?

15         DEFENDANT V. ROMANO:  Yes.

16         THE COURT:  I'll ask the government to outline

17   the forfeiture as it relates to Vincent Romano.

18         MS. GATZ:  In addition to what I previously

19   stated, your Honor, regarding my recommendation to the

20   Department of Justice, at the time of sentence, the

21   defendant agreed to forfeit to the United States and enter

22   a money judgment in the amount of $760,000.

23         He agrees to partially satisfy that money

24   judgment through immediate forfeiture of a Washington

25   Mutual account, account number set forth in paragraph

240

1   five, and the premises located at 8 Hines Court in

2   Smithtown, New York.  The government agrees the defendant

3   can live at 8 Hines Court in Smithtown until he is

4   sentenced and/or designated to appear in the prison

5   facility.

6           THE COURT:  You understand, Vincent Romano, that

7   that's in summary the terms of the forfeiture that are

8   contained in more detail, obviously, in the plea

9   agreement?

10          DEFENDANT V. ROMANO:  Yes.

11          THE COURT:  Does this agreement, along with the

12  oral representations made by Ms. Gatz, constitute your

13  complete and entire understanding of your agreement with

14  the government?

15          Has anything been left out?

16          DEFENDANT V. ROMANO:  No.

17          THE COURT:  Has anyone offered you any

18  inducements or threatened you or forced you to enter into

19  this agreement or forced you to plead guilty?

20          DEFENDANT V. ROMANO:  No, sir.

21          THE COURT:  Has anyone made you any promises as

22  to what your sentence will be?

23          DEFENDANT V. ROMANO:  No, sir.

24          THE COURT:  Do counsel know of any valid defense

25  that would prevail at trial or any reason why your clients

241

```
1    should not be permitted to plead guilty to count one,

2    Mr. Carnesi?

3              MR. CARNESI:  No, sir.

4              THE COURT:  Mr. Meringolo.

5              MR. MERINGOLO:  No, your Honor.

6              THE COURT:  Mr. Geduldig.

7              MR. GEDULDIG:  No, Judge.

8              THE COURT:  At this point, gentlemen, I need you

9    to tell me in your own words what it is that you did that

10   makes you guilty of count one in the superseding

11   indictment.

12             We'll start with Joseph Romano.  Tell me in your

13   own words what it is you did.

14             DEFENDANT J. ROMANO:  From 2001 through 2008 I

15   conspired with others to commit wire fraud by using a

16   telephone to contact potential customers and induce them

17   into purchasing coins through false representations as to

18   the value of the coins and the existence of an investor

19   willing to repurchase the coins at a profit.

20             These representations were made from the

21   Eastern District of New York.

22             THE COURT:  You knew at the time you made those

23   representations that they were false?

24             DEFENDANT J. ROMANO:  Yes, your Honor.

25             THE COURT:  You said you used the telephone.
```

242

1    Some of these customers, you were in the Eastern District

2    of New York, were some of these customers out of state?

3              DEFENDANT J. ROMANO:  Yes.

4              THE COURT:  And at the time you participated in

5    this agreement to defraud these customers, you knew it was

6    wrong and against the law?

7              DEFENDANT J. ROMANO:  Yes, your Honor.

8              THE COURT:  Are there any other questions the

9    government would like me to ask Joseph Romano?

10             MR. SULLIVAN:  Your Honor, just about the use of

11   the United States mails, either to ship coins or receive

12   checks.

13             THE COURT:  In addition to the interstate wires,

14   did you use the mail to both ship coins and receive

15   payments?

16             DEFENDANT J. ROMANO:  Yes.

17             THE COURT:  Anything else?

18             MR. SULLIVAN:  No, your Honor.

19             Thank you.

20             THE COURT:  Salvatore Romano, tell me in your

21   own words what it is you did that makes you guilty.

22             DEFENDANT S. ROMANO:  From 2001 to 2008 I

23   conspired with others in the Eastern District of New York

24   to sell coins over the phones by knowing and inducing

25   people to purchase coins for inflated values.

243

1          I misrepresented that there were investors and
2    that they had purchased these coins.  This was done over
3    the phones and were shipped by mail.
4          THE COURT:  Okay.
5          Again, let me follow up.  When you made these
6    misrepresentations to customers or investors on the phone,
7    did you know that these statements that you were making
8    were false and were inducing them into making the
9    purchase?
10          DEFENDANT S. ROMANO:  Yes, your Honor.
11          THE COURT:  When you were using the phones, you
12    were here on Long Island somewhere?
13          DEFENDANT S. ROMANO:  Yes, your Honor.
14          THE COURT:  Were some of the customers when you
15    were engaged in these conversations outside the State of
16    New York?
17          DEFENDANT S. ROMANO:  Yes, your Honor.
18          THE COURT:  Did you also use the mail to ship
19    coins to people or to receive payment?
20          DEFENDANT S. ROMANO:  Yes, your Honor.
21          THE COURT:  And at the time that you did this,
22    did you know that it was wrong and against the law?
23          DEFENDANT S. ROMANO:  Yes.
24          THE COURT:  Any other questions to
25    Salvatore Romano?

244

1          MR. SULLIVAN:  No, your Honor.

2          THE COURT:  Vincent Romano.

3          Go ahead.

4          DEFENDANT V. ROMANO:  From 2003 to 2008, myself,

5    my brothers, and others conspired to sell collectible

6    coins at excessive prices.  My role in the operation was

7    to purchase and grade the coins.  I gave up the grade

8    which I knew to be wrong and excessive and false.

9          The coins were then sold at highly exaggerated

10   prices based on the grades that I provided.  I knew the

11   salesmen made these representations from the telephone,

12   using the telephone, and I knew the nature of it was

13   untrue.

14         The coins were then mailed to the US mail a

15   couple of times UPS and DHL and Federal Express.

16         THE COURT:  With respect to the false statements

17   regarding the grade of the coins, you knew at the time

18   those statements were made by -- you caused the salesman

19   to make these statements or you made the statements

20   yourself to the customers?

21         DEFENDANT V. ROMANO:  I didn't deal with any

22   customers.

23         I graded the material.

24         THE COURT:  You were in agreement with others

25   that the salesman would make the false statements

245

1    regarding the grade to the customers?

2                DEFENDANT V. ROMANO:  Yes.

3                THE COURT:  And you knew the statements to the

4    customers were false at the time they were made?

5                DEFENDANT V. ROMANO:  Yes.

6                THE COURT:  And you knew it would induce them,

7    the false statements, to purchase the coins that were

8    inflated, wrongly inflated values?

9                DEFENDANT V. ROMANO:  Yes, sir.

10                THE COURT:  And with respect to the use of the

11   telephones, were you on Long Island and members of the

12   conspiracy, they were using the telephones on Long Island?

13                DEFENDANT V. ROMANO:  Yes.

14                THE COURT:  Were some of those calls to

15   customers who were out of state?

16                DEFENDANT V. ROMANO:  Yes, sir.

17                THE COURT:  You said the mail was used to ship

18   the coins?

19                DEFENDANT V. ROMANO:  Yes.

20                THE COURT:  At the time you joined and

21   participated in this conspiracy to defraud, did you know

22   it was wrong and against the law?

23                DEFENDANT V. ROMANO:  Yes.

24                THE COURT:  Any other questions as to

25   Vincent Romano?

246

1          MR. SULLIVAN:  No, your Honor.

2          THE COURT:  I'd ask the government at this time

3    to summarize their proof with respect to each of the

4    defendants if the defendants were to go to trial.

5          MS. GATZ:  Your Honor, the government would

6    prove at trial that the defendant Joseph Romano was the

7    owner of the three coin companies, that he, in fact,

8    supervised and trained the salesmen to make

9    misrepresentations to the customers regarding the grade of

10   the coins and the existence of a secondary purchaser for

11   the coins.

12          The government would prove that through the

13   testimony of some of the sales people, as well as the

14   testimony of the victims who spoke with the sales people,

15   in addition to some audiotapes procured by some of the

16   victims, and the victims' own testimony.

17          The evidence would also prove that the defendant

18   Salvatore Romano was, in fact, the sales manager of the

19   salespeople at the subject companies, and he, in fact,

20   made misrepresentations to victims over the phone using

21   the alias Steve Anderson.  The misrepresentations involved

22   promises of a secondary purchaser for the coins once the

23   victims purchased the coins.  We would prove that through

24   the testimony of the victims, in addition to audiotapes

25   made by the victims of the defendant Salvatore Romano.

247

1          With respect to the defendant Vincent Romano,

2     the evidence would prove that he was the office manager,

3     and lead grader of the coins at the subject companies.

4     The testimony would be that he purchased coins that were

5     ungraded.  They were just really uncirculated coins with a

6     range and each and every coin he purchased he upgraded to

7     an MS 64 plus which is a significantly higher grade and

8     he, in fact, sold those coins to the customers through the

9     salespeople at the falsely inflated grade and he was aware

10    of the misrepresentations being made by the sales people

11    regarding the existence of a secondary purchaser.

12          All of these allegations we have proven through

13    the testimony as I stated of the victims.  The victims

14    have the paperwork to corroborate their stories, the

15    salespeople, in addition to several office employees that

16    worked at the subject companies.

17          THE COURT:  And the government would be able to

18    prove the use of the mails and the interstate wires to

19    facilitate.

20          MS. GATZ:  Yes.  I apologize.

21          The government would prove this was a

22    telemarketing operation where the calls were made from the

23    Eastern District of New York to almost every other state

24    of the United States, and through phone records, as well

25    as testimony of the witnesses.

248

1          In addition, the government would prove through

2   Federal Express records and mail records that coins were

3   shipped out from subject companies from the office side

4   where Vincent Romano worked and that often Federal Express

5   or other mail carriers were sent by the subject companies

6   to the victims' homes to pick up checks that were therein

7   sent back to the Eastern District of New York.

8          THE COURT:  And you would be able to prove this

9   conspiracy took place from 2001 to 2008?

10          MS. GATZ:  Yes, your Honor.

11          THE COURT:  And each defendant committed an act

12   within the statute of limitations?

13          MS. GATZ:  Yes.

14          THE COURT:  Okay.  Thank you.

15          Mr. Joseph Romano, did the government accurately

16   summarize your conduct in connection with the case?

17          DEFENDANT J. ROMANO:  Well, except for one part

18   which I disagree with --

19          THE COURT:  Why don't you speak to Mr. Carnesi

20   first.

21          (Whereupon, there was a pause in the

22   proceedings.)

23          DEFENDANT J. ROMANO:  Your Honor, I was aware of

24   the investor pitch which the prosecutor speaks of.

25          But I didn't train people on an investor pitch.

249

1          THE COURT:  Okay.

2          You didn't do the training yourself.

3          DEFENDANT J. ROMANO:  I trained people how to

4    sell, how to talk -- speak over the phone, but I didn't

5    train them in the investor pitch.

