**Proof of Service**

Re:     United States v. Joseph Romano, et al.,
        09CR170 (SJ)
        16CV893 (SJ)

On April 29, 2016, the undersigned, Assistant United States Attorney Christopher Ott, served petitioner Joseph Romano by placing a hard copy of the response to his petition in first class mail to:

Joseph Romano 72247-053
ADX Florence Colorado
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226-8500

Also on April 29, 2016, the undersigned, Assistant United States Attorney Christopher Ott, served petitioner Joseph Romano by emailing an electronic copy of the response to his petition to the legal department of ADX Florence Colorado.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:     /s
        Christopher A. Ott
        Assistant U.S. Attorney
        (718) 254-6154