E.D.N.Y.–C. Islip
09-cr-170
Johnson, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand twenty.

Present:
>   Guido Calabresi,
>   Barrington D. Parker,
>   Debra Ann Livingston,
>       *Circuit Judges.*

United States of America,

>   *Appellee*,
> v.

Salvatore Romano, et al.,

>   *Defendants*,

Joseph Romano, Vincent Romano,
Kevin Wells,
>   *Defendants-Appellants*.

15-992 (L),
19-3507 (Con),
19-3573 (Con),
19-3815 (Con)

Appellate counsel for Joseph Romano moves to compel the district court to grant his motion for access to certain sealed and ex parte documents. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. The district court shall provide appellate counsel with the documents he requested in his motion. *See United States v. Romano*, No. 09-cr-170, ECF No. 687 at 2–4 (E.D.N.Y. May 12, 2017). Counsel shall not distribute or disseminate any of those documents, with the exception that counsel is permitted to file, under seal, any of those documents that he deems necessary to this appeal. It is further ORDERED that the previously-imposed stay of this appeal is TERMINATED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 04/14/2020
A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit