## Appendix A
## Vincent and Joseph Romano - Victim List

(Jointly and severally liable with Salvatore Romano, Michael Dibari, Thomas Arnold, and Kevin Wells (Wells is jointly and severally liable with these defendants only up to the amounts listed in Appendix A to his amended judgment)

| # | Last Name | First Name | Restitution Owed |
|---|---|---|---|
| 1 | Abila & Kerrigan | Vern & Joann | $72,580.00 |
| 2 | Adams | Benjamin | $1,500.00 |
| 3 | Aikazin | D.M. | $2,150.00 |
| 4 | Anderson | Joyce | $3,000.00 |
| 5 | Arciola | Anthony | $63,540.00 |
| 6 | Babcock | Steven | $200,000.00 |
| 7 | Back | Peter | $200,332.00 |
| 8 | Baer | Jim | $144.00 |
| 9 | Bafik | Leonard | $9,511.00 |
| 10 | Baldwin (Deceased) | Arthur by Jan Baldwin | $593.00 |
| 11 | Barnes | Charles | $28,500.00 |
| 12 | Barry | Mayre | $587,320.00 |
| 13 | Bay | Michael | $3,900.00 |
| 14 | Beiersdorfer | James | $141,270.00 |
| 15 | Benner | Lyle | $900.00 |
| 16 | Benson | Herman | $220,000.00 |
| 17 | Bentzinger | Bob | $193,965.00 |
| 18 | Berglund | Gregory | $17,767.00 |
| 19 | Billen | Harold by Janis Gorecki | $2,972.00 |
| 20 | Black | Lorraine | $11,453.00 |
| 21 | Bourne | Stanley | $383,983.00 |
| 22 | Brehmer | K.L. | $10,876.00 |
| 23 | Brown | Lloyd | $159,155.00 |
| 24 | Buretta | Dan | $87,362.00 |
| 25 | Burroughs | John by Donald | $22,000.00 |
| 26 | Buster | Robert | $3,500.00 |
| 27 | Byrem | William | $10,000.00 |
| 28 | Cahill | Patrick | $3,146.00 |
| 29 | Casterline | Peter | $16,000.00 |
| 30 | Champ | Robert | $10,460.00 |

| 31 | Ching | Arnold | $5,356 | 00 |
|---|---|---|---|---|
| 32 | Christ | Richard | $235,000 | 00 |
| 33 | Christensen | John by Kathleen Elder | $82,510 | 00 |
| 34 | Clark | Robert | $19,400 | 00 |
| 35 | Class | Paul | $1,186 | 00 |
| 36 | Collatz | Eunice | $79,843 | 00 |
| 37 | Collins | Tom & Abby | $47,000 | 00 |
| 38 | Condry | Robert | $150,000 | 00 |
| 39 | Coneen | Ernest | $12,000 | 00 |
| 40 | Cooter | Marjorie | $54,000 | 00 |
| 41 | Cope | Candice | $48,579 | 00 |
| 42 | Coutchie | Robert | $296 | 00 |
| 43 | Cribbs | Garland | $2,827 | 00 |
| 44 | Danner | Dennis | $24,423 | 00 |
| 45 | Darlington | Donald | $300 | 00 |
| 46 | Daugherty | Richard by Debra Kitzmiller | $28,682 | 00 |
| 47 | David | Amin | $6,179 | 00 |
| 48 | Davis | Leroy | $21,895 | 00 |
| 49 | DeLellis | Karyn | $7,904 | 00 |
| 50 | Deno | Anthony | $500 | 00 |
| 51 | Desciak | Stephen & Karen | $45,186 | 00 |
| 52 | Dugger | Frank | $210 | 00 |
| 53 | Dunlap | Mary | $350,000 | 00 |
| 54 | Dunn | W.G.V. | $85,470 | 00 |
| 55 | Dupont | James | $281,793 | 00 |
| 56 | Eatwell | Karen | $6,115 | 05 |
| 57 | Effler | Richard | $144,020 | 00 |
| 58 | Ellis | Mark | $3,012 | 00 |
| 59 | Eshleman | John | $6,281 | 00 |
| 60 | Evans | Greer | $16,571 | 00 |
| 61 | Fair | Duane | $550 | 00 |
| 62 | Felton | Warren | $8,643 | 00 |
| 63 | Fichtner | Tom | $350 | 00 |
| 64 | Fisher | Edna | $101,375 | 00 |
| 65 | Fisher | William | $11,400 | 00 |
| 66 | Foster | Mayhew by Roy Korkalo | $126,517 | 00 |
| 67 | Franklin | Joe | $74,073 | 00 |
| 68 | Franklin | Thomas | $14,500 | 00 |
| 69 | Frazzini | Gerald | $3,000 | 00 |

