

RECEIVED
JUL 19 2022
PRO SE OFFICE

June 28, 2022

Honorable Eric Komitee
Judge, United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: United States of America
V.
Joseph Romano  Criminal No. 09-CR-170

Dear Judge Komitee:

    In accord and wholly pursuant
to the 6th Amendment to the United
States Constitution and in my efforts
to aid and assist my Counsel in the
defense of my meritorious claims, I have
filed several magnanimous motions.

    As the party familiar with the
fervent issues in my case that contra-
venes basic tenets of the Constitution,
it is incumbent upon me to legally
submit and supplement my filings.
Counsel is NOT (emphasis added) familiar
with my case and the plethora of
ardent errors. He has a basic-general
understanding of the facts and legalities
so my supplements, especially those
submitted based on new applicable
Supreme Court law and ineffective
Counsel failures must be posed by me.

1 of 2

It is my obligation to present reversible errors to this Court and I implore, plead and beg you to accept them. They are of a Constitutional Magnitude.

If you dont accept my motion as permitted then I respectfully request my Attorney to be terminated and I will procede Pro-Se.

Thank you,
Most respectfully,

Dated June 28, 2022 /s/

Joseph Romano

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUL 19 2022  ★

BROOKLYN OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on _June 28, 2022_ I sent a copy of
[date]

the _Motion Re - US. V- Romano CR# 09-CR-170  2 Pgs_
[name of document]

to: _Judge Komitee_

at _225 Cadman Plaza East Brooklyn, NY- 11201_

_USPS Cert # 7021 2720 0000 8549 9525_, the last known address,
by way of United States mail or courier.

_6-28-22_
Date

_Joseph Romano_
Signature

Pro Se

CERTIFIED MAIL

7021 2720 0000 8549 9525

1272000008549 9525

omano, Joseph
(72247053)

tentiary Max.
8500
CO 81226-8500
77053-0706-MO-143

Clerk of the Court
Honorable Eric Komitee
Judge, United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

June 28, 2022          11201318322 C030
Houston V. Lack Prison Mailbox