IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Joseph Romano,
Petitioner,

v.

United States of America,
Respondent

Criminal Case No.

Civil Action No.

THE HONORABLE ERIK R. Komitee

FIRST STEP ACT (FSA) Motion

In accord with 18 U.S.C. § 3582(c)(1)(A)(i) Petitioner/Defendant hereby respectfully moves for a sentencing reduction. A compassionate release is clearly warranted.

This magnanimous motion is organized into A-F sections with enclosures.

Dated: November 11, 2025

Respectfully submitted,

[signature]