6          THE COURT:  But you knew the false investor

7    pitch was being used, correct?

8          DEFENDANT J. ROMANO:  Yes, sir.

9          THE COURT:  And you approved of others doing the

10   training?

11         DEFENDANT J. ROMANO:  Yes, your Honor.

12         THE COURT:  With that correction, you agree with

13   what she said?

14         DEFENDANT J. ROMANO:  Yes, I do.

15         THE COURT:  And Salvatore Romano, did you hear

16   what she summarized regarding the conduct, do you agree

17   with what she said?

18         DEFENDANT S. ROMANO:  Yes, your Honor.

19         THE COURT:  Vincent Romano, did you hear what

20   she said regarding your conduct and you agree with what

21   she said?

22         DEFENDANT V. ROMANO:  Yes, sir.

23         THE COURT:  Joseph Romano, please stand.

24         How do you now plead to count one of superseding

25   indictment S2-09-170, guilty or not guilty?

250

1            DEFENDANT J. ROMANO:  Guilty, your Honor.

2            THE COURT:  Did you do what you are charged with

3    doing in count one?

4            DEFENDANT J. ROMANO:  Yes, your Honor.

5            THE COURT:  Are you pleading guilty because you

6    are guilty?

7            DEFENDANT J. ROMANO:  Yes, your Honor.

8            THE COURT:  Are you pleading guilty voluntarily

9    and of your own free will?

10            DEFENDANT J. ROMANO:  Yes, your Honor?

11            THE COURT:  You can be seated.

12            Salvatore Romano, please stand.

13            How do you now plead to count one of superseding

14    indictment 09-170 S2, guilty or not guilty?

15            DEFENDANT S. ROMANO:  Guilty, your Honor.

16            THE COURT:  Did you do what you are charged with

17    doing in count one?

18            DEFENDANT S. ROMANO:  Yes.

19            THE COURT:  Are you pleading guilty because you

20    are guilty?

21            DEFENDANT S. ROMANO:  Yes.

22            THE COURT:  Are you pleading guilty voluntarily

23    and of your own free will?

24            DEFENDANT S. ROMANO:  Yes.

25            THE COURT:  You can be seated.

251

1        Vincent Romano.

2        How do you now plead to count one of superseding

3   indictment S2-09-170 guilty or not guilty?

4        DEFENDANT V. ROMANO:  Guilty.

5        THE COURT:  Did you do what you are charged with

6   doing in count one?

7        DEFENDANT V. ROMANO:  Yes, sir.

8        THE COURT:  Are you pleading guilty because you

9   are guilty?

10       DEFENDANT V. ROMANO:  Yes.

11       THE COURT:  Are you pleading guilty voluntarily

12  and of your own free will?

13       DEFENDANT V. ROMANO:  Yes.

14       THE COURT:  You can be seated.

15       Because each defendant acknowledged they are

16  guilty as charged in count one of the superseding

17  indictment, S2-09-170, because each of them know their

18  rights and are waiving them, because the plea for each of

19  them is entered knowingly and voluntarily and is supported

20  by an independent basis in fact for each of the elements

21  in the offense, I accept each of the defendants' guilty

22  pleas and I adjudge Joseph Romano guilty of count one,

23  superseding indictment S2, I adjudge Salvatore Romano

24  guilty of count one of the superseding indictment S2, and

25  I adjudge Vincent Romano guilty of superseding indictment

252

1    S2.

2            I will direct that the probation department

3    prepare the presentence report.  Defense counsel wish to

4    be present for any interview of their client?

5            MR. CARNESI:  Yes, your Honor.

6            MR. GEDULDIG:  Yes, your Honor.

7            MR. MERINGOLO:  Yes, your Honor.

8            THE COURT:  That should be noted.

9            I don't know if we figured out a sentencing date

10   with the lawyers.  We don't have the calendar down here.

11   We'll set a date.  If it turns out that's a bad date, just

12   write a letter.  There's nothing magical about the date.

13   Just let us know.

14           I want to make sure for the two defendants on

15   bail, your lawyers are going to communicate the

16   sentencing -- actually, does the government have a

17   calendar?  Why don't we do that.

18           MR. SULLIVAN:  Sure.

19           MS. GATZ:  You want to do it --

20           THE COURT:  January.

21           MS. GATZ:  I was going to say next year.

22           Do you want a Friday?

23           THE COURT:  Yes.

24           MS. GATZ:  The 21st and 28th are two Fridays.

25           THE COURT:  How about January 21st, we'll

253

1  schedule Joseph Romano for 1:30, Salvatore Romano for 2:30

2  and Vincent Romano for 3:30.

3          MR. CARNESI:  That's fine, Judge.

4          THE COURT:  Salvatore Romano, Vincent Romano,

5  you understand you are required to appear on those dates

6  for sentencing unless you are advised by your attorneys

7  the date has been adjourned and if you fail to appear you

8  are subject to potential additional charges including bail

9  jumping, you understand that Salvatore Romano?

10         DEFENDANT S. ROMANO:  Yes, your Honor.

11         THE COURT:  Vincent Romano?

12         DEFENDANT V. ROMANO:  Yes, your Honor.

13         THE COURT:  Anything else from the government

14  today?

15         MS. GATZ:  We did hand out preliminary orders of

16  forfeiture for the court's review.

17         Counsel have been provided with a copy.

18         THE COURT:  Just give me one second.

19         Mr. Carnesi.

20         MR. CARNESI:  The only other thing is, I

21  understand that the court ordered Mr. Romano to be

22  transferred to a facility in Queens from East Meadow.

23         We are requesting now that he be transferred

24  back to East Meadow.  Ms. Gatz has contacted the marshals

25  to try to arrange it.

254

1          I'm assuming there is nothing in your order from

2     preventing that.

3          THE COURT:  No.

4          MS. GATZ:  I spoke to the marshals and they told

5     me they would take him back to Nassau to the same place he

6     was before.

7          THE COURT:  That was only done to avoid him

8     coming in an hour late.

9          MR. CARNESI:  I understand.

10          MR. GEDULDIG:  Judge, on the preliminary order

11     of forfeiture, I had asked I guess your secretary

12     regarding paragraph three of that, it indicates that

13     interest should start running from the date of sentence.

14          At this point in time, my client probably will

15     be in jail for a period of time.  I was wondering if the

16     interest could start running on his release from prison.

17          MS. GATZ:  Your Honor, we could strike that

18     provision.

19          I'm advised that it's paragraph three and we can

20     strike it.

21          THE COURT:  Paragraph three, the first sentence

22     I will delete or the whole paragraph?

23          Just the first sentence, right?

24          MR. GEDULDIG:  Yes.

25          MS. GATZ:  The first sentence.  Yes.

255

1          Thank you.

2          THE COURT:  Is that in each of the defendants'

3    plea agreements?

4          MR. CARNESI:  We all request the same change.

5          MS. GATZ:  I have no objection to striking that

6    sentence in each of the preliminary orders of forfeiture.

7          It is different, though, I'm told.

8          THE COURT:  I don't see it in the other ones.

9          MS. GATZ:  It shouldn't be in the other two.

10          THE COURT:  It's not.

11          Mr. Carnesi.

12          MR. CARNESI:  I'm just looking at it now, Judge.

13    It appears that it's not.

14          THE COURT:  Mr. Carnesi, you agree with this

15    preliminary order of forfeiture?

16          MR. CARNESI:  Yes.

17          THE COURT:  And Joseph Romano?

18          DEFENDANT J. ROMANO:  Yes, your Honor.

19          THE COURT:  Mr. Meringolo, you agree to this

20    preliminary order of forfeiture?

21          MR. MERINGOLO:  Yes, your Honor.

22          THE COURT:  And Salvatore Romano?

23          DEFENDANT S. ROMANO:  Yes, your Honor.

24          THE COURT:  And Mr. Geduldig, you agree to this

25    preliminary order of forfeiture with that one change?

256

1          MR. GEDULDIG:  Yes, your Honor.

2          THE COURT:  Vincent Romano?

3          DEFENDANT V. ROMANO:  Yes.

4          THE COURT:  Anything else from the government?

5          MS. GATZ:  No, your Honor.

6          THE COURT:  From the defense?

7          MR. CARNESI:  No, sir.

8          THE COURT:  Mr. Meringolo?

9          MR. MERINGOLO:  No, your Honor.

10          THE COURT:  Mr. Geduldig?

11          MR. GEDULDIG:  No, Judge.

12          THE COURT:  Thank you.

13          Have a good day.

14          (The matter concluded.)

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 226:6
**$175,000** [2] - 236:23, 237:6
**$250,000** [1] - 225:25
**$760,000** [1] - 239:22

## 0

**09-170** [1] - 250:14

## 1

**1** [2] - 229:22, 230:5
**1.1** [1] - 236:21
**100** [1] - 208:22
**108** [3] - 239:5, 239:7
**11201** [1] - 208:14
**11722** [1] - 208:22
**1180** [1] - 208:22
**12** [1] - 218:12
**12th** [1] - 214:15
**130** [1] - 236:7
**135** [2] - 236:6, 236:8
**180** [1] - 231:15
**188** [2] - 231:14, 231:16
**1:30** [1] - 253:1

## 2

**2** [4] - 210:8, 210:16, 229:25, 235:2
**20** [1] - 225:15
**2001** [3] - 241:14, 242:22, 248:9
**2003** [1] - 244:4
**2008** [4] - 241:14, 242:22, 244:4, 248:9
**2010** [1] - 208:6
**21st** [2] - 252:24, 252:25
**22** [1] - 233:21
**2255** [3] - 231:12, 236:4, 239:2
**28** [1] - 208:6
**28th** [1] - 252:24
**29** [1] - 233:20
**2:30** [1] - 253:1

## 3

**3** [2] - 230:1, 238:6
**35** [2] - 233:14, 233:16
**38th** [2] - 233:14, 233:16
**3:30** [1] - 253:2

## 4

**41** [1] - 215:16
**46** [1] - 214:13
**47** [1] - 213:9
**48** [3] - 213:20, 214:24, 216:2

## 6

**6011** [1] - 233:24
**63-65** [1] - 233:17
**631** [2] - 208:22, 208:22
**64** [1] - 247:7
**6F** [1] - 233:16
**6G** [1] - 233:15