| 70 | Frens | Donald | $6,734 | 00 |
|---|---|---|---|---|
| 71 | Fritz | James | $148 | 00 |
| 72 | Galvan | Victoriano | $15,200 | 00 |
| 73 | Gandal | Donald | $866 | 00 |
| 74 | Garmany | W.F. | $1,482 | 00 |
| 75 | Garrett | Charles | $186,310 | 00 |
| 76 | Germann | Donald | $1,608,917 | 00 |
| 77 | Gibbons | Raymond | $330,000 | 00 |
| 78 | Girres | Robert | $10,300 | 00 |
| 79 | Gorden | Hazel | $126,516 | 00 |
| 80 | Graves | Ronald | $310 | 00 |
| 81 | Greenway | Thomas | $889 | 00 |
| 82 | Grice | Garland | $738 | 80 |
| 83 | Gross | James | $4,200 | 00 |
| 84 | Hardin | Jerry | $4,005 | 00 |
| 85 | Harley | Richard by Maurice Harley | $296 | 00 |
| 86 | Hart | Ruth | $3,701 | 00 |
| 87 | Heslet | Donald | $120 | 00 |
| 88 | Hill | John | $700 | 00 |
| 89 | Hinds | Warren | $1,482 | 00 |
| 90 | Hoar | Marjorie | $85,000 | 00 |
| 91 | Hoff | Ronald/ Rivercity Rsch | $8,189 | 00 |
| 92 | Hulst | Ray | $2,371 | 00 |
| 93 | Hutto | Barbara | $7,190 | 00 |
| 94 | Jodry | Richard | $1,000 | 00 |
| 95 | Johnson | Harry | $60,000 | 00 |
| 96 | Johnson | Ralph | $250 | 00 |
| 97 | Johnson | Richard | $9,500 | 00 |
| 98 | Johnston | Curt/ Texas Oklahoma Prod | $20,000 | 00 |
| 99 | Jordan | Helen by Michael | $4,850 | 00 |
| 100 | Kempf | Harlan | $18,000 | 00 |
| 101 | Kill | Jerome | $2,500 | 00 |
| 102 | Klaus | Gary/Patricia | $5,140 | 00 |
| 103 | Klocko | Walter | $296 | 00 |
| 104 | Knowles | J.E. | $17,571 | 00 |
| 105 | Koehler | John | $9,074 | 00 |
| 106 | Korcel | Esther by Deb Cullinan | $53,462 | 00 |
| 107 | Kramer | Lon | $348,380 | 00 |
| 108 | Krowiak | Dennis | $62,335 | 00 |
| 109 | Lambrecht | Mark | $634,080 | 00 |

| 110 | Lambdin | James | $26,611 00 |
|---|---|---|---|
| 111 | Lane | C. Elaine | $343,634 00 |
| 112 | Larson | Owen | $45,645 00 |
| 113 | Ledet | Robert | $155,645 00 |
| 114 | Leocha | Leona | $14,273 00 |
| 115 | Leonard | Daniel | $583,906 00 |
| 116 | Leonhard | Gary | $25,080 00 |
| 117 | Lewis | Dorothy for Dean | $294 00 |
| 118 | Lewis | Lillian | $41,839 50 |
| 119 | Lieberman | Roy | $3,602 00 |
| 120 | Loebsack | David | $11,000 00 |
| 121 | Long | Duane & Carrie | $63,000 00 |
| 122 | Long | John | $581 00 |
| 123 | Lowe | Winston | $470,022 00 |
| 124 | Lutz | Donna | $29,244 00 |
| 125 | Lyon | Allene | $14,686 00 |
| 126 | MacConnell | Gary | $21,840 00 |
| 127 | Malloy | Robert & Geraldine | $88,071 90 |
| 128 | Martin | Michael | $290 00 |
| 129 | Martin | Walter | $3,400 00 |
| 130 | Mascuilli | Frank | $2,480 00 |
| 131 | Matuella | Francis | $148 00 |
| 132 | Maxim | Michael | $121,000 00 |
| 133 | McClure | William by Madelyn (wife) | $2,903 00 |
| 134 | McDonald | William by Ann McDonald | $23,503 00 |
| 135 | McGehee | Kirk | $300,000 00 |
| 136 | McKinney | Joel by Bruce McKinney | $42,552 00 |
| 137 | McShane | Patricia | $37,825 00 |
| 138 | Meier | Lorraine | $139,741 00 |
| 139 | Menio | John | $1,026,524 00 |
| 140 | Monro | Lee Anne | $2,500 00 |
| 141 | Mrsny | Elden by Dan Timperly | $3,860 00 |
| 142 | Muhlenbruch | Shannon | $13,941 00 |
| 143 | Munk | Edward by Phyllis (wife) | $75,768 00 |
| 144 | Munson | Conrey | $100,850 00 |
| 145 | Murray | Jim | $148 00 |
| 146 | Neises | Robert | $371,896 00 |
| 147 | Olsson | Roger | $133,471 00 |
| 148 | Ophoven | Michael | $14,630 00 |
| 149 | Orloski | Mildred | $148 00 |