## 7

**7** [1] - 233:5
**7084** [1] - 233:19
**712-6106** [1] - 208:22
**712-6122** [1] - 208:22

## 8

**8** [2] - 240:1, 240:3

## 9

**92** [1] - 237:5
**9:30** [1] - 209:5
**9:45** [1] - 208:7

## A

**a.m** [1] - 208:7
**able** [2] - 247:17, 248:8
**absolutely** [1] - 215:3
**accept** [5] - 211:20, 221:4, 233:5, 236:20, 251:21
**account** [11] - 228:7, 228:12, 233:8, 233:9, 233:10, 233:11, 233:12, 233:13, 236:25, 239:25
**Account** [1] - 233:12
**accounts** [1] - 228:5
**accurate** [1] - 211:2
**accurately** [1] - 248:15
**acknowledge** [1] - 222:2
**acknowledged** [2] - 232:9, 251:15
**act** [3] - 224:2, 248:11
**addiction** [6] - 213:16, 213:17, 214:17, 214:18, 215:23, 215:24
**addition** [10] - 232:16, 234:14, 236:24, 237:3, 239:18, 242:13, 246:15, 246:24, 247:15, 248:1
**additional** [2] - 225:21, 253:8
**address** [1] - 234:2
**adjourned** [1] - 253:7
**adjudge** [3] - 251:22, 251:23, 251:25
**admit** [1] - 222:2
**adverse** [1] - 220:1
**advised** [3] - 209:4, 253:6, 254:19

**advisory** [2] - 228:19, 238:20
**afford** [1] - 218:23
**ago** [2] - 230:21, 230:23
**agree** [12] - 218:13, 224:22, 234:6, 236:2, 236:9, 239:1, 249:12, 249:16, 249:20, 255:14, 255:19, 255:24
**agreeable** [1] - 211:14
**agreed** [1] - 239:21
**agreeing** [3] - 231:10, 231:16, 237:9
**agreement** [28] - 223:19, 226:9, 229:4, 229:15, 229:22, 229:24, 229:25, 230:15, 230:17, 230:21, 232:3, 233:4, 234:9, 234:12, 234:13, 234:15, 234:21, 237:1, 237:16, 237:19, 237:25, 238:6, 240:9, 240:11, 240:13, 240:19, 242:5, 244:24
**agreements** [4] - 209:15, 210:23, 232:8, 255:3
**agrees** [8] - 233:3, 233:5, 233:23, 236:19, 236:22, 237:2, 239:23, 240:2
**ahead** [2] - 233:1, 244:3
**alcohol** [2] - 213:17, 214:18, 215:24
**alcoholic** [3] - 213:20, 214:24, 216:2
**alias** [1] - 246:21
**allegations** [1] - 247:12
**allege** [1] - 224:7
**alleged** [2] - 223:24, 224:14
**alleges** [2] - 223:3, 224:24
**almost** [1] - 247:23
**alone** [1] - 227:18
**AMERICA** [1] - 208:3
**amount** [3] - 226:4, 236:21, 239:22
**Anderson** [1] - 246:21
**answer** [1] - 212:20
**answers** [1] - 212:18
**apologize** [2] - 209:3, 247:20
**appeal** [9] - 220:11, 221:14, 229:2, 231:11, 231:17, 236:3, 236:9, 239:1, 239:9
**appear** [2] - 240:4, 253:5, 253:7
**APPEARANCES** [1] - 208:11
**applicable** [1] - 228:20
**application** [2] - 210:2, 210:20
**appointed** [1] - 218:24
**appropriate** [1] - 235:19
**approved** [1] - 249:9
**arguments** [2] - 221:12, 227:24
**arrange** [1] - 253:25

**advisory** col... / (right column start)
**artifice** [3] - 222:23, 224:11, 224:16
**assessment** [1] - 226:7
**assets** [2] - 233:7, 234:10
**assuming** [1] - 254:1
**attached** [1] - 225:19
**attention** [1] - 231:8
**attorney** [9] - 212:2, 216:20, 221:7, 230:6, 230:12, 235:3, 235:9, 238:7, 238:13
**ATTORNEY** [1] - 208:12
**attorney's** [1] - 217:4
**attorneys** [1] - 253:6
**audiotapes** [2] - 246:15, 246:24
**AUSA** [2] - 208:13, 208:13
**avoid** [1] - 254:7
**aware** [2] - 247:9, 248:23

## B

**background** [1] - 228:4
**bad** [1] - 252:11
**bail** [2] - 252:15, 253:8
**bank** [2] - 233:8, 233:12
**Bank** [3] - 233:9, 233:11, 236:25
**based** [2] - 227:22, 244:10
**basis** [3] - 216:14, 221:11, 251:20
**Beach** [4] - 233:11, 233:21, 233:25, 234:4
**became** [1] - 223:23
**BEFORE** [1] - 208:9
**behalf** [2] - 210:4, 219:12
**below** [7] - 228:21, 231:4, 231:14, 235:20, 236:6, 238:21, 239:5
**beverages** [3] - 213:20, 214:24, 216:2
**beyond** [5] - 218:4, 223:16, 224:5, 225:1, 225:3
**BIANCO** [1] - 208:9
**binding** [4] - 227:20, 232:10, 235:13, 238:18
**Boulevard** [1] - 233:25
**bound** [1] - 230:24
**Boynton** [1] - 233:21
**break** [1] - 233:7
**bringing** [1] - 209:9
**Brooklyn** [1] - 208:14
**brother** [2] - 213:22, 216:4
**brothers** [1] - 244:5
**BY** [1] - 208:13

## C

**calculation** [4] - 230:22, 231:2, 231:3, 235:12

**calendar** [2] - 252:10, 252:17
**Capital** [1] - 233:9
**care** [2] - 213:13, 215:20
**carefully** [1] - 217:14
**CARNESI** [17] - 208:16, 209:6, 210:3, 210:10, 211:11, 214:6, 234:2, 234:5, 241:3, 252:5, 253:3, 253:20, 254:9, 255:4, 255:12, 255:16, 256:7
**Carnesi** [8] - 210:2, 211:10, 214:5, 241:2, 248:19, 253:19, 255:11, 255:14
**carriers** [1] - 248:5
**carries** [1] - 225:14
**case** [9] - 216:20, 218:22, 228:3, 228:25, 231:13, 236:5, 239:4, 239:10, 248:16
**CAT** [1] - 208:25
**caused** [2] - 224:19, 244:18
**Central** [2] - 208:5, 208:22
**certain** [3] - 211:21, 217:11, 227:2
**challenge** [6] - 231:11, 231:17, 236:3, 236:10, 239:2, 239:9
**change** [3] - 220:19, 255:4, 255:25
**charge** [2] - 216:21, 222:17
**charged** [6] - 222:2, 223:20, 250:2, 250:16, 251:5, 251:16
**charges** [6] - 217:19, 220:21, 222:19, 222:22, 223:7, 253:8
**CHARLES** [1] - 208:16
**Chase** [1] - 233:13
**checks** [2] - 242:12, 248:6
**chose** [1] - 219:23
**Cider** [1] - 237:5
**citizen** [1] - 226:19
**civil** [1] - 227:2
**clear** [5] - 211:17, 211:19, 213:23, 215:2, 216:5
**CLERK** [1] - 212:15
**client** [3] - 210:4, 252:4, 254:14
**clients** [1] - 240:25
**coin** [3] - 222:24, 246:7, 247:6
**coins** [26] - 223:2, 241:17, 241:18, 241:19, 242:11, 242:14, 242:24, 242:25, 243:2, 243:19, 244:6, 244:7, 244:9, 244:14, 244:17, 245:7, 245:18, 246:10, 246:11, 246:22, 246:23, 247:3, 247:4, 247:5, 247:8, 248:2

**collectible** [1] - 244:5
**college** [2] - 213:11, 215:18
**coming** [1] - 254:8
**commit** [3] - 221:15, 222:20, 241:15
**committed** [3] - 224:2, 228:14, 248:11
**committing** [1] - 228:6
**communicate** [1] - 252:15
**companies** [7] - 222:24, 246:7, 246:18, 247:3, 247:16, 248:3, 248:5
**compel** [1] - 219:14
**competence** [3] - 214:4, 215:8, 216:11
**competent** [2] - 216:17, 218:4
**complete** [2] - 237:18, 240:13
**concluded** [1] - 256:14
**condition** [1] - 225:18
**conditions** [1] - 225:20
**conduct** [4] - 228:14, 248:16, 249:16, 249:20
**confirm** [1] - 210:25
**conjunction** [1] - 235:18
**Connecticut** [1] - 237:6
**connection** [4] - 222:23, 224:2, 224:10, 248:16
**consents** [1] - 211:9
**consider** [5] - 228:2, 228:9, 228:18, 228:23, 238:21
**considered** [1] - 221:11
**considering** [1] - 235:21
**conspiracy** [12] - 222:19, 222:22, 223:17, 223:19, 223:24, 224:3, 224:7, 224:10, 224:23, 245:12, 245:21, 248:9
**conspired** [3] - 241:15, 242:23, 244:5
**constitute** [4] - 234:12, 234:15, 237:18, 240:12
**constitution** [1] - 217:12
**Constitution** [1] - 217:17
**constitutional** [2] - 219:23, 219:24
**consult** [1] - 212:2
**consultation** [1] - 231:1
**contact** [1] - 241:16
**contacted** [1] - 253:24
**contained** [4] - 217:19, 220:21, 222:21, 240:8
**contains** [2] - 230:21, 238:17
**continue** [1] - 220:20
**Continued** [1] - 209:25
**continues** [1] - 209:1
**conversations** [1] - 243:15
**convicted** [2] - 220:10, 228:7

**conviction** [6] - 231:12, 231:18, 236:5, 236:10, 239:3, 239:9
**Copiague** [1] - 233:18
**copy** [1] - 253:17
**correct** [3] - 210:9, 210:24, 249:7
**correction** [1] - 249:12
**corroborate** [1] - 247:14
**cost** [1] - 218:24
**counsel** [9] - 209:15, 214:3, 215:7, 216:10, 216:16, 232:9, 240:24, 252:3, 253:17
**count** [20] - 210:6, 210:16, 210:20, 222:18, 222:19, 223:7, 224:10, 225:12, 225:14, 241:1, 241:10, 249:24, 250:3, 250:13, 250:17, 251:2, 251:6, 251:16, 251:22, 251:24
**County** [1] - 233:11
**couple** [2] - 230:14, 244:15
**COURT** [229] - 208:1, 208:9, 209:2, 209:10, 209:18, 209:21, 210:1, 210:8, 210:11, 210:17, 210:22, 210:25, 211:4, 211:6, 211:8, 211:14, 211:17, 212:7, 212:10, 212:12, 212:17, 212:23, 212:25, 213:2, 213:8, 213:10, 213:12, 213:15, 213:19, 213:23, 213:25, 214:3, 214:7, 214:9, 214:12, 214:14, 214:16, 214:20, 215:2, 215:4, 215:7, 215:12, 215:15, 215:17, 215:19, 215:22, 216:1, 216:5, 216:7, 216:10, 216:14, 216:24, 217:1, 217:3, 217:6, 217:8, 217:10, 217:23, 217:25, 218:2, 218:8, 218:10, 218:12, 218:17, 218:19, 218:21, 219:2, 219:4, 219:6, 219:18, 219:20, 219:22, 220:6, 220:8, 220:10, 220:14, 220:16, 220:18, 220:25, 221:2, 221:4, 221:19, 221:21, 221:23, 222:5, 222:7, 222:9, 222:13, 222:15, 222:17, 223:9, 223:11, 223:13, 223:25, 225:10, 226:15, 226:17, 226:19, 226:22, 226:24, 227:1, 227:7, 227:9, 227:11, 229:10, 229:12, 229:14, 229:17, 229:19,