| 150 | Osterberg | Peter | $59,650 | 00 |
| 151 | Paeth | Robert | $68,639 | 50 |
| 152 | Page | Elizabeth | $13,315 | 00 |
| 153 | Palermini | John | $5,288 | 00 |
| 154 | Parker | John | $2,335 | 50 |
| 155 | Peggs | Forrest | $60,000 | 00 |
| 156 | Perri | Raymond | $624 | 00 |
| 157 | Petrie | Neal | $326 | 00 |
| 158 | Phillips | Carl & Elizabeth | $1,558 | 00 |
| 159 | Pierce | Lloyd | $250 | 00 |
| 160 | Pike | Eugene | $10,021 | 00 |
| 161 | Pittman Jr. | Robert | $22,303 | 00 |
| 162 | Poley | Grace by Cuvelier, Janis | $24,715 | 00 |
| 163 | Poore | Ernest | $92,885 | 00 |
| 164 | Popp | Dorothy for Melvin | $90,700 | 00 |
| 165 | Powell | Betty | $131,345 | 00 |
| 166 | Pretti | Ralph | $43,229 | 00 |
| 167 | Price | Clarabelle | $256,979 | 00 |
| 168 | Prondzinski | Lewyelln | $600 | 00 |
| 169 | Pulli | Micheline | $4,950 | 00 |
| 170 | Raab | Hans & Ilona | $32,186 | 00 |
| 171 | Raibley | Susan Walton for Ruth | $12,000 | 00 |
| 172 | Regnaud | Norman | $444,645 | 00 |
| 173 | Ritola | Eino | $4,200 | 00 |
| 174 | Roberts | Jim | $114,148 | 00 |
| 175 | Rose | Marian | $1,500 | 00 |
| 176 | Rougeou | Ruth | $38,000 | 00 |
| 177 | Sampson | Robert & Rebecca | $983 | 00 |
| 178 | Saunders | Bruce | $1,248 | 00 |
| 179 | Schultz | Roger | $172,000 | 00 |
| 180 | Schwickerath | Thomas | $77,623 | 00 |
| 181 | Seamons | Gladys | $45,000 | 00 |
| 182 | Sheppard | Walter | $106,643 | 00 |
| 183 | Simons | Kathleen by Timothy R. Simons | $76,692 | 00 |
| 184 | Sims | Ivan | $11,644 | 00 |
| 185 | Small | E.H. | $60,000 | 00 |
| 186 | Smoot | Lee | $10,545 | 00 |
| 187 | Speck | Eldred | $12,125 | 00 |
| 188 | Stanko | John | $593 | 00 |

| | | | |
|---|---|---|---|
| 189 | Stetina | Janice | $400.00 |
| 190 | Stewart | Modine | $889.00 |
| 191 | Strain | Mark | $3,509.00 |
| 192 | Strampe | Darrell | $55,250.00 |
| 193 | Strite | Joshua | $2,075.00 |
| 194 | Suhr | Marvin | $11,438.00 |
| 195 | Sumner | James | $81,510.00 |
| 196 | Tedford | Stephen | $5,000.00 |
| 197 | Thomas | Fred | $8,953.00 |
| 198 | Thompson | Fred | $493,630.00 |
| 199 | Thompson | Ruth | $114.00 |
| 200 | Trella | William | $593.00 |
| 201 | Trencio | Gloria | $396,730.00 |
| 202 | Tucker | Robert | $90,000.00 |
| 203 | VanBurkleo | Dorinda & James | $1,232,000.00 |
| 204 | Vanderhoof | Wesley | $79,903.00 |
| 205 | Vankouwenberg | Theodore | $2,432.00 |
| 206 | Vasilakes | Jeanette | $39,535.00 |
| 207 | Vetterick | Hazel | $35,000.00 |
| 208 | Villella | Edward | $54,935.00 |
| 209 | Vis | Allen | $70,634.00 |
| 210 | Vlach | Steve | $75,000.00 |
| 211 | Voytik | Paul | $525,470.00 |
| 212 | Waggoner | Patrick | $560.00 |
| 213 | Wagner | Betty | $26,600.00 |
| 214 | Warren | Bruce and Roberta | $455,397.00 |
| 215 | Weaver | Mary | $8,000.00 |
| 216 | Weaver | Philip | $93,199.00 |
| 217 | Weaver | Rosemary by Darleen Rae | $98,211.00 |
| 218 | Werry | E.V. | $2,371.00 |
| 219 | Wexler | Jeffrey | $6,475.00 |
| 220 | Wilimek | Shepherd | $219,769.00 |
| 221 | Winker | George | $296.00 |
| 222 | Wood | William | $300.00 |
| 223 | Wyckoff | Jeffrey | $500.00 |
| 224 | Young | Anthony | $6,270.00 |
| 225 | Young | Gordon | $170,150.00 |
| 226 | Youngman | Stanley | $22,320.00 |
| | | **TOTAL** | **$19,070,386.25** |