229:21, 230:4, 230:8, 230:11, 230:14, 231:8, 231:21, 231:24, 232:18, 232:22, 232:24, 233:1, 234:11, 234:17, 234:19, 234:23, 235:1, 235:5, 235:8, 235:11, 235:17, 235:25, 236:13, 236:16, 237:8, 237:11, 237:15, 237:21, 237:23, 238:2, 238:5, 238:9, 238:12, 238:15, 238:25, 239:13, 239:16, 240:6, 240:11, 240:17, 240:21, 240:24, 241:4, 241:6, 241:8, 241:22, 241:25, 242:4, 242:8, 242:13, 242:17, 242:20, 243:4, 243:11, 243:14, 243:18, 243:21, 243:24, 244:2, 244:16, 244:24, 245:3, 245:6, 245:10, 245:14, 245:17, 245:20, 245:24, 246:2, 247:17, 248:8, 248:11, 248:14, 248:19, 249:1, 249:6, 249:9, 249:12, 249:15, 249:19, 249:23, 250:2, 250:5, 250:8, 250:11, 250:16, 250:19, 250:22, 250:25, 251:5, 251:8, 251:11, 251:14, 252:8, 252:20, 252:23, 252:25, 253:4, 253:11, 253:13, 253:18, 254:3, 254:7, 254:21, 255:2, 255:8, 255:10, 255:14, 255:17, 255:19, 255:22, 255:24, 256:2, 256:4, 256:6, 256:8, 256:10, 256:12
**Court** [8] - 208:21, 229:22, 229:24, 230:1, 235:2, 238:6, 240:1, 240:3
**court** [14] - 219:7, 226:4, 227:18, 227:21, 228:9, 230:4, 231:13, 232:13, 235:13, 238:19, 239:4, 253:21
**court's** [1] - 253:16
**Courthouse** [1] - 208:5
**CR-09-170** [1] - 208:4
**credit** [1] - 225:22
**crime** [5] - 221:15, 226:5, 226:12, 228:4, 228:6
**criminal** [3] - 226:8, 228:13, 228:14
**cross** [1] - 219:9
**cross-examine** [1] - 219:9
**current** [2] - 228:1, 234:9
**customers** [15] - 222:23,

222:25, 241:16, 242:1, 242:2, 242:5, 243:6, 243:14, 244:20, 244:22, 245:1, 245:4, 245:15, 246:9, 247:8

## D

date [7] - 236:23, 252:9, 252:11, 252:12, 253:7, 254:13
dates [1] - 253:5
deal [1] - 244:21
decided [1] - 219:25
decision [1] - 232:13
decline [1] - 232:12
DEFENDANT [173] - 211:3, 211:5, 211:7, 212:6, 212:9, 212:11, 212:22, 212:24, 213:1, 213:7, 213:9, 213:11, 213:14, 213:18, 213:21, 213:24, 214:2, 214:11, 214:13, 214:15, 214:19, 214:25, 215:3, 215:6, 215:14, 215:16, 215:18, 215:21, 215:25, 216:3, 216:6, 216:9, 216:23, 216:25, 217:2, 217:5, 217:7, 217:9, 217:22, 217:24, 218:1, 218:7, 218:9, 218:11, 218:16, 218:18, 218:20, 219:1, 219:3, 219:5, 219:17, 219:19, 219:21, 220:5, 220:7, 220:9, 220:13, 220:15, 220:17, 220:24, 221:1, 221:3, 221:18, 221:20, 221:22, 222:4, 222:6, 222:8, 222:12, 222:14, 222:16, 223:8, 223:10, 223:12, 225:5, 225:7, 225:9, 226:14, 226:16, 226:18, 226:21, 226:23, 226:25, 227:6, 227:8, 227:10, 229:9, 229:11, 229:13, 229:16, 229:18, 229:20, 230:7, 230:10, 230:13, 231:7, 231:20, 231:23, 232:21, 232:23, 232:25, 234:16, 234:18, 234:22, 234:25, 235:4, 235:7, 235:10, 235:16, 235:24, 236:12, 236:15, 237:10, 237:14, 237:20, 237:22, 238:1, 238:4, 238:8, 238:11, 238:14, 238:24, 239:12, 239:15, 240:10, 240:16, 240:20, 240:23, 241:14, 241:24, 242:3, 242:7, 242:16, 242:22,

243:10, 243:13, 243:17, 243:20, 243:23, 244:4, 244:21, 245:2, 245:5, 245:9, 245:13, 245:16, 245:19, 245:23, 248:17, 248:23, 249:3, 249:8, 249:11, 249:14, 249:18, 249:22, 250:1, 250:4, 250:7, 250:10, 250:15, 250:18, 250:21, 250:24, 251:4, 251:7, 251:10, 251:13, 253:10, 253:12, 255:18, 255:23, 256:3
Defendant [1] - 208:7
defendant [13] - 211:18, 233:2, 233:3, 234:8, 236:21, 239:21, 240:2, 246:6, 246:17, 246:25, 247:1, 248:11, 251:15
defendant's [1] - 215:8
defendants [10] - 210:2, 211:1, 211:10, 212:16, 232:2, 232:9, 232:15, 246:4, 252:14
Defendants [1] - 208:16
defendants' [3] - 216:14, 251:16, 255:2
defense [4] - 219:15, 240:24, 252:3, 256:6
defenses [1] - 216:20
defraud [6] - 222:23, 224:11, 224:16, 224:18, 242:5, 245:21
Deft [2] - 208:17, 208:18
delay [1] - 209:3
delete [1] - 254:22
demeanor [1] - 216:16
Department [1] - 232:6, 232:10, 232:11, 237:4, 239:20
department [2] - 227:23, 252:2
derived [1] - 225:25
describe [3] - 217:10, 223:13, 227:11
designated [1] - 240:4
desire [1] - 219:12
detail [2] - 223:5, 240:8
details [1] - 222:21
deter [1] - 228:6
determination [1] - 227:17
determine [3] - 231:2, 235:17, 238:19
determined [1] - 226:4
devise [1] - 222:22
DHL [1] - 244:15
different [2] - 224:24, 255:7
dinner [1] - 215:1
direct [1] - 252:2
disagree [1] - 248:18

discuss [4] - 216:19, 230:11, 235:9, 238:12
discussed [2] - 221:6, 222:10
District [5] - 241:21, 242:1, 242:23, 247:23, 248:7
DISTRICT [3] - 208:1, 208:1, 208:9
doctor [2] - 213:13, 215:20
DOJ [1] - 232:15
dollars [1] - 236:21
done [2] - 243:2, 254:7
doubt [8] - 214:3, 215:7, 216:10, 218:4, 223:16, 224:5, 225:1, 225:4
down [1] - 252:10
draw [1] - 220:1
Drive [1] - 233:20
drug [3] - 213:17, 214:18, 215:24
drugs [4] - 213:19, 214:20, 214:23, 216:1
during [1] - 219:6

## E

East [4] - 233:14, 233:16, 253:22, 253:24
Eastern [5] - 241:21, 242:1, 242:23, 247:23, 248:7
EASTERN [1] - 208:1
EDNY [1] - 232:9
either [3] - 215:7, 216:10, 242:11
elements [3] - 223:14, 223:16, 224:9, 225:2, 251:20
emphasize [4] - 228:17, 230:20, 230:23, 235:11
employees [1] - 247:15
engaged [1] - 243:15
enter [9] - 210:6, 210:15, 216:17, 220:19, 221:10, 234:20, 237:24, 239:21, 240:18
entered [4] - 210:5, 223:18, 229:14, 251:19
entire [3] - 234:13, 234:15, 240:13
entitled [2] - 217:18, 218:22
ESQ [4] - 208:12, 208:16, 208:18, 208:19
establish [2] - 211:21, 211:24
estimate [6] - 230:22, 230:24, 230:25, 238:18
event [3] - 231:13, 236:5, 239:4
evidence [5] - 218:4, 219:10, 219:12, 246:17, 247:2

exaggerated [1] - 244:9
examine [1] - 219:9
except [2] - 248:17
excessive [2] - 244:6, 244:8
execution [1] - 224:18
Exhibit [6] - 229:22, 229:25, 230:1, 230:5, 235:2, 238:6
existence [3] - 241:18, 246:10, 247:11
expense [1] - 218:24
Express [3] - 244:15, 248:2, 248:4
extent [1] - 229:3

## F

facilitate [1] - 247:19
facility [2] - 240:5, 253:22
fact [6] - 220:2, 246:7, 246:18, 246:19, 247:8, 251:20
factor [1] - 228:9
factors [4] - 228:3, 228:22, 235:21, 238:22
fail [1] - 253:7
false [12] - 212:20, 223:1, 224:12, 241:17, 241:23, 243:8, 244:8, 244:16, 244:25, 245:4, 245:7, 249:6
falsely [1] - 247:9
far [3] - 213:10, 214:14, 215:17
Farmington [1] - 236:25
Fax [1] - 208:22
FCRR [1] - 208:21
federal [1] - 227:15
Federal [4] - 208:22, 244:15, 248:2, 248:4
figured [1] - 252:9
file [5] - 231:10, 236:3, 236:9, 239:1, 239:8
filling [1] - 234:8
finally [1] - 228:24
fine [2] - 225:24, 253:3
finish [1] - 214:21
firearm [1] - 227:5
First [1] - 233:8
first [8] - 223:17, 224:11, 227:14, 230:20, 248:20, 254:21, 254:23, 254:25
five [4] - 209:20, 224:3, 237:1, 240:1
Florida [4] - 233:9, 233:20, 233:21, 233:25
focus [2] - 231:8, 235:25
follow [4] - 225:17, 232:12, 232:15, 243:5
following [1] - 233:7
forced [4] - 234:20, 237:24,

240:18, 240:19
**forfeit** [2] - 236:20, 239:21
**forfeiture** [20] - 226:8, 230:17, 231:25, 232:2, 232:7, 232:17, 233:3, 233:4, 234:10, 236:17, 237:9, 239:17, 239:24, 240:7, 253:16, 254:11, 255:6, 255:15, 255:20, 255:25
**forgot** [1] - 237:11
**form** [1] - 234:8
**former** [1] - 210:15
**forth** [2] - 228:15, 239:25
**four** [6] - 231:9, 231:10, 236:1, 236:2, 238:25, 239:1
**frame** [1] - 223:24
**fraud** [6] - 222:20, 223:21, 224:7, 224:8, 241:15
**fraudulent** [4] - 223:1, 223:4, 224:13, 224:17
**free** [4] - 218:24, 250:9, 250:23, 251:12
**Friday** [1] - 252:22
**Fridays** [1] - 252:24
**full** [5] - 210:7, 211:18, 213:5, 214:9, 215:12
**fully** [4] - 216:17, 230:11, 233:6, 235:5

## G

**gain** [1] - 225:25
**GATZ** [24] - 208:13, 209:14, 209:19, 209:22, 232:1, 233:2, 234:4, 234:6, 236:18, 239:18, 246:5, 247:20, 248:10, 248:13, 252:19, 252:21, 252:24, 253:15, 254:4, 254:17, 254:25, 255:5, 255:9, 256:5
**Gatz** [5] - 209:8, 234:14, 237:16, 240:12, 253:24
**Geduldig** [3] - 241:6, 255:24, 256:10
**GEDULDIG** [11] - 208:18, 210:19, 210:24, 211:12, 215:10, 241:7, 252:6, 254:10, 254:24, 256:1, 256:11
**gentlemen** [2] - 211:20, 241:8
**glass** [3] - 213:21, 214:25, 216:3
**Government** [1] - 208:12
**government** [35] - 210:23, 214:7, 218:3, 219:7, 219:10, 219:11, 223:14,

224:24, 225:3, 227:20, 229:15, 230:17, 231:24, 232:5, 233:23, 234:13, 234:15, 236:16, 237:2, 237:5, 237:19, 239:16, 240:2, 240:14, 242:9, 246:2, 246:5, 246:12, 247:17, 247:21, 248:1, 248:15, 252:16, 253:13, 256:4
**government's** [1] - 211:14
**grade** [8] - 214:15, 244:7, 244:17, 245:1, 246:9, 247:7, 247:9
**graded** [1] - 244:23
**grader** [1] - 247:3
**grades** [1] - 244:10
**greater** [1] - 225:24
**gross** [1] - 226:1
**guess** [1] - 254:11
**guideline** [1] - 230:22
**guidelines** [9] - 228:10, 228:11, 228:12, 228:18, 228:22, 235:13, 235:19, 235:21, 238:16
**guilt** [2] - 220:2, 222:2
**guilty** [58] - 210:6, 210:15, 210:20, 211:20, 211:22, 211:23, 211:25, 216:22, 217:14, 218:4, 218:5, 218:13, 220:19, 220:20, 221:4, 221:8, 221:9, 221:10, 221:16, 221:23, 222:1, 222:18, 225:13, 226:6, 226:12, 227:2, 229:2, 229:5, 234:21, 237:25, 240:19, 241:1, 241:10, 242:21, 249:25, 250:1, 250:5, 250:6, 250:8, 250:14, 250:15, 250:19, 250:20, 250:22, 251:3, 251:4, 251:8, 251:9, 251:11, 251:16, 251:21, 251:22, 251:24, 251:25

## H

**habeas** [1] - 231:11
**hand** [2] - 212:15, 253:15
**happy** [1] - 228:25
**Hawaiian** [1] - 233:8
**hear** [3] - 227:24, 249:15, 249:19
**heard** [1] - 237:12
**Hersey** [1] - 233:20
**higher** [1] - 247:7
**highly** [1] - 244:9
**Highway** [1] - 233:18
**Hines** [2] - 240:1, 240:3
**history** [1] - 228:13

**hold** [1] - 227:3
**homes** [1] - 248:6
**Honor** [91] - 210:3, 210:4, 210:13, 211:3, 211:5, 211:12, 211:16, 212:22, 212:24, 213:1, 214:8, 215:10, 215:11, 216:12, 216:13, 216:23, 216:25, 217:2, 217:5, 217:7, 217:9, 218:7, 218:9, 218:16, 219:1, 219:3, 219:17, 219:19, 219:21, 220:5, 220:7, 220:9, 220:15, 220:24, 221:1, 221:18, 221:20, 222:12, 222:14, 222:16, 223:8, 223:10, 225:5, 225:7, 226:14, 226:16, 226:18, 230:7, 232:1, 234:3, 234:18, 235:4, 237:10, 237:20, 237:22, 238:1, 238:4, 239:19, 241:5, 241:24, 242:7, 242:10, 242:18, 243:10, 243:13, 243:17, 243:20, 244:1, 246:1, 246:5, 248:10, 248:23, 249:11, 249:18, 250:1, 250:4, 250:7, 250:10, 250:15, 252:5, 252:6, 252:7, 253:10, 253:12, 254:17, 255:18, 255:21, 255:23, 256:1, 256:5, 256:9
**HONORABLE** [1] - 208:9
**hospitalized** [2] - 213:15, 214:16, 215:22
**hour** [1] - 254:8
**hours** [3] - 213:20, 214:24, 216:2

## I

**illness** [3] - 213:16, 214:17, 215:23
**immediate** [1] - 239:24
**impose** [4] - 228:5, 228:20, 228:24, 236:6
**imposes** [2] - 231:13, 239:4
**imposing** [1] - 228:2
**imprisonment** [9] - 225:14, 225:15, 225:17, 225:22, 228:15, 231:14, 231:15, 236:6, 239:5
**including** [8] - 213:17, 214:18, 215:24, 216:20, 220:1, 228:3, 228:8, 253:8
**incriminate** [1] - 221:24
**independent** [1] - 251:20
**indicated** [1] - 232:3
**indicates** [1] - 254:12
**indictment** [21] - 210:7,

210:8, 210:16, 210:21, 217:20, 220:22, 222:22, 222:24, 223:5, 223:20, 223:25, 224:14, 241:11, 249:25, 250:14, 251:3, 251:17, 251:23, 251:24, 251:25
**induce** [2] - 241:16, 245:6
**inducements** [3] - 234:20, 237:24, 240:18
**inducing** [2] - 242:24, 243:8
**inference** [1] - 220:1
**inflated** [4] - 242:25, 245:8, 247:9
**informed** [1] - 216:17
**ING** [1] - 233:10
**innocent** [2] - 218:3, 218:14
**intent** [1] - 224:18
**interest** [3] - 236:24, 254:13, 254:16
**interests** [1] - 228:8
**interstate** [4] - 223:3, 224:19, 242:13, 247:18
**interview** [1] - 252:4
**investor** [5] - 241:18, 248:24, 248:25, 249:5, 249:6
**investors** [2] - 243:1, 243:6
**involved** [1] - 246:21
**involving** [1] - 223:2
**Island** [3] - 243:12, 245:11, 245:12
**Islip** [2] - 208:5, 208:22
**issued** [1] - 219:14
**itself** [1] - 229:3

## J

**jail** [6] - 225:21, 236:8, 239:7, 239:8, 254:15
**January** [2] - 252:20, 252:25
**JFB** [1] - 208:4
**John** [2] - 210:14, 215:14
**JOHN** [1] - 208:19
**joined** [1] - 245:20
**joins** [1] - 210:19
**JOSEPH** [2] - 208:6, 208:9
**Joseph** [42] - 210:5, 211:2, 212:5, 212:21, 213:6, 213:7, 214:4, 216:22, 217:4, 217:21, 218:6, 218:15, 218:25, 219:16, 220:4, 220:12, 220:23, 221:17, 222:3, 222:11, 223:7, 225:4, 226:13, 226:20, 227:5, 229:8, 229:15, 229:22, 230:4, 231:25, 232:20, 233:3, 234:12, 237:12, 241:12, 242:9, 246:6, 248:15, 249:23, 251:22, 253:1,

255:17
**JP** [1] - 233:13
**Judge** [6] - 209:6, 236:18, 241:7, 253:3, 255:12, 256:11
**JUDGE** [1] - 208:9
**judge** [3] - 209:14, 210:19, 254:10
**judgment** [6] - 221:10, 233:5, 236:20, 236:22, 239:22, 239:24
**jumping** [1] - 253:9
**jury** [12] - 209:1, 209:9, 217:19, 218:12, 220:1, 223:15, 223:16, 224:5, 224:9, 224:22, 224:24, 227:4
**Justice** [6] - 232:6, 232:10, 232:11, 237:4, 239:20

## K

**knowing** [1] - 242:24
**knowingly** [6] - 223:23, 224:15, 231:21, 236:13, 239:13, 251:19
**knowledge** [1] - 224:17
**known** [1] - 228:10

## L

**laid** [1] - 223:5
**Lake** [1] - 233:19
**Lane** [1] - 233:22
**LARA** [1] - 208:13
**last** [3] - 213:21, 215:1, 216:3
**late** [1] - 254:8
**law** [10] - 228:1, 228:2, 228:23, 235:22, 236:4, 238:22, 239:3, 242:6, 243:22, 245:22
**laws** [2] - 217:12, 217:17
**lawyer** [6] - 218:23, 219:9, 219:10, 219:11, 227:19
**lawyers** [3] - 224:1, 252:10, 252:15
**lead** [1] - 247:3
**left** [3] - 234:17, 237:21, 240:15
**Leonardo** [1] - 233:19
**less** [3] - 231:16, 236:8, 239:7
**letter** [1] - 252:12
**Levittown** [1] - 233:22
**lien** [3] - 233:24, 234:6, 237:5
**lift** [2] - 233:24, 234:6
**limitations** [2] - 224:4, 248:12
**listed** [5] - 233:9, 233:10,

233:11, 233:13
**listen** [1] - 217:14
**live** [1] - 240:3
**located** [9] - 233:14, 233:16, 233:17, 233:19, 233:20, 233:21, 233:24, 236:25, 240:1
**Lombardi** [1] - 208:21
**looking** [1] - 255:12
**LORETTA** [1] - 208:12
**lose** [1] - 227:2
**loss** [1] - 226:1
**LYNCH** [1] - 208:12

## M

**magical** [1] - 252:12
**mail** [12] - 222:20, 223:4, 223:21, 224:7, 224:21, 242:14, 243:3, 243:18, 244:14, 245:17, 248:2, 248:5
**mailed** [1] - 244:14
**mails** [2] - 242:11, 247:18
**manager** [2] - 246:18, 247:2
**mandatory** [7] - 225:11, 226:6, 226:7, 226:11, 228:19, 232:7, 232:16
**mark** [1] - 229:22
**marshals** [3] - 209:4, 253:24, 254:4
**MARTIN** [1] - 208:18
**material** [1] - 244:23
**materially** [2] - 223:1, 224:12
**matter** [2] - 228:25, 256:14
**maximum** [5] - 225:11, 225:14, 225:16, 225:24, 226:10
**Meadow** [2] - 253:22, 253:24
**means** [2] - 223:1, 228:18, 239:6
**mechanical** [1] - 208:24
**medicine** [4] - 213:19, 214:20, 214:23, 216:1
**member** [1] - 223:23
**members** [1] - 245:11
**mental** [3] - 213:16, 214:17, 215:23
**MERINGOLO** [8] - 208:19, 210:13, 211:13, 216:12, 241:5, 252:7, 255:21, 256:9
**Meringolo** [4] - 210:14, 241:4, 255:19, 256:8
**Merrick** [1] - 233:18
**might** [2] - 216:21, 228:13
**Mill** [1] - 237:5
**million** [2] - 233:5, 236:21
**mind** [4] - 213:23, 215:2, 216:5, 220:20

**minimum** [2] - 225:11, 225:15
**minutes** [1] - 209:20
**misrepresentations** [5] - 243:6, 246:9, 246:20, 246:21, 247:10
**misrepresented** [1] - 243:1
**misunderstanding** [1] - 230:18
**moment** [4] - 209:8, 221:25, 230:20, 230:23
**money** [7] - 222:25, 224:12, 233:5, 236:20, 236:22, 239:22, 239:23
**Montauk** [1] - 233:17
**months** [9] - 231:14, 231:15, 231:16, 236:6, 236:7, 236:8, 239:5, 239:7
**Morgan** [1] - 233:13
**morning** [2] - 209:2, 209:3
**motions** [1] - 224:1
**moving** [1] - 235:1
**MR** [42] - 209:6, 210:3, 210:10, 210:13, 210:19, 210:24, 211:11, 211:12, 211:13, 211:16, 214:6, 214:8, 215:10, 215:11, 216:12, 216:13, 234:2, 234:5, 241:3, 241:5, 241:7, 242:10, 242:18, 244:1, 246:1, 252:5, 252:6, 252:7, 252:18, 253:3, 253:20, 254:9, 254:10, 254:24, 255:4, 255:12, 255:16, 255:21, 256:1, 256:7, 256:9, 256:11
**MS** [24] - 209:14, 209:19, 209:22, 232:1, 233:2, 234:4, 234:6, 236:18, 239:18, 246:5, 247:7, 247:20, 248:10, 248:13, 252:19, 252:21, 252:24, 253:15, 254:4, 254:17, 254:25, 255:5, 255:9, 256:5
**Mutual** [2] - 233:12, 239:25

## N

**name** [6] - 211:18, 212:7, 213:5, 214:10, 215:12, 228:11
**Nassau** [1] - 254:5
**nature** [3] - 224:17, 228:4, 244:12
**necessary** [1] - 209:6
**need** [7] - 209:14, 211:23, 212:4, 228:4, 228:5, 228:7, 241:8
**NEW** [1] - 208:1

**New** [16] - 208:5, 208:14, 208:22, 233:15, 233:16, 233:17, 233:18, 233:22, 240:2, 241:21, 242:2, 242:23, 243:16, 247:23, 248:7, 247:10
**next** [3] - 209:25, 228:1, 252:21
**night** [3] - 213:22, 215:1, 216:4
**none** [1] - 227:20
**noted** [1] - 252:8
**nothing** [4] - 227:18, 227:19, 252:12, 254:1
**number** [4] - 228:3, 233:8, 233:9, 239:25

## O

**object** [1] - 219:10
**objection** [1] - 255:5
**objective** [4] - 224:6, 224:20, 224:21, 224:23
**objectives** [5] - 224:7, 224:8, 224:9, 224:24, 225:1
**obligation** [1] - 231:1
**observations** [1] - 216:15
**obtain** [2] - 222:25, 224:12
**obviously** [1] - 240:8
**occurred** [1] - 237:7
**Ocean** [2] - 233:25, 234:3
**ocean** [1] - 234:4
**OF** [3] - 208:1, 208:3, 208:8
**offense** [4] - 223:14, 226:1, 226:2, 251:21
**offer** [2] - 219:11, 223:2
**offered** [4] - 219:11, 234:19, 237:23, 240:17
**offering** [6] - 216:22, 220:18, 222:18, 225:13, 226:5, 226:12
**offers** [1] - 210:20
**office** [4] - 227:4, 247:2, 247:15, 248:3
**Official** [1] - 208:21
**often** [1] - 248:4
**old** [4] - 213:8, 214:12, 215:15, 215:16
**once** [1] - 246:22
**one** [25] - 210:6, 210:16, 210:21, 218:23, 219:25, 222:18, 222:19, 223:7, 224:25, 225:12, 225:14, 241:1, 241:10, 248:17, 249:24, 250:3, 250:13, 250:17, 251:2, 251:6, 251:16, 251:22, 251:24, 253:18, 255:25
**One** [1] - 208:14
**ones** [1] - 255:8

**operation** [2] - 244:6, 247:22
**oral** [2] - 237:16, 240:12
**orally** [1] - 234:14
**order** [9] - 222:1, 223:4, 226:3, 232:6, 254:1, 254:10, 255:15, 255:20, 255:25
**ordered** [1] - 253:21
**orders** [2] - 253:15, 255:6
**originals** [1] - 229:21
**otherwise** [6] - 231:11, 231:17, 236:3, 236:9, 239:2, 239:9
**outline** [5] - 230:14, 230:17, 231:24, 236:16, 239:16
**outlined** [2] - 223:20, 226:8
**outside** [1] - 243:15
**own** [9] - 219:12, 231:1, 241:9, 241:13, 242:21, 246:16, 250:9, 250:23, 251:12
**owner** [1] - 246:7

**P**

**page** [1] - 209:25
**Palm** [3] - 233:10, 233:25, 234:4
**paperwork** [1] - 247:14
**paragraph** [12] - 231:9, 231:10, 235:25, 236:2, 236:25, 238:25, 239:1, 239:25, 254:12, 254:19, 254:21, 254:22
**parole** [2] - 227:14, 227:16
**part** [2] - 230:17, 248:17
**partially** [3] - 233:6, 236:22, 239:23
**participant** [1] - 223:23
**participated** [3] - 224:16, 242:4, 245:21
**particular** [1] - 222:20
**parties** [2] - 231:2, 235:18
**past** [4] - 213:20, 214:24, 216:2, 224:3
**Paul** [1] - 208:21
**pause** [4] - 209:11, 209:23, 230:2, 248:21
**pay** [1] - 232:16
**payment** [2] - 236:23, 243:19
**payments** [1] - 242:15
**pecuniary** [2] - 225:25, 226:1
**penalties** [5] - 212:19, 225:11, 225:12, 226:11
**people** [8] - 218:12, 242:25, 243:19, 246:13, 246:14, 247:10, 248:25, 249:3
**period** [1] - 254:15
**perjury** [1] - 212:19
**permitted** [1] - 241:1

**persons** [2] - 223:18, 226:1
**petition** [2] - 231:11, 236:3
**Ph** [1] - 208:22
**phone** [4] - 243:6, 246:20, 247:24, 249:4
**phones** [3] - 242:24, 243:3, 243:11
**pick** [1] - 248:6
**Pierrepont** [1] - 208:14
**pills** [3] - 213:20, 214:23, 216:2
**pitch** [4] - 248:24, 248:25, 249:5, 249:7
**place** [2] - 248:9, 254:5
**plain** [1] - 239:6
**Plaza** [2] - 208:14, 208:22
**plea** [26] - 209:15, 210:5, 210:6, 210:15, 210:16, 210:22, 211:9, 211:20, 216:17, 220:19, 220:20, 221:5, 221:11, 226:9, 227:2, 229:2, 229:4, 229:5, 229:14, 229:24, 229:25, 232:8, 233:4, 240:8, 251:18, 255:3
**PLEA** [1] - 208:8
**plead** [21] - 210:20, 211:22, 214:4, 215:8, 216:11, 216:22, 221:4, 221:8, 221:9, 221:23, 222:18, 225:13, 226:5, 226:12, 234:21, 237:25, 240:19, 241:1, 249:24, 250:13, 251:2
**pleading** [9] - 211:25, 217:13, 221:15, 250:5, 250:8, 250:19, 250:22, 251:8, 251:11
**pleas** [1] - 251:22
**plus** [1] - 247:7
**point** [2] - 241:8, 254:14
**pointed** [1] - 224:1
**possess** [1] - 227:5
**possible** [1] - 216:20
**post** [1] - 225:23
**post-release** [1] - 225:23
**potential** [2] - 241:16, 253:8
**preliminary** [6] - 253:15, 254:10, 255:6, 255:15, 255:20, 255:25
**premises** [1] - 240:1
**prepare** [1] - 252:3
**prepares** [1] - 227:23
**prerelease** [1] - 225:22
**presence** [4] - 219:8, 230:5, 235:2, 238:7
**present** [1] - 252:4
**presentence** [3] - 221:12, 227:23, 252:3
**presumed** [1] - 218:2

**pretenses** [1] - 224:13
**pretrial** [1] - 224:1
**prevail** [1] - 240:25
**preventing** [1] - 254:2
**previously** [4] - 210:5, 225:23, 232:17, 239:18
**prices** [2] - 244:6, 244:10
**prison** [4] - 227:15, 231:16, 240:4, 254:16
**probation** [4] - 227:23, 231:1, 235:18, 252:2
**proceed** [1] - 209:16
**proceeding** [1] - 211:9
**Proceedings** [1] - 208:24
**proceedings** [4] - 209:12, 209:24, 230:3, 248:22
**process** [2] - 227:12, 229:8
**processes** [1] - 219:14
**procured** [1] - 246:15
**produced** [1] - 208:25
**profit** [1] - 241:19
**promise** [2] - 234:23, 238:2
**promises** [3] - 224:13, 240:21, 246:22
**proof** [1] - 246:3
**property** [10] - 222:25, 224:12, 233:14, 233:15, 233:17, 233:19, 233:20, 233:21, 233:24, 237:17
**proposed** [1] - 209:15
**prosecutor** [1] - 248:24
**prove** [18] - 218:3, 218:14, 223:15, 223:18, 223:22, 223:25, 224:4, 224:9, 225:3, 246:6, 246:12, 246:17, 246:23, 247:2, 247:18, 247:21, 248:1, 248:8
**proven** [2] - 225:1, 247:12
**provided** [2] - 244:10, 253:17
**provision** [4] - 231:12, 236:4, 239:3, 254:18
**psychologist** [2] - 213:13, 215:20
**public** [3] - 217:18, 218:24, 227:4
**purchase** [4] - 242:25, 243:9, 244:7, 245:7
**purchased** [4] - 243:2, 246:23, 247:4, 247:6
**purchaser** [2] - 246:10, 246:22, 247:11
**purchasing** [1] - 241:17
**purposes** [1] - 224:3
**pursuant** [1] - 210:22
**put** [2] - 232:3, 234:14

**Q**

**Queens** [1] - 253:22
**questions** [9] - 211:21, 212:1, 212:18, 213:2, 216:15, 221:25, 242:8, 243:24, 245:24

**R**

**raise** [1] - 212:15
**range** [7] - 228:15, 228:20, 231:4, 235:19, 238:20, 238:21, 247:6
**rather** [2] - 211:10, 213:3
**real** [6] - 233:14, 233:15, 233:17, 233:18, 233:20, 233:21
**really** [1] - 247:5
**reason** [3] - 211:23, 212:3, 240:25
**reasonable** [5] - 218:4, 223:16, 224:5, 225:1, 225:3
**receive** [4] - 227:18, 242:11, 242:14, 243:19
**recently** [2] - 213:13, 215:19
**recommendation** [6] - 232:5, 232:10, 232:12, 232:14, 237:4, 239:19
**record** [7] - 211:17, 211:19, 213:5, 214:10, 215:13, 232:4, 234:14
**recorded** [1] - 208:24
**records** [3] - 247:24, 248:2
**regard** [1] - 234:9
**regarding** [8] - 239:19, 244:17, 245:1, 246:9, 247:11, 249:16, 249:20, 254:12
**regardless** [2] - 221:7, 231:3
**regards** [1] - 237:3
**rehabilitation** [1] - 228:8
**relates** [3] - 231:25, 236:17, 239:17
**release** [8] - 225:16, 225:18, 225:19, 225:23, 237:5, 237:17, 254:16
**released** [1] - 227:16
**repeat** [2] - 214:22, 238:15
**report** [3] - 221:12, 227:23, 252:3
**Reporter** [1] - 208:21
**represent** [1] - 218:24
**representation** [1] - 217:4
**representations** [9] - 216:16, 223:1, 224:13, 237:16, 240:12, 241:17, 241:20, 241:23, 244:11
**represented** [1] - 218:22

**repurchase** [1] - 241:19
**request** [1] - 255:4
**requesting** [1] - 253:23
**required** [5] - 218:3, 228:2, 228:19, 234:9, 253:5
**respect** [20] - 210:12, 223:17, 223:21, 224:6, 224:8, 224:20, 224:21, 225:12, 230:4, 230:15, 230:18, 233:2, 237:13, 237:17, 238:5, 238:25, 244:16, 245:10, 246:3, 247:1
**respond** [1] - 211:18
**responses** [1] - 216:15
**restitution** [4] - 226:3, 226:6, 232:6, 232:16
**result** [1] - 227:1
**resulting** [1] - 226:2
**review** [5] - 225:10, 230:8, 235:5, 238:9, 253:16
**reviewable** [1] - 232:13
**Ridge** [2] - 234:3, 234:4
**rights** [7] - 217:11, 217:13, 217:16, 221:6, 222:10, 227:3, 251:18
**rise** [1] - 212:14
**RMR** [1] - 208:21
**Road** [2] - 233:18, 237:5
**role** [1] - 244:6
**ROMANO** [176] - 208:6, 208:6, 211:3, 211:5, 211:7, 212:6, 212:9, 212:11, 212:22, 212:24, 213:1, 213:7, 213:9, 213:11, 213:14, 213:18, 213:21, 213:24, 214:2, 214:11, 214:13, 214:15, 214:19, 214:25, 215:3, 215:6, 215:14, 215:16, 215:18, 215:21, 215:25, 216:3, 216:6, 216:9, 216:23, 216:25, 217:2, 217:5, 217:7, 217:9, 217:22, 217:24, 218:1, 218:7, 218:9, 218:11, 218:16, 218:18, 218:20, 219:1, 219:3, 219:5, 219:17, 219:19, 219:21, 220:5, 220:7, 220:9, 220:13, 220:15, 220:17, 220:24, 221:1, 221:3, 221:18, 221:20, 221:22, 222:4, 222:6, 222:8, 222:12, 222:14, 222:16, 223:8, 223:10, 223:12, 225:5, 225:7, 225:9, 226:14, 226:16, 226:18, 226:21, 226:23, 226:25, 227:6, 227:8, 227:10, 229:9,

229:11, 229:13, 229:16, 229:18, 229:20, 230:7, 230:10, 230:13, 231:7, 231:20, 231:23, 232:21, 232:23, 232:25, 234:16, 234:18, 234:22, 234:25, 235:4, 235:7, 235:10, 235:16, 235:24, 236:12, 236:15, 237:10, 237:14, 237:20, 237:22, 238:1, 238:4, 238:8, 238:11, 238:14, 238:24, 239:12, 239:15, 240:10, 240:16, 240:20, 240:23, 241:14, 241:24, 242:3, 242:7, 242:16, 242:22, 243:10, 243:13, 243:17, 243:20, 243:23, 244:4, 244:21, 245:2, 245:5, 245:9, 245:13, 245:16, 245:19, 245:23, 248:17, 248:23, 249:3, 249:8, 249:11, 249:14, 249:18, 249:22, 250:1, 250:4, 250:7, 250:10, 250:15, 250:18, 250:21, 250:24, 251:4, 251:7, 251:10, 251:13, 253:10, 253:12, 255:18, 255:23, 256:3
**Romano** [132] - 208:17, 208:18, 208:20, 209:5, 210:5, 210:12, 210:14, 210:18, 210:19, 211:2, 211:4, 211:6, 212:5, 212:8, 212:10, 212:21, 212:23, 212:25, 213:6, 213:7, 214:9, 214:11, 215:8, 215:12, 215:14, 216:22, 216:24, 217:1, 217:4, 217:6, 217:8, 217:21, 217:23, 217:25, 218:6, 218:8, 218:10, 218:15, 218:17, 218:19, 218:25, 219:2, 219:4, 219:16, 219:18, 219:20, 220:4, 220:6, 220:8, 220:12, 220:14, 220:16, 220:23, 220:25, 221:2, 221:17, 221:19, 221:21, 222:3, 222:5, 222:7, 222:11, 222:13, 222:15, 223:7, 223:9, 223:11, 225:4, 225:6, 225:8, 226:13, 226:15, 226:17, 226:20, 226:22, 226:24, 227:5, 227:7, 227:9, 229:8, 229:10, 229:12, 229:15, 229:17, 229:19, 230:4, 231:25, 232:20, 232:22, 232:24, 234:12, 235:1, 236:17, 236:19, 237:9,

237:12, 237:15, 238:5, 239:17, 240:6, 241:12, 242:9, 242:20, 243:25, 244:2, 245:25, 246:6, 246:18, 246:25, 247:1, 248:4, 248:15, 249:15, 249:19, 249:23, 250:12, 251:1, 251:22, 251:23, 251:25, 253:1, 253:2, 253:4, 253:9, 253:11, 253:21, 255:17, 255:22, 256:2
**Romano's** [6] - 214:4, 216:11, 229:22, 229:24, 229:25, 233:3
**Roslyn** [1] - 233:11
**run** [1] - 209:14
**running** [2] - 254:13, 254:16
**rush** [1] - 214:21

**S**

**S2** [4] - 250:14, 251:23, 251:24, 252:1
**S2-09-170** [3] - 249:25, 251:3, 251:17
**sale** [1] - 223:2
**sales** [4] - 246:13, 246:14, 246:18, 247:10
**salesman** [2] - 244:18, 244:25
**salesmen** [2] - 244:11, 246:8
**salespeople** [3] - 246:19, 247:9, 247:15
**Salvatore** [46] - 210:12, 210:14, 211:4, 212:8, 212:23, 214:9, 214:11, 215:8, 216:24, 217:6, 217:23, 218:8, 218:17, 219:2, 219:18, 220:6, 220:14, 220:25, 221:19, 222:5, 222:13, 223:9, 225:6, 226:15, 226:22, 227:7, 229:10, 229:17, 229:24, 232:22, 235:1, 236:17, 236:19, 237:9, 237:15, 242:20, 243:25, 246:18, 246:25, 249:15, 250:12, 251:23, 253:1, 253:9, 255:22
**SALVATORE** [1] - 208:6
**satisfaction** [2] - 210:7, 211:22
**satisfied** [2] - 217:3, 232:7
**satisfy** [5] - 222:1, 233:6, 236:22, 239:23
**Savings** [2] - 233:12, 236:25
**schedule** [1] - 253:1
**scheme** [6] - 222:22, 223:4, 223:21, 224:11, 224:16, 224:19

**school** [3] - 213:10, 214:14, 215:17
**seated** [4] - 212:17, 250:11, 250:25, 251:14
**second** [4] - 223:22, 224:15, 227:17, 253:18
**secondary** [3] - 246:10, 246:22, 247:11
**secretary** [1] - 254:11
**Section** [3] - 231:12, 236:4, 239:2
**see** [1] - 255:8
**selection** [1] - 209:1
**sell** [3] - 242:24, 244:5, 249:4
**sense** [1] - 213:4
**sent** [2] - 248:5, 248:7
**sentence** [34] - 221:10, 227:17, 227:22, 228:2, 228:5, 228:20, 228:21, 228:24, 229:1, 229:3, 231:4, 231:13, 231:15, 231:18, 233:24, 234:24, 235:20, 236:5, 236:7, 236:10, 236:23, 237:3, 238:3, 238:21, 239:3, 239:6, 239:10, 239:20, 240:22, 254:13, 254:21, 254:23, 254:25, 255:6
**sentenced** [4] - 225:21, 227:15, 228:16, 240:4
**sentencing** [13] - 221:13, 227:12, 227:13, 227:21, 227:25, 228:10, 228:11, 229:8, 234:7, 237:7, 252:9, 252:16, 253:6
**separately** [1] - 211:10
**September** [1] - 208:6
**served** [1] - 225:23
**set** [4] - 213:3, 228:11, 239:25, 252:11
**sets** [1] - 228:14
**several** [1] - 247:15
**ship** [4] - 242:11, 242:14, 243:18, 245:17
**shipped** [2] - 243:3, 248:3
**side** [1] - 248:3
**sides** [2] - 221:13, 227:25
**sign** [3] - 230:5, 235:2, 238:6
**signed** [7] - 229:23, 230:8, 230:12, 235:6, 235:9, 238:9, 238:13
**significantly** [1] - 247:7
**sit** [1] - 227:4
**Slate** [1] - 233:22
**Smithtown** [2] - 240:2, 240:3
**sold** [2] - 244:9, 247:6
**somewhere** [1] - 243:12
**Southington** [1] - 237:6
**speaks** [1] - 248:24
**special** [1] - 226:7

**specific** [1] - 224:17
**specifically** [1] - 224:10
**specified** [1] - 222:24
**speedy** [1] - 217:18
**stage** [1] - 218:21
**stand** [2] - 249:23, 250:12
**start** [3] - 241:12, 254:13, 254:16
**state** [7] - 213:5, 214:9, 215:12, 228:1, 242:2, 245:15, 247:23
**State** [1] - 243:15
**statement** [1] - 212:20
**statements** [8] - 243:7, 244:16, 244:18, 244:19, 244:25, 245:3, 245:7
**STATES** [4] - 208:1, 208:3, 208:9, 208:12
**States** [8] - 208:5, 217:12, 217:18, 226:19, 236:20, 239:21, 242:11, 247:24
**statute** [1] - 224:4, 248:12
**stenography** [1] - 208:24
**Steve** [1] - 246:21
**stories** [1] - 247:14
**street** [2] - 233:15, 233:16
**strike** [2] - 254:17, 254:20
**striking** [1] - 255:5
**sub** [13] - 233:9, 233:10, 233:11, 233:12, 233:13, 233:14, 233:15, 233:17, 233:18, 233:20, 233:21
**subject** [8] - 212:19, 226:3, 246:19, 247:3, 247:16, 248:3, 248:5, 253:8
**subjecting** [1] - 226:7
**submissions** [2] - 221:12, 227:24
**subpoenas** [1] - 219:13
**sufficient** [2] - 216:19, 235:8
**suggestion** [1] - 220:2
**suggests** [1] - 228:11
**Suite** [1] - 208:22
**SULLIVAN** [10] - 208:13, 211:16, 214:8, 215:11, 216:13, 242:10, 242:18, 244:1, 246:1, 252:18
**Sullivan** [1] - 209:16
**sum** [3] - 232:14, 233:4, 234:10
**summarize** [3] - 222:17, 246:3, 248:16
**summarized** [1] - 249:16
**summary** [5] - 222:21, 223:6, 237:8, 237:12, 240:7
**superseding** [14] - 210:8, 210:16, 210:21, 217:20, 220:21, 223:25, 241:10, 249:24, 250:13, 251:2, 251:16, 251:23, 251:24,

251:25
**supervised** [3] - 225:16, 225:19, 246:8
**supervision** [1] - 225:23
**supported** [1] - 251:19
**sworn** [3] - 212:13, 212:16, 212:18
**system** [1] - 227:15

## T

**telemarketing** [1] - 247:22
**telephone** [5] - 241:16, 241:25, 244:11, 244:12
**telephones** [2] - 245:11, 245:12
**tendered** [2] - 232:8, 232:17
**term** [7] - 225:14, 225:15, 225:16, 225:17, 231:14, 236:6, 239:4
**terms** [4] - 225:19, 225:20, 239:6, 240:7
**testified** [1] - 219:25
**testify** [5] - 219:7, 219:15, 219:23, 219:25, 220:3
**testimony** [7] - 246:13, 246:14, 246:16, 246:24, 247:4, 247:13, 247:25
**THE** [229] - 208:9, 209:2, 209:10, 209:18, 209:21, 210:1, 210:8, 210:11, 210:17, 210:22, 210:25, 211:4, 211:6, 211:8, 211:14, 211:17, 212:7, 212:10, 212:12, 212:15, 212:17, 212:23, 212:25, 213:2, 213:8, 213:10, 213:12, 213:15, 213:19, 213:23, 213:25, 214:3, 214:7, 214:9, 214:12, 214:14, 214:16, 214:20, 215:2, 215:4, 215:7, 215:12, 215:15, 215:17, 215:19, 215:22, 216:1, 216:5, 216:7, 216:10, 216:14, 216:24, 217:1, 217:3, 217:6, 217:8, 217:10, 217:23, 217:25, 218:2, 218:8, 218:10, 218:12, 218:17, 218:19, 218:21, 219:2, 219:4, 219:6, 219:18, 219:20, 219:22, 220:6, 220:8, 220:10, 220:14, 220:16, 220:18, 220:25, 221:2, 221:4, 221:19, 221:21, 221:23, 222:5, 222:7, 222:9, 222:13, 222:15, 222:17, 223:9, 223:11, 223:13, 225:6, 225:8, 225:10, 226:15, 226:17,

226:19, 226:22, 226:24, 227:1, 227:7, 227:9, 227:11, 229:10, 229:12, 229:14, 229:17, 229:19, 229:21, 230:4, 230:8, 230:11, 230:14, 231:8, 231:21, 231:24, 232:18, 232:22, 232:24, 233:1, 234:11, 234:17, 234:19, 234:23, 235:1, 235:5, 235:8, 235:11, 235:17, 235:25, 236:13, 236:16, 237:8, 237:11, 237:15, 237:21, 237:23, 238:2, 238:5, 238:9, 238:12, 238:15, 238:25, 239:13, 239:16, 240:6, 240:11, 240:17, 240:21, 240:24, 241:4, 241:6, 241:8, 241:22, 241:25, 242:4, 242:8, 242:13, 242:17, 242:20, 243:4, 243:11, 243:14, 243:18, 243:21, 243:24, 244:2, 244:16, 244:24, 245:3, 245:6, 245:10, 245:14, 245:17, 245:20, 245:24, 246:2, 247:17, 248:8, 248:11, 248:14, 248:19, 249:1, 249:6, 249:9, 249:12, 249:15, 249:19, 249:23, 250:2, 250:5, 250:8, 250:11, 250:16, 250:19, 250:22, 250:25, 251:5, 251:8, 251:11, 251:14, 252:8, 252:20, 252:23, 252:25, 253:4, 253:11, 253:13, 253:18, 254:3, 254:7, 254:21, 255:2, 255:8, 255:10, 255:14, 255:17, 255:19, 255:22, 255:24, 256:2, 256:4, 256:6, 256:8, 256:10, 256:12
**therein** [1] - 248:6
**third** [1] - 224:18
**THOMAS** [1] - 208:13
**threatened** [3] - 234:20, 237:24, 240:18
**three** [5] - 211:9, 225:16, 246:7, 254:12, 254:19, 254:21
**title** [1] - 236:24
**today** [8] - 213:23, 215:2, 216:5, 229:6, 230:5, 235:2, 238:6, 253:14
**tomorrow** [1] - 209:4
**took** [1] - 248:9
**total** [1] - 237:18
**train** [2] - 248:25, 249:5

**trained** [2] - 246:8, 249:3
**training** [2] - 249:2, 249:10
**TRANSCRIPT** [1] - 208:8
**Transcript** [1] - 208:25
**transferred** [2] - 253:22, 253:23
**treated** [1] - 214:17
**TREINIS** [1] - 208:13
**TREINIS-GATZ** [1] - 208:13
**trial** [16] - 217:19, 218:2, 218:14, 218:21, 219:6, 219:22, 220:10, 220:21, 221:5, 221:10, 222:10, 223:15, 225:4, 240:25, 246:4, 246:6
**truthfully** [1] - 212:20
**try** [1] - 253:25
**turn** [2] - 228:21, 230:25
**turns** [5] - 231:3, 231:5, 235:20, 238:20, 252:11
**twice** [1] - 225:25
**two** [9] - 213:11, 223:18, 224:7, 224:24, 225:21, 226:1, 252:14, 252:24, 255:9
**type** [7] - 213:16, 214:17, 215:23, 226:5, 228:6

## U

**unanimous** [1] - 224:25
**unanimously** [2] - 218:13, 224:22
**uncirculated** [1] - 247:5
**under** [11] - 213:13, 215:20, 217:11, 217:17, 228:23, 231:11, 234:9, 235:22, 236:4, 238:22, 239:2
**understood** [1] - 237:12
**undo** [1] - 229:5
**ungraded** [1] - 247:5
**unhappy** [1] - 228:25
**unit** [2] - 233:15, 233:16
**UNITED** [4] - 208:1, 208:3, 208:9, 208:12
**United** [8] - 208:5, 217:12, 217:18, 226:19, 236:20, 239:21, 242:11, 247:24
**unlawful** [1] - 223:19
**unless** [1] - 253:6
**untrue** [1] - 244:13
**up** [12] - 211:24, 217:13, 217:16, 221:5, 221:24, 222:9, 225:21, 227:21, 239:8, 243:5, 244:7, 248:6
**upgraded** [1] - 247:6
**UPS** [1] - 244:15
**upstairs** [1] - 209:14
**US** [1] - 244:14

## V

**valid** [1] - 240:24
**valuable** [1] - 227:2
**value** [1] - 241:18
**values** [2] - 242:25, 245:8
**verdict** [1] - 220:11
**Via** [1] - 233:19
**victims** [9] - 226:4, 246:14, 246:16, 246:20, 246:23, 246:24, 246:25, 247:13
**victims'** [2] - 246:16, 248:6
**Vincent** [44] - 210:18, 210:19, 211:6, 212:10, 212:25, 215:12, 215:14, 216:11, 217:1, 217:8, 217:25, 218:10, 218:19, 219:4, 219:20, 220:8, 220:16, 221:2, 221:21, 222:7, 222:15, 223:11, 225:8, 226:17, 226:24, 227:9, 229:12, 229:19, 229:25, 232:24, 238:5, 239:17, 240:6, 244:2, 245:25, 247:1, 248:4, 249:19, 251:1, 251:25, 253:2, 253:4, 253:11, 256:2
**VINCENT** [1] - 208:6
**violated** [2] - 225:18, 225:20
**virtue** [1] - 229:5
**voluntarily** [7] - 231:22, 236:14, 239:14, 250:8, 250:22, 251:11, 251:19
**vote** [1] - 227:3

## W

**wait** [2] - 209:17, 209:18
**waived** [1] - 229:3
**waiving** [6] - 231:21, 236:13, 236:24, 239:8, 239:13, 251:18
**Washington** [2] - 233:12, 239:24
**weigh** [1] - 228:22
**West** [1] - 233:25
**whole** [1] - 254:22
**willfully** [2] - 223:23, 224:15
**willing** [2] - 222:9, 241:19
**wine** [3] - 213:21, 215:1, 216:3
**wire** [4] - 222:20, 223:21, 224:8, 241:15
**wires** [4] - 223:3, 224:20, 242:13, 247:18
**wish** [2] - 211:22, 252:3
**withdraw** [2] - 210:5, 229:1
**withdraws** [1] - 210:15
**witnesses** [4] - 219:6, 219:9, 219:14, 247:25
**wondering** [1] - 254:15
**words** [6] - 229:2, 231:15, 236:7, 241:9, 241:13, 242:21
**works** [1] - 227:13
**Worth** [1] - 233:19
**write** [1] - 252:12
**wrongly** [1] - 245:8

## Y

**year** [1] - 252:21
**years** [6] - 213:11, 215:16, 224:3, 225:15, 225:16, 225:21
**YORK** [1] - 208:1
**York** [16] - 208:5, 208:14, 208:22, 233:15, 233:16, 233:17, 233:18, 233:22, 240:2, 241:21, 242:2, 242:23, 243:16, 247:23, 248:7
**yourself** [4] - 221:24, 226:2, 244:20, 249:2
**yourselves** [1] - 226:8