ORIGINAL

# EXHIBIT

# A

REC'D IN PRO SE OFFICE
DEC 15 '25 PM 4:30

## A. Introduction.

In accord with 18 U.S.C. § 3582(c)(1)(A)(i) Defendant most respectfully moves this Honorable Court for a sentencing reduction — a commutation of the sentence imposed. A compassionate release based upon all the facts and circumstances espoused _infra_ is clearly and unequivocally warranted.

There exists "extraordinery and compelling reasons" permitting this Honorable Court in its unfettered discretion to his sentence of life imprisonment imposed on or about February 9, 2012, and to which Defendant has endured immeasurable pain, suffering, physical, mental, psychological and emotional permanant harm, resulting from an serious extreme undiagnosed and untreated psychological and mental illness-deteriation; based upon an break down from familial seperation, conditions of confinement, extreme depression and an exacerbated existing condition that caused uncontrolled and delusional rationalizations', at the time of both offense commission and sentencing.

2

Moreover, Defendant's compelling and harmonious family support system, extraordinary military service to our Country and transformation into a "Model prisoner," husband, father, son, brother and reverend human being — wholly rehabilitated now of the highest moral integrity and character, implores the granting of this motion.

In the seminal cases of <u>United States v. Booker</u>, 976 F. 3d 228, 237 (2nd Cir. 2020), as well as <u>Freeman v. United States</u>, 564 U.S. 522, 527 (2011), the Courts were given broad discretion pursuant to the First Step Act, 18 USC. §3582 (c)(1)(A)(i) to modify any sentence.

My moral creed is evinced in the philosophy that "history, despite its wrenching pain cannot be unlived, but if faced with courage, need not be lived again" — <u>Maya Angelou</u>.

I vow and wholeheartedly submit that I will never be a recidivist and will courageously emulate my beloved parents, wife and three devout loving children — My

3

and two sons; whose inordinate
and immeasurable pain which has caused
an large gap - empty hole in my heart,
soul and spirit remains with me every
millisecond of each day. Heartache caused
exclusively by my lack of sound judgment
and conduct.

I have been punished, deterred,
fully accept all responsibility, attempted
to cooperate with law enforcement
authorities so I could right a wrong and
return to my cherished and desperate family.
I have suffered indignation, humiliation
and the overwhelming, overburdening
sadism of torturous conditions of
confinement that is known as the most
onerous and nefarious amongst men.
There is no greater deterrence, punishment
and hardship known to American society.
I breakdown nightly as my soulmate,
the love of my life my wife Karen
devoutly prays for my release and us
being a family again. She is also over-
whelmingly burdened with raising our three
(3) children whom still remain dependent upon

4

her and live in the marital household. She is an devout Catholic, now a single parent and her incessant cries of pain and prayers are now in the hands of God whom we hope will guide this Court to grant this Motion. Not a night goes by and disappears into the mist of night that I do not dream of holding her in my arms again and begging her and our God for forgiveness, as well as society. Our love for each other and our family is unconditional.

I just celebrated my 62nd Birthday on 17 January alone in an freezing, 70 square foot cell and in total solitary confinement — alone while experiencing weight that has ballooned to approximately 400 pounds, high blood pressure and elevated cholesterol readings and pre-Diabetes.

Defendant's age makes the risk of recidivison extremely remote. See, United States v. Rodriguez, 00 CR. 761-2 (JSR), WL 5810161, at * 1-2 (SDNY Sept. 30 2020), (Observing that the defendant's release at

5

the age of 60 would "Make[s] the likelihood of re-offending even more unlikely"). <u>United States v. Rice</u>, 83 Cr. 150-3 (LGS), 2020 WL 4505813, at * 1, 5 (SDNY Aug. 5, 2020).

My age and medical disabilities are critical factors for this Honorable Courts consideration.

Pursuant to this introduction, I hereby submit this vociferously fervent motion and humbly plead, implore and beg this Court to accept his repentance, confessions and the mental-emotional states under which I have existed and operated.

B  CONDITIONS OF CONFINEMENT I NOT ONLY ENDURED BUT THAT BECAME THE STAPLE OF MY ENVIRONMENTAL EXISTANCE

The treatment I have been forced to endure is tantamount to having spent a minimum of sixty (60) years in prison. Each year I have in solitary confinement is wholly equivalent to five (5) years in any other American Prison. I have essentially served the sentence you ordered which is life in prison; especially since I am presently 62 years of age and in failing health. As I compose this extremely important section I ask for this Honorable Court's forgiveness for placing this burden upon you, but you are my last line of defense in my quest for Justice. I am repentant and sorrowful for my words and actions, and embarassed at myself and my big mouth. Please understand that imprisonment has exascerbated my mental illness. It has forced me to relive-incessantly the aspects of my

7

life I love and miss most, and to endlessly - eternally visualize my wife, children, the vows I took as a husband, Father, and citizen; and words lack the strength to express its punitive and deterent effect; as well as the magnanimous impact it permanently has had upon my well being.

Since my arrest on March 25, 2010 Fifteen (15) years ago I have essentially been placed in solitary confinement—total isolation with the objective of almost total sensory deprivation. More importantly I was deprived of the fundamental—found-ational Rights under our constitution to effectively communicate with counsel pre-trial, during trial and post trial from my incarcerated locations and to effectively assist in my defense; or to evince my wholehearted beliefs in my "Actual innocence." I was not permitted access to the Law Library, use of a legal research computer as a tool to educate myself, was denied psychological psychiatric care when I became distressed even

8

Suicidal and I entered a perennial period of dire crisis; and I was even extremely limited in visits and contact with my immediate family. The proponents of my isolation conditions attempted to create familial disharmony. I was sadistically mistreated, suffered food and sleep deprivation, was denied writing instruments, paper, envelopes and stamps and savagely handcuffed and tormented whenever I left my cell (I was even contorted and forced to walk backwards at times), I was denied razors to shave for weeks at a time; with air conditioning blaring during sub-zero temperatures, in freezing prison cells for months at a time, where in I shivered uncontrollably, I was denied changes of clothing for weeks at a time, I didnt receive a haircut for a year and placed into an abyss of atrocious torture. I was also denied medication to deal with my extreme distress. I am absolutely certain that I suffered permanent physical pain, Psychiatric exascerbation of underlying

9

illness and have been scarred for life.
  More Particularly:

    (a) During my Pre-trial confinement
at the County jails and temporary facilities
I was completely segregated from all
living beings, under vociferous covid
restrictions, had no access whatsoever to
the law library and could only communicate
with counsel on an extreme limited basis
via phone. There was no familial visitation
and diminished contact. I had never been
in Prison prior to this occasion and
suffered immeasurably. Most troublesome,
I was arrested on my only daughters
birthday; she turned Seven (7). I
had experienced nightmares, depression,
emotional turmoil, as well as chronic
Physical and mental illness; yet I received
No medical intervention, medications, nor
assistance. It was as if I had been
completely abandoned and left for dead.

    (B) I was moved from County Jail
to County Jail and Federal holding
facilities for months; and during

10

this legalized misconduct I slept on
floors, benches, bare mattresses in
cells with mice, bugs no water and
devoid of edible food, was denied
showers, had no clean clothes and then
placed in painful restraints on my hands
and legs - that to date causes me
soreness, irritation and discomfort. The
flashbacks, nightmares and intolerable
torture of these movements still
detrimentally impact me. It scarred me
indelibly for life.

(c) I was moved to facilities
wherein I was only permitted two
showers per week. I was scorned
and humiliated by guards whom literally
stripped me of my dignity and humanity
because their degenerate minds and
zero oversight allow this thinking and
treatment of people.

(D) I was in Prison during the
Covid crisis and subjected to numerous
lockdowns. I was wholly isolated

11

Could not shower or shave Nor was allowed any Communication with people only the insects and rodents. When I was permitted a shower they deliberately shut off the Hot water and I froze. I shook with miserous deliberations and uncontrollably tried to sober myself. It was winter and there was no heat Nor Hot water in the cell I was isolated in during multiple occasions

   (E) I was transferred from one Special Housing Unit to another and it was as if I was placed on Death Row, placed under special administrative Measures (SAM) and for months I was denied hygene products and given one shower a week (emphasis added) and deminimis phone calls during these months with my family, was denied a toothbrush to even brush my teeth. I was put through living hell and prayed fordeath. I became so emotionally distraught, Physically ill, Psychologically impacted that all I wanted to do was die. I lost

12

My will to live and it consequentially—detrimentally impacted every aspect of my life, spirit and soul. They turned me into a ghost and I knew I would never be the man emotionally and psychologically I once was. I gained weight distress eating, could not sleep, experienced Claustrophobia, Nightmares, spells of severe headaches. I realized that I needed care and treatment but was abandoned, ignored, deserted by our system of Justice; I endured pure Apathy. This was un-American and depraved. I was shown not a scintilla of humanity although I was a former Naval enlisted Sailor.

From what I was taught and studied about Abu Ghraib prison Iraq, my treatment was worse in comparison to the conditions of my confinement and what I experienced and was deliberately put through.

Subsequent to additional stops and placement in The Special Housing Units (SHU) I settled into the United States Penitentiary (ADX) Florence,

13

Colorado; where I have remained since 2015. The ADX, H Unit, where I am, is primarily a dangerous Terrorist, Gang leader Unit and I have not a single act of Violence. Thank God I hurt No-one, Nor would I ever.

The onerous, abhorrent, and repugnant conditions of confinement at the ADX is comparable to No other institution in the world. I am locked into a 70 square foot cell a minimum of 22 hours per day; Many days, weeks, months recreation is Constantly - incessantly Cancelled and I spend hundreds of hours alone - in solitary confinement in My cell. The walls, bed slab, flooring, table, and seat in the cell are solid concrete. There are two windows in the cell, one looks out into the recreation area - Comprised of six (6) small Kennel like cages and one window on the door that faces toward the Unit common area. Every time I leave the cell for recreation or to enter common areas I am cuffed behind My back and escorted by two

14

Prison guards. I am fed through the slot in the steel door; the cement radiates the cold in the winter and heat during the summer. The air blows at full blast and the heat and air conditioning is neve coordinated with the season. Hot water in the cell and showers is by chance. My toilet is stainless steel and can only be flushed once every five minutes; so feces consistantly flows in your toilet as it never flushes properly and completely. I eat, sleep, pray, and conduct all my activities in my room. I'm only permitted four phone calls of fifteen minutes in duration per month; I shower, eat, sleep in complete solitary confinement. I am given a dull useless razor to shave three times per week and shower in a locked down, tiny barred enclosure. However, showers are also cancelled behest the mood, whim, attitude of the guard. My conditions of confinement are ardently cruel, torturous, sadistic, extreme, intolerable and repulsive. Health care is practically

15

Non-existant. No human being should ever have to endure this indignant humiliation. It is tanta-mount to a concentration camp; and this is no hyperbole.

I live in excruciating pain, every moment of every day and that is why I respectfully submit that one 24 hour period at this institution equals 5 years in an ordinary prison. I can make that comparison from my time at other institutions and from what I learned since 2010.

The guards assigned to the H unit are cold, callous, abrasive and could not care any less whether an inmate lives or dies.

Medical, dental, optical and mental health problems are systemically ignored and demeaning treatment is the norm. I hear inmates begging - crying out for help and being scoffed at by Staff. You are dehumanized, all your pride, dignity and emotions dissappear and you are treated like raw meat devoid of a soul. This unit is a city

16

of lost souls with most inmates sentenced to life in prison and replete with the horrific mind-set that they will die in their 70 square foot cell, alone with no one to pray for their lost souls.

Staff (majority) bear no responsibility for their actions and there exists little to no over-sight or supervision. The food is primarily inedible and contravenes the national menu on portion size and substance. Consequently I eat junk food devoid of nutrition to survive and consistantly gain weight. I cannot live nor can anyone else on food services meals. Handicapped inmates are maliciously. Callously mistreated; I absorb the agonizing distress of others as they cry out pleading for help. You live daily with no hope and unanswered prayers.

There are few to no jobs and I plead for work all the time, but to no avail.

I am — will never be — and never

17

Conditions is like. It is inhumane, insane and you react like the living Dead.

French Historian Alexis DeTocqueville and British author Charles Dickens were horrified when they learned about solitary confinement in 1831 and 1842, respectively. Dickens described solitary confinement as "Worse than any torment of the body" As the prisoner is a "Man, buried alive, to be dug out in the slow round of years." Similarly, DeTocqueville noted that solitary "Devours the victim incessantly and unmercifully; it does not reform, it Kills." This is how I have lived every day of my life for years with no prospect of relief. (emphasis added) How much am I supposed to endure before this becomes my death sentence.

The United States Supreme Court recognized that solitary confinement does not reform men but drives them mad, as early as 1890. In the case of IN RE Medley, 134 U.S. 160 (1890), The Court held that under the conditions of solitary confinement "A considerable

19

Number of prisoners fell, after even a short confinement, into a semi-fatuous condition, from which it was next to impossible to arouse them, and others became violently insane;" and in most cases did not recover sufficient mental activity to be of any subsequent service to the community. This does not even take into consideration that I am already suffering from a debilitating mental illness. (emphasis added)

In an opinion in 2015 Justice Anthony Kennedy opined that Solitary confinement has a devastating psychological impact on those held in it. He opined that "Common side effects of Solitary Confinement include anxiety, panic, withdrawl, hallucinations, self-mutilation and suicidal thats and behaviors," See Davis v. Ayala, 576 US. 257 (2015). I have lived with almost all these symptoms since the date of my arrest; Can you even imagine 15 years of these nefarious conditions of onerous, deviant confinement.

As late as 2018, Justice Sotomayer noted that "Solitary Confinement imports

20

on those that it clutches a wide range of Psychological scars", IN Remedley, Supra. She further wrote that, "As far back as 1890, This Court expressed concern about the mental anguish caused by Solitary Confinement." See, Apodaca v. Raemisom, 139 S. Ct. 5 (2018), I am slowly dying in the clutches of years in Solitary Confinement. It has extinguished years from my life and any desire to fight. I need this Court to intercede through the FIRST STEP ACT and to Act Compassionately. I Need you, I Need help, I Need Justice to return me to my family.

There is not an iota, scintilla, Nor shred of credible evidence that I am a danger to anyone and require solitary confinement. I submit that I was placed under these ludicrous, absurd and sick conditions of confinement based upon violent hatred and animus against me; and to impede my ability to effectively represent my cause of action and competently defend myself; as well as to obstruct my ability to prove my "Actual innocence."

21

Because of inept counsel, whom was
wholly ineffective and my incapacity
to learn the legal system on time,
my material legal and factual issues
were never heard.

Solitary Confinement developed
not as a response to violent Predators,
"But rather as a means for officials
to achieve control of political activists
and "Troublemakers" amongst prisoners;
or Prisoners who are competent enough
to legally defend themselves," See
Professor Jules Lobel, August 2020,
Northwestern University law review.
Professor lobel further opined that:
It is a "draconian myth that Solitary
Confinement Justifies that Prison
officials have no alternative but to
confine in Solitary confinement violent
Predators from his family, inmates, friends
and staff. I pray that this honorable
Court concurs with the learned Professor.

In my Case, Sub-Judice, The
Purely speculative and conjective
Nature of placing me in Solitary,
Confinement and for its continuation

22

for years is based upon Prosecutorial
government irrationality - even Mis-
conduct and corruption. There is No
meritorious basis in fact or law to
even suggest that I am a danger to
myself Nor anyone else. My boisterous
nature and utterance of absurdities
got me in trouble; and I have certainly
learned and been deterred. I sincerely
hope all those offended by me will
forgive my indescretions (words without
intent) and comprehend the effects of
PTSD. Solitary confinement is Disproport-
ionally and incredulously to the governments
Hypothesis. IN the case of McClary v. Kelly,
4. F. Supp. 2d 195 (W.D.N.Y. 1998), a federal
Court found that such gross disproportion-
ality between offending conduct and the
harshness of the solitary confinement
sanction weighs in favor of finding an
"Atypical and significant hardship" on
a prisoners protected liberty interest
as laid out in Sandin v. Connor,
515 US. 472 (1995), giving rise to a due
process violation of his fourteenth
Amendment Rights or constituting

23

cruel and unusual punishment in violation of the eight Amendment.

"Over the past 30 years, Prisons and Jails have become the Nation's largest inpatient Psychiatric facility." Notes <u>Solitary watch</u>. A 2014 Treatment advocacy center report, <u>The treatment of persons with mental illness in prisons and Jails.</u>

"Solitary either creates mental illness where it did exist before, or it can aggravate existing mental illnesses Noted Angel D'Angelo, co-founder of Florida's restorative Justice Coalition." It creates a sense of isolation, of course — Thats what it's there for. "Solitary confinement creates ubiquitously unhealthy" conditions and causes or worsens chronic mental health issues, especiall dementia. <u>See</u>, Dr. Brie Williams, Criminal Justice and health program director and Professor at the University of California at San Francisco Medical School.

24

I am certain that my condition has worsened and I sense-experience a degenerative worsening of my mental and Psychological facilities. I Need help and None exists here. If you cry out for help at this institution you are looked upon as pathetic and weak, and mistreated.

"Solitary confinement is one of the most damaging things you can do to a human being" (emphasis added), said David Fathi, director of the Aclu National prison project. "People lose their ability to interact with humans, because they've been deprived of social contact, as Justice Kennedy recognized, the toxic combination of social isolation, sensory deprivation and enforced idleness results in destructive Psychiatric symptoms, including anxiety, depression, anger, impaired impulse control, paranoia, visual and Auditory hallucinations, cognitive disturbances, obsessive thoughts, hyper sensitivity to stimuli, Post traumatic stress disorder (PTSD) Psychosis, self-harm,

25

and suicide. It exasperates-existing
mental illness.
    Physical health also suffers
from exposure to solitary confinement
as I have experienced severe headaches,
dizzyness, lethargy, gastro intestinal
and genitourinary problems, diaphoresis,
insomnia, eye sight deteriation, profound
fatigue, heart palpitations, migraines,
back and joint pain, weight gains—
losses, diarrhea and aggravation of
pre-existing medical problems.
    Just one week of solitary
confinement results in decreased
electro encephalogram (eeg) activity
and increased theta wave activity,
which are associated with stress,
tension and anxiety. Imagine what
they have done with me over a decade.
    Because humans are naturally
social beings, it is the social pain
"That isolation inflicts, which can
be most torturous and damaging,
affecting the brain in the same way—
the same regions as physical pain.
    Researchers define "Social Pain"

as the feelings of hurt and distress that come from Negative Social experiences such as social deprivation, exclusion, rejection or loss.

Neuroscience studies also suggest that solitary confinement can "Fundamentally alter the structure of the brain in a profound and permanant way."

Studies show that "after even a relatively brief period of time... An individual is likely to descend into a Mental Turpor or fog in which alertness, attention and concentration all become permanantly impaired.

I emphatically state that subsequent to years in Solitary confinement I have experienced every single one of these troublesome symptoms and they continue to date.

I emplore this honorable court to liberate me using the First STEP ACT in light of my atrociously Sadistic years - years spent in solitary confinement; to which I have been torturously punished. I have served what is the equivalency to life in Prison Already.

27

# EXHIBIT B

## 2.    WHO IS JOSEPH ROMANO and WHOM DID HE DESCEND FROM

In order to make an intelligent and informed decision that will consequentially effect the liberty, life and solace of the man, husband, father, son, brother and Honorably discharged veteran, whom pleads with this Honorable Court to set him free, one must be wholly cognizant of my Grandparents and Parents from whom I descended; as well as my siblings, wife and children from whom I learned lessons in life that have constructively shaped me, especially since my incarceration.

I am the direct lineal descendant of two extraordinarily hard working Italian immigrants and Saintly human beings that I pray forgive me for my abhorrant misconduct and actions that they some day look down upon me with forgiveness for the disappointment I caused them and scorn I never envisioned bringing upon them and my loved ones.

28

I emulate each and every member of my cherished and beloved family and shed tears for the pain and anguish I have caused my loved ones and all victims of any misconduct that was an anomaly to whom I genuinely am. To lose the respect of any loved ones is torturous torment. I plead that this Court copiously scrutinizes my repentence. I devote my life to how I define Repentence:

## ⓐ REPENTENCE

When tears wash and soul upon soul Leaps,
  When clasped in Arms of and of pain,
  When love beneath the feet of passion creeps,
  Ah me, what do we gain?

  When we our rosy bower to demons lense,
  When life's most tender strains by shrieks are slain,
  When strife invades our quietude and peace,
  Ah me, what do we gain?

  When we allow the herbs of hate to sprout,
  When weeds of jealousy the lily stail,

29

When pearls of faith are crushed by stores of doubt,
Ah me, what do we gain?

When night creeps on us in the light of day,
when the nepenthes of god cheer disdain,
when on the throne of courage sits dismay,
Ah me, what do we gain,

When sweetness, goodness, kindness all have died,
when naught but broken, bleeding hearts remain,
when rough-shod o'er our better self we ride,
Ah me, what do we gain?

I have learned an valuable lesson
from experiences I endured and extreme onerous
hardships I experienced. That I fully accept
responsibility for my indiscretions, and foolishness
that emanated from my mouth. That anyone can be
a father but it takes someone extremely special
to be a Dad; thats who I am, and most importantly,
I am not one of those inmates whom have found
God and saw the light being sentenced to prison.
I found God prior to entering prison and while
incarcerated, God found me.

30

b. In order to be wholly cognizant of who Joseph Romano is and why at the age of 62 years old he will not be a recidivist, you must know his ancestry and lineal descendency.

1. The Matriach of my family is my Mother Veanne Romano, who is 85 years old and infirm. She is my hero and incapable of visiting me as she walks with a walker, needs daily oxygen and living assistance in her fundamental essentials. I love my Mom and have watched her struggle until she self educated herself and rose from an uneducated immigrants daughter to a College educated Registered Nurse; All while raising five children, four sons and a daughter with an absentee husband who worked two to three jobs his entire life and usually seven days per week.

The charges against me and my confinement is absolutely no reflection on how my parents raised me. I live in shame and digrace for the emotional distress I have caused my Mom. She loves me unconditionally and I have been informed that she cannot contain her emotions as she thinks about me

3 |

and my confinement away from her. She cries daily about not seeing me and has expressed her feelings of hopelessness -helplessness in not being together with me and part of each others lives.

My Mom and I are devastated and with our devout Roman Catholic beliefs plead with God to reunite us and permit me to hug and hold onto her prior to death. I tremble and shake knowing that I may never see my Mom again and knowing she is experiencing the same emotions. She does not deserve this- not now, not tomorrow not ever. Our prayers must be answered and I have to see my Mom. We need each other- so help us God.

My Mom is a saintly human being whom I have idolized and emulate. She is replete with unconditional love. She educated herself, graduated College through persistent years of night school and went on to become a Nurse. She was desperate to give her family an opportunity to live the American dream; she was disavowed by her parents because she progressed and became an American— Modern women instead of being a housewife, barefoot and Pregnant. Here father my

32

Grandfather ostersized her just like he
did when she lived with him. But my father
supported my Mother in everyway; taking
care of the children, working, paying the bills.
 Through example my Mother taught me
To work, strive and sacrifice for your family.
It kills me that I let her down and if given
the chance will never let any of my loved
ones down again.
 What is paramount is the fact that
my Mom genuinely believed that if she succeeded.
finished College and became an R.N. that this
would be the cure all for all issues, problems
and whatever ailed her and our family. She
became obsessed in achieving her goals and
truly opined that us children also possessed the
same dreams, goals and desires as her; and
that no matter how much time she devoted to
her studies - school and being away from home,
we as children understood this and were her
greatest cheerleaders; when in fact during my
developmental years I was struggling, depressed
and in turmoil. I missed the Nurture of
my Mom, spending any quality time with
her and this continued for years. My Mom
wanted to help others and save lives do

33

good in our eyes and in God's view.
My Mom would incessantly warn us
that the only thing that would-could lift
us up is our education and being the
smartest; and unless we also believed and
achieved these goals we would be failures.
That College was our only option and No one
would respect our family in Society.
My Mom failed to realize that I
was Dyslexic, in deep trouble suffering from
substantial depression and deep rooted psychological
illness such as an inferiority complex, was
bullied daily, had absolutely No self esteem
and because of these infirmities a Sincere
failure in school. I saw a school psychologist
weekly, could not comprehend the subject
material, was wholly apathetic to school and
was incapable of coping with degradation and
sadistic torment caused by other students.
I was in a dark place, was prescribed
drugs (which I wouldn't take) and had No one
to turn to; as my Mom was engrossed
in school and a father working two full time
jobs to pay the bills. My siblings had
their own issues and felt completely
alone. My soul and spirit were crushed.

34

I pointedly discuss these poignant facts because it was the genesis of my criminal cases.

I want you to please close your eyes and envision this:

I was an obese, short Italian kid in an ethnically cleansed racist Neighborhood whose Grandparents came off the Banana boat and were Green-Horns; I was Dyslexic which was undiagnosed, seeing a school and private Psychologist weekly, consistantly being controlled by Guidance Counsellors, had failing grades because my disabilities were either undiagnosed or misdiagnosed, was a failure and embarassment to my siblings and all whom lived in the Neighborhood. I was beaten, bullied and cowardly tormented daily in school, at home and in our Neighborhood and I had a dental-gum disease that turned my teeth black. I was scorned, degraded and had No one to turn to as my father worked 16 hours everyday and my Mom was either in school or studying.

This is why I regressed when I got to the Nassau County Jail and was buried in Custody. I refused to be bullied again

35

and although I lived in constant fear, I had to overcome my inordinate inferiority complexes and hyperbolize my strengths by making myself into something I never was; A big tough, gangster type guy whom used antics and language like I observed on television; when in reality I was a Dad from Levittown Long Island depicting a false persona and incapable of ever hurting another human being.

My character was embellished and consistant with my childhood deficences and experiences.

My Mothers obsession with success and lifting herself up was driven by the dire financial straits of her own parents. They worked and were still impoverished, but they had their love for God, Our Country and, most importantly each other.

② My maternal grandparents, Elsie and Salvatore migrated from Italy to the United States at a time when Racism and antisemitism against Italians was rampant and the Norm. They endured persistant bias.

My Grandfather was a Barber in Brooklyn New York and worked six days per week,

36

12 hours per day until he was 80.
He was a gambler whom spent the majority
of his evenings handicaping horses. His claim
to fame were his trips he made to the
Bakery purchasing Simolina bread for the family.
But he loved the many grandchildren and
loved playing cards and checkers with us. I
idolized him.

My Grampa had a profound effect
upon my life; he carried himself with pride,
dignity and courage. I was a tiny child
and suffered developmentally. I would sweep
the floor at the Barber shop but was told
by my Grandpa to avoid talking to the
customers. Bensonhurst Brooklyn was infested
with Mobsters and I was taught not to
engage them as they would make snide
remarks and made no distinction between
adults and children. On several occasions
these gangsters made disparaging remarks but
my Grandfather would intervene by sending
me to the Coffee shop. I despised—actually
hated all mobsters. They are and act like
most of the bullies I've encountered at
such an early age and to this day I
think about the many hurtful and specific

37

things these men would say.

Though I have a deep contempt for Gangsters I have seen all the movies. I have mimiced the many characters but overall my boisterous, fictional, meaningless and abnormal statements are, were a veiled attempt to cover up my insecurities in a Jail environment of cut throat people. I used gangster like language and mobster persona learned as a child for fear of being bullied in Jail.

③ My Maternal Grandma was a factory worker, a seamstress whom made little to No money but she and I bonded as I had No friends nor any sort of social life. I spent every moment I could with her and she loved me and I loved her. She worked in the factory until she was 80 years old almost to the date of her death. She taught me how to cook an hobby I still love and did for my entire life and my kids. The proudest day of her life was becoming an American Citizen and would make people call her a "Yankee". She and I were inseparable and although our time together was limited she magnified it with quality affection.

38

My Grandparents loved America and it was in their eyes the American dream they yearned. Although they had no material possessions except the clothes on their back, furniture at home; they epitomized the American dream and taught me how happiness cannot be bought; yet I was miserable and even to this day and with a beautiful wife and family I have, was miserable. Inner peace and elation, solace and satisfaction have evaded me my entire life, I always felt that my miserous torment was inescapable. It felt that I was always hurting.

Moreover, all my family despised criminals, and people of bad character. I am troubled by my offenses and pray my grandparents looking down from heaven forgive me. I am so sorry I disappointed everyone especially those that loved and cared for me. I am just so sorry.

My Grandparent's laid a meaningful foundation for me to live by and when we moved out of Brooklyn and to Long Island it broke me. I was young not even a teenager and slipped further into depression. Even though my family of five children along with my parents would enjoy a little bigger place to live, I felt my world was ending. I no

39

longer had my grandparents to lean on
Nor turn to; as they worked long hours
and it was difficult to trek out to Long
Island. I felt I lost the only friends we
had - that I had. We moved from our
Brooklyn Apartment to Levittown Long Island
and I hardly had any contact with my
grandparents.

(4) My Aunt Carol Noticed I was suffering
from a mental illness, psychologically-clinically
depressed and reached out by taking me
into her home for days and sometimes
weeks at a time. I was 15 years old and
while living with my Aunt and Uncle Sal, I
worked at my Uncles Autobody shop. It
was the first time in my life I felt as if
I had someone available to me to talk
to and seek redress from all my sorrow.
Unfortunately My Aunt died of Breast
Cancer; I watched her deteriate before
my eyes, a short time after becoming a
Member of her family; wholly loved. I was
devasted and hated life. I pleaded with God
to take me so I could be with my Aunt;
I had no desire to live another day. I
Contemplated Suicide on a multiple of occasions

40

but my deep rooted religeous beliefs
ripped these agonizing thoughts from my soul.
I had no hope, believed I had nothing
to live for and life became hopeless. I
cried incessantly, was completely dejected
and surrendered to the abyss. What kept
me alive is memories of my Aunt, my
grandparents trips embedded in my memories
and dreams to Coney Island and our ferry
rides out of sheepshead Bay. I lived my
daily life through memories

    I also did not want to cause any more
misery to my family whom were mourning
the loss of Aunt Carol. I was a mess,
failing in school and my life a disaster. My
level of sensitivity rose to dangerous levels
and self worth diminished completely. I did
not have a single friend, I had no social life
and decided to drop out of school at 17
years old. I did not know how to help
myself and my parents were embroiled in
their own problems, so I could not turn
to them. I descended into a dark hole.
5)   During this period of time and the
previous decade the Vietnam war raged on,
and I watched the News obsessively.

41

I made the decision that I wanted to
serve Our Country and be a proud
American like My Father whom served
in the Air-force during Korea and My
Uncles whom served in World War II
in the US-Navy. I knew I had to finish
High School to enlist so I re-enrolled
in School and graduated a year later. At
the age of 19 years old I joined the
United States Navy. My dream was to
become a fighter Pilot or helicopter Pilot.
I became an Aircraft Mechanic and this
changed my entire perception of the world
and life. I was proud of the Navy, I
thumped my chest loudly and each day
of my existance had New Meaning.
   After 19 years of living hell, hating
life, having nothing to live for I
attained hope, pride and dignity; I felt
honor, distinction, like I had Now achieved
a life long ambition. To have everyone
see me in my Naval Uniform a distinguished
member of the greatest fighting-lethal
force in the world. I had to get assigned
to a Carrier with Fighter planes; It gave
me ambition, drive and desire.

42

Although my parents objected to my enlistment contract, I was elated to observe both parents my brother Sal and my Uncle Sal at my Boot Camp graduation. I was with the special team (choir) and proudly sang at my graduation. It was the best day of my life; I was emotional and could barely contain myself as I sang with all my heart. I was wearing the same emblems, insignias and the Uniform that Admiral Nimitz, John McCain, General Doolittle and other American greats wore. I was now part of an Iconic-Tradition and Chapter in history.

The United States NAVY

(6)(a) The Orlando Navy Training Command is where I attended "Boot Camp". I had put myself into impeccable physical condition wherein I felt chiseled from stone.

I ran five miles seven days a week for six months whiling finishing high school, worked out in the school gym and refused to be a failure. I knew that failure sometime in life is inevitable but giving up is unforgivable. This time Joe Romano was going to succeed, excel and be the best aviation Mechanic in

43

the Navy.

Although I suffered from Dyslexia, I forced myself to read, a habit—custom I would continue in an unceasing manner, a perpetual course my entire life. I was degraded and repeatedly advised by family, friends and peers I was a failure and would wash out, I had to prove them wrong. I always had a special affinity for Mechanics and building—Construction. I worked my heart and soul off; I meticulously aver this because I promise, vow and swear to this Court that if privileged with my liberty by the granting of this Motion, I will devote my life to instructing, serving the disadvantaged—Vulnerable, like former President and Naval officer Jimmy Carter's Habitat for Humanity; but only I will bring into being, generate, produce Pilots in my home town; to kids whom would never be able to experience flying.

Ⓑ Upon successful completion of Naval Boot Camp I remained in Orlando for four weeks attending Apprenticeship Training Division (ATD) and being intensely prepared for the Fleet. I received orders assigning me to the

44

USS Dwight D. Eisenhower Aircraft Carrier; imagine being assigned to an Naval Vessel Named after an United States President and Supreme Allied Commander; words can't describe this feeling, I gloated with pride.

I loved living aboard ship and began an comradery that continues to today. These Veterans have promised to assist as my support system if I am released. I continued training, attended multiple Naval specialization schools throughout the training course and was designated an Aviation Boatswans Mate. I was fascinated working on the flight-deck of the Eisenhower. I tell people when they watch the movie top-gun, I'm the guy or was the guy on deck wearing the Blue shirt. Working the flight deck during and in the middle of flight operations is an experience of its own and unequal to any I've seen since. We ensured safe movement for Pilots and Aircraft. It was team work to the extreme and I felt valued; in fact a few of my shipmates would No longer be, but not for my lucid, attention to that environment. I was happy, I wanted to Fly. Upon leaving the ship I was assigned to a P-3 squadron.

45

I successfully and most honorably completed four years of active duty service and two years in the Naval Reserves. During my service to this Nation, I made three (3) deployments and seven (7) detachments, while also furthering my skill level with all areas of Aviation attending school in Tennessee, Orlando Fla., Jacksonville Fla., and Maine all Naval Airstations, scheds, Active stations. all exemplary and certified.

I was on missions in Iceland, Greenland, Bermuda, Norway. Furthermore, I, the Eisenhower did covert assignments in Naples, Italy, Rome, Greece, Sicily, Spain, Antigua, Guantanamo Bay and a protection assignment with the HMS Invincible subsequent to combat action in the Falkland Islands. Henceforth, I spent two years in foreign lands and International waters and did my job with distinction and devout love.

I knew what my love in life was - finally; To become an Naval Aviator through education and training. To Fly for the most prestigeous branch of our Armed Services; The United States Navy.

46

The Military blessed me with having lived to view the Northern lights, bathe in the Hot Springs of Iceland, sail the Seven Seas and much more. I love this Country immeasurably and am sickened, nauseated every time I read "United States of America v. Joseph Romano. I will make it up in some way by service to this great Country and know God will forgive me; although I will never forgive myself for the hurt I caused.

(7) In 1988 my enlistment contract expired and subsequent to meeting my Reserve obligation I commenced intense flight training; in anticipation of returning to active military duty, Because I lacked a College degree I couldn't apply for Military — officer candidate School.

I went to school and attained my Associates Degree from community College and continued on with my education's while working full time for Aircraft manufacturer Fairchild Republic. I easily transitioned from Aircraft Structural Mechanic working on P-3 Aircraft in a prestigeous Naval squadron to building Aircraft at Fairchild Republic.

47

I love airplanes and used every shred of available earnings and time to fly.

I fly and am licensed with a thousand hours of experience in Single Engine land, Multi engine land, High Performance, Complex, Tail dragger and Aerobatics airplanes. I am spin qualified enabling me to perform and recover from all spin maneuvers. I am qualified and licensed to fly Helicopters. I already have two students whom want me to instruct them in Rotary Aircraft flight. Helicopter flying is the passionate affair to my Airplane pursuit.

This is what I love and in some capacity if you liberate me I will teach flying to the under-privileged and handicapped; and use my skills to charitably serve the vulnerable and destitute. I will give others the oppurtunity to achieve their dreams, as I never did.

I am a completely changed man focused on being the best man I know how to be; grounded in reverence, my family, the poor, destitute and needy. I know I could save others headed down the wrong path and be a positive influence for those with no one to turn to;

48

especially veterans that are committing
suicide at a present rate of 17 per day.
   At 62 years of age and with an
extraordinary support system at my side-
beckoning I pray for one last chance at
life to prove myself whorthy. There is
Not an scintilla of chance, as statistics
evince of my recidivism.
   I do Not espouse myself as a hero,
because the hero's I have had the honor
and privilege of serving with and knowing
still do what is right through fear and danger.

Ⓐ  As a Pilot I speak about and study
Aviation everyday. I would talk about
flying to a guy I knew my whole life.
Joseph Buttacavoli, lived around the block
from me and was friends with my youngest
brother Vincent. Joe is a parapalegic since
an horrific car accident in 1989. He would
wheel his wheelchair to my house and talk
with me for hours. One day I got the
idea to take him flying. I literally lifted
him out of his chair and layed him on top
of the wing while I preflighted the plane.
Once up in the Air with Joe as my co-pilot

49

we flew up and down the Hudson River,
past the World Trade Center, Statue of
liberty, Governer's and Ellis Island. For
hours we flew from Long Island shore
to the George Washington Bridge and
down the Jersey shore. He told his
Parents and they told me it was the pinnacle
of his life and made him whole.

Joe died recently and the magnitude
of this loss destroyed me as I was unable
to pay my respect, as this has had a profound
effect upon me both emotionally and psycholog-
ically.

My freedom means so much to me and
I will bring a spirit of love and affection
to those whom need a little uplifting in
their lives. This is whom I truly am and as
everyone knew me as prior to my arrest.

(b) While serving this magnificent nation I
learned life-saving First Aid techniques.
This came in handy on many occasions
but none more than one night returning
home from a ski trip in New York.
During a snow storm I came upon
a car crash, two people were lying in

the blood stained snow. One victim
was an elderly man whose legs were
severed, the other his daughter whom
had multiple compound fractures. The
girl was bleeding and going into shock;
she said to me "Please dont let my father
die". I told her, he wont die with me here.
I took spare socks and made torniquets;
I wrapped them in blankets and waited
for the Ambulance to arrive.

My quick action aided by my brother
Sal, Mike and friend John, according to
scene Paramedics saved the fathers life
as he was bleeding out. A few months
subsequent to the accident the family
thanked me for saving the Dad and treating
the daughter.

©

During Naval operations in Bermuda
several of my friends in the Squadron
snorkeled the reefs; it was amazing.
The fish are abundantly beautiful, I
was hooked on diving and became a

51

certified diver. As a PADI certified
diver I dove they Keys Fla., Mexico,
New York wrecks and other dives. I
was an experienced diver and learned
and heeded all safety methods. One
such method was "Buddy Breathing" which
I learned in the Navy and dive school
which I used many years later to save
the life of my brother Mike, My dive
buddy, who ran out of Air.

The currents, undertow and conditions
of the ocean in Florida after Hurricane
Andrew were less than desirable for a
deep water dive; My brother ran out of
air and we were being surged by big
waves, plus our dive boat wasnt reachable.
He started to panic and I calmed him
down letting him share my air, I blew
up his vest, signaled the boat and we
were rescued.

Please know that this is the real Joseph Romano,
son of hard working parents whom truly cares
about others; and is wholeheartedly repentent

52

and so very sorry for sinning and
tarnishing my family, loved ones and
putting a stain on our good Name.
I love this Country and I am proud
to say I served.

53

## A. My Most CHERISHED LOVES OF MY LIFE

I must return to my wife Karen and my children Joseph, Charles and Sophia Rose. I cannot live another day without them and a giant void—black hole exists in my heart and every millisecond of each day I feel like I am being sucked further inside of it.

I have extreme tolerance for pain but my family's absence is to much to endure. I cannot concentrate, focus nor control my immense emotion's devoid of them. They are the air I need to breathe for life and the essence of my entire existence. They are so important to my spirit and soul that it is an absolute guarantee that I would never reoffend again, as their absence is the worst torture I can be subject to.

I most respectfully implore this honorable Court to sincerely scrutinize this section, as it is written with compassion and object-ive genuineness, from a husband, father

54

and brother whose life line is the affinate
descendants he and his wife have created
and live for; and would certainly sacrifice
his entire life and being for.

Please do not espouse that I should
have thought of them before I offended;
because their absence and my brokenhearted-
ness diminished my moral fiber and devotion
to God. I experienced a complete psychological,
physical and emotional breakdown, Knowing
that I would be distinctly separated
from them; an traumatic diversion that
resulted in a complete lack of sound
Judgment that I have been rebuked for
and am wholly remorseful for.

I have confessed my transgressions
to Almighty God, pleaded for absolution-
forgiveness and to return me to my family-
Now I come to you a humbled servant
of our Lord and an individual whom
seeks the Court's forgiveness-mercy
through this motion.

(a) <u>Karen Romano</u> - My wife of over three decades is a fifty one year old women whom I surrendered all my love to and who blessed me with three (3) perfect children. We are a family spiritually devoted to Catholicism, and provides me with a support system second to None.

I vowed to her that if this Honorable Court graces me with my freedom I will fight to make myself the best man that has ever walked the Earth. A distinct human being who will walk in the shadows of reverence and veracity, dedicated to my family and those whomever need our help. I know society will be better served with me being free to shepherd those with wisdom Karen and I can share, from this humbling learning experiences and mistakes.

Your Honor, my family truly needs me and I certainly need them, we need each other.

I fell in love with Karen in the 1990's and we were married in 1999.

56

I loved her upon first sight and that love between us has never withered. It has only grown in time and our bond will never be broken, if you give me this last chance.

Her character and integrity has always been beyond reproach, she is an exceptional wife, daughter and mother and there is not an individual walking the face of the Earth that can dispute this. She is my best friend, beautiful inside and out beyond expression and her commitment to the sanctity of motherhood and being my wife incomparable. She just made an engagement party for my oldest son Joseph and it broke her emotionally because I was not there. It also devastated me. I learned that she recently dropped to her knees at church Saint Bernards in Levittown and cried out to Our Lord to help me return to our family; and in fact be there with her so we could BOTH (emphasis added) walk our son down the aisle.

Karen is my GIFT FROM GOD (emphasis added), my "soulmate". Woman like her only come

57

along once in a life-time as evinced by her loyalty, visits to me in the ADX and elsewhere, when most marriages would have failed. Both of our hearts beat as one and her unmitigating love for me and _our_ family is what dreams are made of.

It is so very difficult living a single moment without her and know she feels the same way. We are one and knowing I hurt her immeasurably through arrests, charges, convictions and sentencings has broken me as a man. She cried her eyes out and I was concerned that she would crumble under the pressure. But through prayer and strength as a family unit she was able to persevere. This delineates to the Court how much of a leader Karen is and the support system I will return to. I vow to the Court that I will spend the rest of my life making up for the pain I caused You and my loved ones.

Karen is my navigator and flying

partner whom loves flying - being in the cockpit of an Airplane with me. We share some of the same interests and most important is how we could better our children; and make them better human beings and citizens of this Country we both love.

Karen babysits children in our neighborhood and works odd jobs for her financial survival; she is a perfect care-giver. She loves taking care of others but lives under extraordinary emotional and financial distress and pressure. All my children assist her in maintaining the Matrimonial residence but they struggle. I need to be there to assist them and I will. She gives uncond-itional love, guidance, counselling to all our children - but me being gone from the equation is debilitating. I must return home to complete the equation and surrender myself to your Judgment. I know you will temper mercy with Justice.

59

(b) Joseph Romano — Born October 7, 1998.

My son + I are inseparable. When he was a child I was the class father throughout his elementary school education; and Cub Scout leader of our fledgling Boy Scout pack. We went camping, committed ourselves to community service and never shied away from our love for local charities.

Joseph went to Catholic School, up to high school and excelled in sports. He played the Trumbone in the school band and I made sure he had private lessons and practiced with him and his brother because they were the Trumbone section.

Joseph was diagnosed with Special Education learning Disability and I spent years assisting him in his reading, language schools and social fitness. Not a day passed wherein Joseph and I were not together, as completely inseparable father and son. I need Joseph and he needs me. We have an inextricable bond, friendship and love for each other.

Presently Joseph works as a security officer as his record is impeccable and he has exemplary manners and was taught to love and respect others; He is a gentle-man. He tried College for a few months but it was too difficult for him and he dropped out.

Your Honor, I know that if I was home I could help Joseph either get his College Degree or sustained-successful vocational training. Joseph actually passed the written pilots exam but cannot afford flying mandates; Nor does he have the confidence to get his License. He needs me, He needs fatherly guidence and Counsel-ling; he loves Karen devoutly and she informed me that my envolvement in the Criminal Justice system, which I regret immeasurable has had a profound effect upon him emotionally. He has disappeared into a shell and needs his fathers support, motivation and undivided attention; which I will devote myself to. With me home

61

Joseph will be a better man and contribute to society and the betterment of humanity, so help me God.

Ⓒ  <u>Charles Romano</u>, my youngest son was born on March 8, 2000 and also went to Catholic School. He is gentle, courteous and respectful beyond his years. He has a voice over business and works a second job as a security guard at the Nassau Colliseum, Uniondale, New York; where the New York Islanders play hockey. He is developing his own business and works around the clock to make ends meet financially. He completed vocational school for welding and is searching for employment as an fabricator-welder; so he could contribute more to the home and assist my wife, his mother to a greater financial extent.

During my last visit, Charlie expressed an interest in Naval Aviation. He is sincerely interested in serving his country in the Navy and is dedicated to patriotism.

62

I am certain that if I was home, both my sons would be Navy Pilots and be serving this Country we all love. Their success may depend upon my liberation and I state this with devout sincerity.

I love my sons and can motivate them to better their lives. They are devastated by my status and it is disheartening that my misnomers have impeded the lives, careers of the ones I love most.

(D) Sophia Rose Romano, was born on March 25, 2003 and is Daddy's Little Girl and the love of my life. She is a Certified life guard and my incarceration caused her to have a nervous breakdown and to drop out of school; thank God she went back and graduated. She works as a waitress and is experiencing emotional turmoil and distress. She cannot cope with my circumstances, me being in solitary confinement and is in intense counselling. I have hurt her

63

to the point wherein it has deleter-
eously and consequently impacted her
life and career. This is tortuous to me.
  My imprisonment has profanely and
negatively effected Sophia's attitude and
outlook on life. Karen has her hands full
with assisting Sophia and I must return
home to help her. Sophia was also sickened
by Covid 19 and it has had long lasting effects.
  My heart is afflicted because I hurt
my babies. It will never happen—never—again.

## Extended Family

(E)  My brothers Salvatore, Michael and
Vincent and my sister Celia all live within
walking distance of my home. We are an
loving, close Italian family. We are all strict
Catholics. Celia is the most educated, she has
a P.H.D in Nursing and was a Professor at
N.Y.U. for the Bachelor of Science in Nursing
Her life is dedicated to saving lives, health
treatment and medical services to all that

64

Need it.

We all grew up as a close knit family and live each others problems, while celebrating family achievements, and tribulations.

We are all great cooks in our family and we cherished an large Italian family meal. We love each other unconditionally but the criminal justice system has irretrievably broken our bond; as my brothers were my co-defendants in my first case and it detracted from our once unconditional love and ravaged our closeness. We are only now, over a decade later reuniting again and I pray for this last oppurtunity for reunification, rebuilding and all contributing to be better members of our community and society; and to support each other again. We made a massive mistake but together we could overcome our transgressions and mistakes.

None of my many Nephews Nor Nieces have ever been in trouble with the criminal justice system. It is an anomoly to the Romano family.

As a matter of fact, my Nephew

65

Sal Romano pitched for the Reds and the New York Yankees and subsequent to an injury is making his ways back up to the Major Leagues. We all support and love each other and can overcome all obstacles through unconditional love for each other; and our overt, my overt acceptance of our responsibilites.

We are all committed to bettering our family, ourselves and each other; and making the Romano family, Name and historical legacy one that our family and all others are not ashamed of. We must work hard to endure and overcome our shortfalls and I swear by all my being we will be successful through our contribution to societal betterment.

As this Honorable Court is cognizant, a strong familial support system is essential to my success. I have it; I worship and cherish it.

Granting this motion will create an existential triumph to all the lives we could save and help. That is my pledge - Vow to his Honor.

66

# EXHIBIT

# C

# RE ENTRY PLAN, GOALS AND Objectives OF JOSEPH ROMANO

I have submitted an exhaustive petition for compassionate release from prison and or the granting of my motion, in accord with Title 18 United States Code Section 3582 (c)(1) (A)(1), THE FIRST ACT. These are my plans upon release. I hereby incorporate by reference as if realleged in its entirety my FIRST STEP ACT Motion.

A. What life is truly about to me.

I have been imprisoned and living under the most onerous conditions of confinement known to man. I am in solitary confinement 22-24 hours per day, seven days per week and 365 days per year; I have endured this for over a decade (13 years).

My strength, enduring motivations and goals are wholly derived from my devout faith as a Roman Catholic

67

and my family. If not for these two (2) Magnanimous and omnipotent factors I would have never been capable of surviving and living.

(a) I have been married to my wife Karen for an quarter of a century and am in love with her as if we are still on our honeymoon. I yearn, cherish and will (emphasis added) be a compassionate, loving and dedicated patriach of our family for all my remaining days; and this requires exclusive quality time with her; time spent caring for our marital residence, sharing in its daily maintenance, household chores and a quiet movie, a walk and cooking her dinner. I have been blessed by Karen giving me three (3) amazing children. The sun rises and sets with my family.

(b) I intend to live in our marital residence located at 22 Lilac lane, Levittown, New York with my three (3) blessed children and our new addition to our family, the fiance of my son Josephs; her name

68

is Lauren and she is not my daughter-in-law; she is my second daughter, I love her as if Karen gave birth to her.

(c) Neither my wife nor children have ever had contact with the criminal Justice system, are genuinely law abiding and all pillars of the community.

I know to an absolute degree of certainty there will never be an act of recidivism in the days I remain on Earth. I will never risk, think about, consider nor contemplate ever re-offending. It will never happen and I will never leave my family again - ever - under no circumstance.

With the days God will bless me on Earth I will remain and be a devout Catholic, husband, father, in the future grand-father and Son to my 86 year old and elderly mother; whom lives just steps away, across the street at 9 Lilac lane, Levittown, New York.

My Mom is a strict Roman Catholic whom attends Church regularly and I promised her we will attend

69

Mass together and both thank God for the remaing time together and pray for repentence – forgiveness and absolution for the time we were Not together.

(d) My Sister Celia Wells a registered Nurse like my Mother with a PHD from Adelfi University in Nursing, worked at North Shore Hospital for 30 years as well as taught Nursing at New York University. She has always been there for me in my time of desperation and is wholly supportive of and for me. She lives in walking distance from my home at 32 Cove lane, Levittown, New York. She has always been a bedrock for me and with her extraordinary intelligence and gifts for helping others is an seminal member of my support system.

I intend to hug, hold and bury my head into the inner depths of my loved ones being and every day of my life thank all of them for

70

Supporting and forgiving me. I am in 'love' with each of them and envision tears as I hold them tightly for the first time in over a decade.

I need my loved ones and they need and desire me. We are one and will cherish spending time together as FAMILY. (Emphasis added). We are the embellishment and genuine definition of what a family is and although statistics depict that seniors do not reoffend; I will never stray from a second chance at life, so help me God.

(e) My life is my children whom all work very hard; Joseph is an armed security, Charlie also works security and has just commenced his own business doing computer generated voice overs, and Sophia is a waitress and attends school; she wants me to teach her to fly. My wife works and I will support all of them in their endeavors.

71

My life is empty devoid of each and every one of my family members. I intend for them to envision me as a man—an human being whom has shown nothing but love and humanity to them and others. I love life, people and will earn my daily bread. I believe in giving charity, as compared to taking it; and will reach deeply into my heart, soul and spirit to re-earn love, respect and dignity lost during imprisonment.

(B) <u>OBJECTIVES</u>

Relying on my altruistic spirit, training and love for helping others, I intend to be there for those that are sick—psychologically or physically in need and or handicapped; and those whom need a strong shoulder to cry on.

(a) I spent four (4) years in the United States NAVY and pre-dominantly

72

aboard the greatest ship in the
Navy's arsenal The USS Dwight
D. Eisenhower (CVN-69) Carrier
Vessal Nuclear. I was part of
an essential team that launched
and recovered Aircraft Making
Sure our Pilots were able to
Fly aircraft on their missions
to defend this great Nation and
safely return. I worked directly
on the flight deck as a part of
flight operations as we Sailed the
Seven Seas.

Upon Honorable release from the
Navy and driven by My love for
this Country and living Vicariously
through Memories of great Pilots,
I became a skilled Pilot and Navigator;
of both fixed wing and Rotary Craft.

I studied arduously to become
a skilled Pilot in an Multitude of
Aircraft and Categories. I did
this while working full time and
attending school. Not only have I
racked up thousands of hours in all
kinds of Aircraft but completed

73

school as an Aviation structural Mechanic. I attended school for Auto Mechanics and built homes from scratch as a skilled Carpenter. I've worked professionally in all these fields and my knowledge in building, designing, Manufacturing is beyond vast. Some of my many successful endeavors overlaped while supporting my family and provide them with the educational and economic opportunity needed in todays world.

I want to use my vast experiences, all of which earned me an inpeccable reputation as a Pilot, husband, educater, Father, Sailor ---- to use these experiences and knowledge to instruct those that are needy, hopeless and helpless; and need encouragement, confidence and an individual like me to teach them to never give up. I will (emphasis added) lean upon my background, education, training and lessons in life to instill

74

76

hope, a will to live and hopefully,
train those that never believed
in themselves. I know I could
bring success to the lost souls
whom will learn that a hero
is not someone without fear,
but one with grave fears but
still does what is right.
Life has given me inordinate
lessons that humbled me to the
lowest existence, but I learned,
adapted and now must overcome
all the obstacles I have endured
and conquered. I must use the
remaining time in my life as a
role model for not only my family
and loved ones, but all whom gave
up on me.
I will never let my family,
this County nor Society down again.
I must walk my first son whom
bears my name down the aisle of
St. Bernards in Levittown; where I
made my Communion and Confirmation;
I must be home to pick my mom up
when she falls and be there for

all those whom need a friend in their time of need.

So help me God, be the best man I could be and what I expect of myself. I will not — I refuse to waste away in a prison cell. I have much to much to offer and to many lives, hearts and souls to teach in their most destitute times of need; Joseph Romano will answer their calls because you gave me the opportunity — a second chance to re-enter society.

Most respectfully,

Dated this November 11, 2025 /s/ Joseph Romano
Veterans day

Joseph Romano III

76

EXHIBIT

D

## IN SUM

No greater pain could ever be endured by any human being than a father whom believes and experiences letting down his blessed three (3) children; and a wife that devoutly blesses him with her love from the first time he ever laid eyes on her.

From the birth of my first child, my son Joseph, I thanked God and vowed — swore and genuinely committed to being a great father, husband and son; and most importantly a humanitarian.

Every accomplishment in my life was earned through persistence, perseverance and the committed pledge to succeed. To make all my loved ones proud of me and to display the moral integrity and veraciousness, they could emulate! I visualized, dreamed and lived my life with dignity, righteousness and reverence.

77

I enlisted in the United States Navy to serve my Country and volunteered to work on the dangerous flight deck. Actual existence aboard a carrier, working, being authorized as an integral factor-member of and during flight operations was both intrepid and thrilling; its the front line of a battle group. I knew that service to our country was a privilege, honor and a distinct duty. I loved being a Sailor and dutibound on the greatest ship ever built in the History of this great Nation; and Named after the Supreme Allied Commander whom lead our troops to victory against tyranny, Nazism and Facism; with men of the greatest generation. It meant so much to my Espirit de Corp (still does) and I wore my Uniform and performed my duties with great pride. I was integral to Naval Aviators, Navigators and my shipmates in a mission to launch and recover planes.

78

Although my formal education was limited I studied hard; the flight deck had left an lasting impression on me. I learned to fly visually, then with instruments, Single engine, Multi engine, High performance, complex, tail dragger. I learned to fly Helicopter which I'm mystifyingly skilled at. At one point I purchased an Aerobatic plane and learned—practiced and Mastered all intermediate Maneuvers. I was in the process of teaching my son, the love of my life Joseph how to fly; he was ten (10) years old at that time; when I wrongfully placed myself in the dubious position of criminality.

I am remorseful, regretful and live with complete disdain for my actions. There is a black hole in my heart that will forever be empty for Not being there to watch, help, assist and Cherish the time I could have — should have — spent with all my loved ones. Joseph May Never learn to fly because of me and I will Never forgive myself

79

for this.

I volunteered to be a Boy Scout leader and it permitted me to spend precious time with Joseph and Charlie and give back to the community; especially to disadvantaged, under-privileged, fatherless children. I never walked away nor turned my back on a child nor anyone that needed my help. Yet, that is exactly how I feel about my own family. Being imprisoned for more than fifteen (15) years has opened the gaping wound in my heart, soul and spirit that I live with daily being away from my kids; and Charlie and Sophia not enjoying the benefit of a loving father intrically involved in their daily lives and tribulations. It devastates, kills me and I will never forgive myself for what I have done.

I have been punished, deterred and plead for one last opportunity to contribute to my family and society. To better others and make all that know me realize that my imprisonment has caused me to refocus my life,

80

as a servant.

My two youngest children Charlie and Sophia need me. Joseph is engaged to a beautiful, caring and loving fiance and is about to take his own journey through life with a loving supportive soul mate. But, my soulmate, my loving wife Karen and two younger children are floundering. They need me and I need them. I cannot live without them and am certain that I could contribute to assisting them in achieving their life long goals and ambitions; I could also help Joe and his future wife in focusing on success and to never make the mistakes I made and going down the trail of dishonor I travelled.

This has been a long, tedious and arduous journey that I took. I break down daily and have bettered myself in the process. I refuse to ever make the same mistakes again and this experience has taught me valuable lessons; I have suffered immeasurably and deservedly so and will make sure

81

all those I ever come in contact with, never make similar mistakes.

I am in love with my wife Karen and she with me. We are bound in holy matrimony for life and upon my release will re-commit, re-confirm our vows; so help me God. She has been the sole mother and father to my — our — family and the burden on her shoulders has been tormenting — turmoil. She needs my support, love and I yearn to be a complete family once again. I just want to hold her and thank her for being the families Matriach; the rock and strength for our existence. She deserves the best for holding our family together; the only source of income for us; a true champion overcomes adversity and that is exactly what she did. She learned to make due with what little resources and income she had earned and as a true leader she dealt in hope. That is how my family lived, survived and overcame. We learned that failure at some point in life

82

is inevitable, but giving up unforgiveable.

My Mom is 86 years old, elderly and I love her with all my being. She has lived through my sorrow and as a strict Roman Catholic Italian American Mom lives with my anguish daily. She goes to Church and Prays for her son Joseph to come home to her; as she lives across the street from me as well as all my immediate family whom live only steps away. She knows that through our love for God, he will show us mercy, compassion and forgiveness; although I find it difficult to forgive myself.

My love of and for life, are my children whom are my entire being, my heart, soul and spirit that provides me the air I breathe and sustains me during hardship, along with my wife and family, as well as deep, devout spiritual reverence must be considered vociferously by this Court. This is who Joseph Romano is. This is whom I desire to be just once more in my life. This is exactly whom

83

I swear, vow and will prove to be.

Please scrutinize my application and know that each word contained herein represents the nucleus of my inner sanctity. It is true, genuine and written from the grace of God.

Last, Your Honor, I've included letters written by people in my life whom have been moved by me, for some small gesture. These memoirs are not some fictionalized stories anchored in real experiences. This is me, told by people in their own words. I've included letters written to the Honorable Judge Bianco more than a decade ago because they convey a lifetime of consistant and compelling, honorable, kind, actions.

Most respectfully,

Dated this November 11, 2025 /s/

Veterans Day

Joseph Romano

84

# EXHIBIT

# E

Jeanne Romano
9 Lilac Lane
Levittown New York, 11756
516-336-5285

August 25th, 2024

To Whom It May Concern,

I have written numerous letters on behalf of my son, Joseph Romano 72247053 since his incarceration. It has been a long and challenging journey, and as a mother, I continue to hold on to the hope that he will be given the opportunity to rebuild his life.

There is no greater love than a mother's love for her child, regardless of their age. Joseph was a remarkable boy who had many talents and passions. As a young child, he loved to play with cars and airplanes. As a teenager, he developed skills in carpentry, masonry, art, and guitar playing. Joseph was always eager to learn new things and excelled in every discipline he attempted. His adventurous spirit led him to master motorcycle riding and even become a licensed airplane pilot.

When Joseph joined the U.S. Navy, he served honorably aboard the USS Eisenhower. During his service, he displayed extraordinary bravery, saving a fellow serviceman's life by applying a tourniquet during a dangerous landing maneuver. He also saved a man from drowning, further exemplifying his courage and selflessness. After four years of dedicated service, Joseph received an honorable discharge.

As a mother, it is my greatest hope that Joseph will be given a chance to live the remainder of his life as a free man, reunited with his family. His eldest son has recently become engaged, and Joseph has already missed so many significant life events. I truly believe that during his time in incarceration, Joseph has reflected deeply on his life and is ready to return to society as a productive and positive citizen.

I kindly ask you to consider my request with compassion. At 85 years old, I am an elderly and ailing woman, longing to be reunited with my son. Having our family complete again would mean the world to me.

Thank you for your consideration.

Sincerely,

*Jeanne Romano*

Jeanne Romano

To Whom It May Concern,

My father does not deserve to be held in the "Alcatraz of the Rockies." The proposition of my father being held alongside individuals such as Joaquin Guzman Loera, Ted Kaczynski (who is now deceased), and, for a brief time, Ramzi Yousef, is a questionable interpretation of justice, at best. As a father, husband, and brother, he has proven time and again that he is a deeply passionate family man. Even as a son, he has provided his parents with experiences that most children could not even imagine delivering to their mothers or fathers. In essence, my father is a man whose heart beats for the world, with a profound passion for the remarkable things he has done. Above all, he has always wanted nothing more than to provide the world to his family, three times over.

Though my father has been separated from us, his family, for nearly fifteen years, I am grateful for the relationship we maintain. He and I share a strong bond through calls, letters, and especially visits – all of which he has made the best of despite his confinement. I can confidently say that he has succeeded in maintaining a close connection with us under these circumstances. My siblings and I have all turned out well because of the perseverance of both our father and mother. While my father and I certainly have our disagreements, we would, of course, all want him home so that we could argue face-to-face like gentlemen.

From what I have witnessed firsthand, my father's generosity and kindness do not extend exclusively to his children. He has enriched the lives of his parents, taking them across the world on numerous adventures. My father has also provided his siblings with the means to support themselves through hard work and discipline. He has built homes for his brothers, and even my aunt still lives in a house he designed and constructed. Through these actions, it is undeniable that he is a man who shares the fruits of his hard, honest labor. He is a man who many, including myself, look up to and aspire to be.

My father has also served this country as a Navy veteran aboard the USS Eisenhower. He loves his country and his fellow man deeply. He has built homes for friends, provided vacations for close family members, and has always placed his family first. Thanks to him, I had a wonderful childhood. I've been fortunate enough to travel the world with him, visiting incredible places and monuments. Whatever field my father has pursued, whatever task he has undertaken, he has always succeeded. He is a passionate man who wants nothing more than to give everything to his family and would sacrifice anything to be with us once again.

My father is a non-violent offender. Whatever initial sentence was handed down to him, he has served it. Nearly fifteen years later, all he talks about with me is his desire to spend quality time with me and the rest of our family. I sincerely hope this letter helps to clarify who my father is as a person and that it proves valuable in his case moving forward.

With hope in my heart,
Charles Romano

Celia M. Wells
32 Cove Lane
Levittown, NY 11756

Date: August 20th, 2024

To Whom it May Concern:

My name is Celia M. Wells, and I am the only sister of Joseph Romano, 72247053. Joseph and I have shared a close bond throughout our lives, both during our childhood and as adults. Before his incarceration, he played a significant role in our family, actively participating in family gatherings and supporting us in countless ways.

I have been married to Kevin Wells for 38 years, and we have two daughters, Jennifer (36) and Therese (29). Uncle his incarceration, Joe was a constant presence in their lives, often joining us for dinner and being involved in key life events. He was especially influential during their formative years, helping with religious education, school transportation, and weekend babysitting. Jennifer frequently reminds us of how much she cherished her time with Uncle Joey and how he was her favorite uncle.

Even as young adults, my children maintained a close relationship with their uncle. And ask about him all the time. Joe was also a tremendous support to me personally, assisting with the care of my parents before his incarceration. Sadly, my father has passed away, and my mother has become physically and mentally frail, sinking into deep depression since Joseph's absence. The loss of her son has been profoundly overwhelming for her. I strive daily to find hope and to manage the pervasive sadness that comes with his absence. His absence is felt acutely every day.

Our family would be deeply grateful to welcome Joseph back home. His presence brings joy and happiness to our lives, and his three children miss him dearly. Reuniting with him would bring a sense of wholeness to our family. If there is any possibility to facilitate my brother's return, I can assure you that he will be met with love, safety, and care. On behalf of my entire family, I respectfully request that you consider his release.

Thank you for your attention to this matter.


Very Truly Yours,

*Celia M. Wells*

Celia M. Wells, PhD, RN

1

Joséph Romano IV                                                   3/5/2025

22 Lilac Lane Levittown, NY 11756

Email: Joeromano2379@gmail.com

Phone: 516-655-2291

To Whom It May Concern,

I am writing this letter to provide a character reference for my father, Joseph Romano III. My name is Joseph Romano IV, and I am 26 years old. My father has been absent from my life since I was 12 years old, and in that time, I have deeply felt the loss of his guidance, wisdom, and presence. His absence was not just the loss of a father. It was the loss of the experiences, lessons, and moments that shape a young boy into a man.

My father is currently being held at ADX Florence, Colorado, a facility meant for the most dangerous criminals in the country. It is designed for terrorists, cartel leaders, and those who pose a grave and ongoing threat to society. My father is none of these things.

He is not a violent man. He is not a danger to society. He is a U.S. Navy veteran and a pilot, roles that require discipline, skill, and unwavering commitment. These are not just titles but reflections of the kind of man he is. Someone who has dedicated himself to responsibility, precision, and perseverance. The mindset and character it takes to serve in the military and take to the skies as a pilot speak volumes about his nature. He has always been a man of integrity, resilience, and drive.

Beyond his service, he is also a deeply generous, compassionate, and creative person. He has always been willing to give, to help, and to take care of those around him.

My father's generosity goes beyond material things. He is generous with his time, his wisdom, and his kindness. He is also incredibly imaginative and creative, always thinking of ways to help and inspire others. When I was a part of the Boy Scouts, we had a wooden race car event. My father did not just help me build my car. He helped every boy who wanted a really cool, well-made car. He worked tirelessly, using his creativity and skill to make sure every child who wanted to participate had a car they could be proud of. That is the kind of man he is. He does not just help when asked. He goes out of his way to make sure others have something special and meaningful.

Before he was taken away, my father had planned to teach me so much. He was going to show me how to become a pilot, instill in me a love for aviation, and guide me

through the milestones that every father and son should share. He was supposed to be there to teach me how to drive, how to handle responsibility, and how to navigate the challenges of becoming a man. He was not there to help me with my first job, to guide me through the struggles of school, or to give me the advice that only a father can provide when life gets difficult.

But my father gave me more than just lessons. He gave me experiences that shaped my perspective on life in profound ways. He took me everywhere, from New York to Florida, visiting every state on the East Coast multiple times. Together, we traveled to places like California, Paris, the Bahamas, and London. Through those journeys, he introduced me to different cultures, foods, and ways of life. Those experiences were not just vacations. They were lessons in curiosity, adaptability, and the value of seeing the world beyond my own neighborhood.

I still remember trying new foods in unfamiliar places, walking through streets filled with languages I did not understand, and standing in awe of places I had only ever seen in books or on television. He did not just show me the world. He helped me understand that it was vast, complex, and filled with opportunities to learn. Those travels were life-changing, and they left a deep imprint on who I am today.

One moment that stands out to me is a lesson he gave without even meaning to. A childhood friend once asked my dad why he kept building and working on our house, even though it looked complete. My dad answered simply, "A man's house is never completed. There is always something I want to work on, always something to improve, and there is always an idea I want to try out."

At the time, I did not realize he was not just talking about a house. He was talking about life. The idea that we should always seek to improve, to grow, and to push ourselves forward. That lesson stuck with me, shaping the way I approach challenges, self-improvement, and perseverance.

But his absence also meant that I had to learn many lessons on my own, sometimes the hard way. Because he was not there, I missed out on:

• The guidance of a father during my teenage years, when I needed advice on school, friendships, and life decisions.

• Having a father figure to teach me important life skills, such as how to drive, how to manage finances, and how to be responsible.

• A role model to shape my career and future, especially in pursuing my passion for aviation, which was something we had bonded over before he was taken away.

• Emotional support during my biggest milestones, including my graduation and early adulthood, where his encouragement would have meant so much.

• The ability to build more memories together, ones that I now can only imagine instead of recall.

Now, as an adult, I have a fiancée, a woman I have known since high school, and we are building our own future together. These are the moments where a father's presence means so much. Sharing wisdom about relationships, offering advice about marriage, and simply being there to witness the next chapter of my life. I have worked hard to become the man I am today, but I know that having him present would mean the world. Not just to me, but to my future family as well.

My father does not belong in ADX Florence. He is not a danger to society. He is not a violent man. He is a Navy veteran, a pilot, a father, a mentor, and a man whose heart has always been filled with generosity, creativity, and compassion. Keeping him in a facility meant for the most dangerous criminals is not justice. It is an unnecessary and cruel punishment.

The years that were lost cannot be given back, but the years ahead can still be shared.

I firmly believe that everyone deserves a second chance, especially those who have the capacity for growth and redemption. My father still has so much to offer. Not just to me, but to those who know him. I hope that he will have the opportunity to be part of my life again, to see the man I have become, and to be present for the years that we have lost.

I respectfully ask that you take this letter into consideration as a testament to the man my father is and the fact that he does not belong in ADX Florence, Colorado. If you require any further information, please do not hesitate to contact me.

Sincerely,

Joseph Romano IV

Email: Joeromano2379@gmail.com

Phone: 516-655-2291

# EXHIBIT

# F

694 Pleasant Avenue
Westbury, NY 11590
516-342-0382

November 15, 2010

Dear Honorable Judge Joseph F. Bianco,

Thank you for giving me the opportunity to tell you about my friend Joseph Romano and what his friendship has meant to me over the years.

I met Joey when my family moved across the street from his family 38 years ago, when I was 10. It was a difficult time for me. My parents had just divorced and we changed our lives considerably, moving from a big house in Port Washington to a modest home in Levittown. I quickly became friends with Joey and he helped so much during that time, infusing jokes and laughter into situations that were hard for me. It very much helped me transition into my new community and life.

This would be a theme throughout my life and relationship with Joey. He cares so much, and he not only has been there to help me financially but emotionally as well.

Joey and I have so much history together. He got me my first job at Bagel Town with him, and he also got my brother a job there, as well. When he went off to the Navy we kept in touch often, and I looked forward to our talks together.

Most recently, I lost my job. I was out of work for eight months with no other source of income. I lost my six-figure salary and had two mortgages and three kids to support. I was in a position I have never been in before. While Joey and I were having a snowball fight with our kids, we were talking about Christmas and I said in a joking manner I was choosing between presents and food for the kids. Joey immediately reached into his wallet and gave me 1000 dollars. That is how he was -- no thought, just instinct to help. Without that money, my kids would have had nothing that Christmas I can assure you.

Another time we were talking and he asked how I was doing. I told him I had just gone to a food pantry for the first time ever and broke into tears. Joey knew just how to handle this -- with humor and love. He asked what I got there and joked it was better than in his house, that he had nothing in his cabinets or frig. It really made me laugh. Then he again grabbed his wallet and gave me money. He really saved me so many times! Periodically he would send me a letter with a check, and it always seemed to come at the right time.

Joey is the type of person you are afraid to tell you like something or need something because he will tell you to take it if it is his or he will buy it for you. My daughter was talking to him once and said she liked a movie. Joey said he loved that movie too, and the next day he bought a copy for my daughter. When he and his family stayed here for the summers, he had an open account with the ice cream man. The kids on the block went crazy with that, and they will remember that their whole lives.

If I needed something moved, he would help me. If I needed a bed, he would give me one saying he didn't need it. The list is long. Joey really is the most giving and generous person I have ever met. Emotionally, he was always able to cheer me up and help me see the glass half full instead of the half empty. You can't help leaving smiling when you are with him. I sincerely hope this helped you learn a little about Joey and how amazing he is!

Respectfully,

Bonnie Mueller
Bonnie Mueller

*Heather Brody*

7294 Via Leonardo
Lake Worth, FL 33467

November 10, 2010

To The Honorable Judge Joseph F. Bianco,

My name is Heather Brody, and I am writing to you on behalf of my friend Joseph Romano. I met Joe and his family over five years ago when they moved into our neighborhood, and we discovered we had a lot in common. Our family had also just relocated from Long Island too, our children were close in age, and Karen and I were both stay-at-home moms. These shared experiences, along with Joe and Karen's warm inviting nature, made it very easy to become close friends rather quickly.

My children adore the Romanos and our kids have played together countless times. My children tell me how much they miss their friends, and I think about how much Joseph, Charlie, and Sophia must miss their daddy. I remember laughing with Joe as he told me about going to yoga classes with Joseph, marveling at the Lego creation he and Charlie had designed, and seeing him light up when Sophia showed off her dance steps. Joe Romano is a great dad. I have seen how much he loves his family and how much they love him. It is my hope that he will be at home with them very soon.

I do not take lightly the decision you have to make, nor do I think one letter sent from a stranger will make that decision any easier. Yet, I had to write you. I had to let you know what kind of man Joe is on a personal level. He is not only a great father but he is also a loving husband, a caring friend, and a responsible neighbor. When he is once again home with his family, I will have no hesitation leaving my kids in his care again. As a parent this is the highest praise I can give a person, and I give it to very few people.

Thank you for taking the time to read this letter. Being the daughter of a New York City Police Officer I have a deep respect for what you do, and being wife and a mother of four children I have deep respect for the family unit. Joe has a family waiting for him. Please keep this in mind when rendering your decision.

Sincerely,

*Heather Brody*

Heather Brody

Wendy & Gabriel Yepes

November 8, 2010

Dear Honorable Judge Joseph F. Bianco,

My name is Wendy Lazar-Yepes. I am an Ordained Minister and Holistic Health Practitioner. I own and operate a Holistic Medical Clinic in Boca Raton, Florida where I have been serving the public for more than 19 years. My husband Gabriel Yepes owns and operates a Health and Life Insurance Agency, also in Boca Raton, Florida.

We are writing to you with regard to Joseph Romano. We have known Joe for more than two years. He and his family were neighbors of ours in Florida. The Romano children attended the same school as our son, Brandon, and he became friends with Joseph Jr. while they were in the same class. As time passed our family had the pleasure of establishing a relationship with the Romano family. Joe and Karen were both very active in supporting Unity School where our children were attending. We were very impressed with Joe's dedication to his family, the school, and those close to him.

Joe is a family oriented man. The love he has for his wife and children is obvious and admired by all who know him. He is a hands-on father who is always there for his children, rearing them with love and respect. Joe is also generous and kind with an infectious sense of humor. He supported every major school function which greatly enhanced the quality of education and life for all the children. Everyone at Unity School knew Joseph Romano as the go-to man to get important matters accomplished.

Joe has the ability and desire to observe the feelings of others. There was an occasion when our son was on a field trip and Joe was one of several chaperones. There were a few boys bullying Brandon where the adult chaperones could not see or hear. Joe observed Brandon's state of mind and reached out to him. The kindness and advice he showed Brandon was a pivotal point in our child's life. This could have led to a very negative outcome for Brandon if gone unnoticed as he would have held it in. However Joe helped Brandon resolve this issue within few moments by instilling self-respect and humor. It is a rare but blessed occasion to have people who care for others at this level.

It is hard to think that Joe would have to be separated from his family and friends. There will be much suffering should this occur. His children growing up without him would be devastating to all. His wife raising their children without him would feel the greatest void in life. We pray daily that the court will be lenient in sentencing Joe so he may continue bringing goodness to all those who rely upon him.

Respectfully,

Wendy & Gabriel Yepes
5109 N. Ocean Blvd., Unit D
Ocean Ridge, FL 33435

Dear Judge,

I miss my dad because his isa very nice man. He should come home becaus he loves us and we love him.

When he comeshome he will give money to the poor. I love my dad because he makes things fair. when we sleep in his bed, he puts us in order when we were bron — Joe, Charlie and Sophia — and wego swimming with he evey day. We buy candy.

He left on my birthDay, March. 25, 2009, On Sport's Day. I didn't Konw where he was going, so I asked him and he said that he was going to New York. I was kind of sad. few weeks later Joseph said that he was in Jail, but mommy still said that he was in New York.

My New awnt Danielle and my New baby cousin Noah didn't even get to meat him yet. I'm afraid he is going to miss my Birthday again. Plese let him come home.

from
Sophia

Ralph & Mickey Iovino

10/12/2010

Ralph & Mickey Iovino
7078 Via Leonardo
Lake Worth, Fl. 33467

The Honorable Judge Joseph F. Bianco

Our names are Ralph and Mickey Iovino. We are retirees who live in Florida and lived right next door to the Romano Family for 3 years.

Our houses being only 5 feet away from each other gave us a chance to get to know the Romanos. Joe was always a dedicated family man. He is the type of neighbor that few people are lucky enough to know. If I were to describe him in one word, it would be giving. During the 2005 Wilma hurricane our pool enclosure totally collapsed and Joe without being asked was the first and only person to come and help remove the tangled debris. If anyone needed anything Joe was the first to offer himself. I shall never forget his kindness. He was a loving father that was always

involved with his children. Around his children he was the biggest kid of all and they loved it. Of course the children were well disciplined and respectful of everyone.

In this day and age where so many circumstances are breaking up families, I believe that Joe's love for his children and wife and dedication to them is commendable. His children now more than ever need a father figure, that although not perfect, can guide them into adulthood through his experiences and mistakes so that they can lead good and honorable lives.

Sincerely,
Ralph & Mickey
friends

Finbarr O'Carroll

Date December 4th 2010

Re: Joseph Romano

The Honorable Judge Joseph F. Bianco of the District Court:

My name is Finbarr O'Carroll, Senior Engineer at Research in Motion, Florida. I have known Joseph Romano since our boys met in 3rd grade some 3 years ago. For the time he was here in Florida, Joe's eldest son Joseph was, and still is, my son's best friend. During these 3 years I have come to know Joe, Karen and their 3 children well, participating in various celebrations in each other's homes, such as birthdays, Halloween and Communions.

I know Joe to be a dedicated family man who is devoted to his children and is a great influence on their lives, encouraging them to participate in all aspects of school life, academics, music and sports. Of particular significance is the positive influence I have seen Joe have over his eldest boy Joseph, encouraging him to play all sports and work hard in school. His positive influence also extended to other boys in my son's class. On an overnight school trip to St Augustine where Joe served as a chaperone, many of the boys were impressed with Joe's descriptions of foreign lands he had visited when he was in the US Navy. When one boy stepped out of line, Joe was excellent at communicating with him and helping him with clear and compassionate words and direction. He excelled at controlling the group of boys and they in turn looked up to him.

I am somewhat aware of Joe's current situation and plea arrangement in order to minimize the impact on his family. I believe whole heartedly that an extended prison term will serve as a tremendous hardship for his wife Karen as she tries to raise their 3 children, and will deprive his 3 children of a loving father, which can only negatively impact their young lives. I would be particularly concerned about Joseph and the effect a prolonged absence may have on him, as he is a very quiet boy and he and his Dad are very close. Furthermore Joe's extended family, his brothers, sister, Mom and Dad, seemed to rely heavily on him and he in turn tried to help them in any way.

Because of the significant difficulties that will be faced by his family, who themselves were blameless, I would ask for you to grant Joe a sentence of probation or at least the lowest possible sentence, so that he can be a father to his children. Too many misguided adults today are a product of parental issues, where one or both parents are not present to provide the correct guidance at critical stages in a child's life. My wife is a Montessori teacher and she sees daily how important it is to have a strong stable home environment to allow children to grow into strong stable adults. I implore you to consider the positive affect Joe has had on his children to date and more importantly the positive affect he will have, if he is allowed to be a presence in their lives going forward.

Thank you for your consideration.

Sincerely,

Finbarr O'Carroll

avenue {PILATES}

*Jean Magrella*

December 9, 2010

To the Honorable Judge Joseph F. Bianco,

My name is Jean Magrella, and I own Avenue Pilates in Delray Beach. I am 48 years old, married for 24 years, a mother of two beautiful grown boys, and a business owner of 15 years. As I begin to write this letter to you, I pray for the right words to describe the unmatched love, friendship, and loyalty that I have experience from the Romano Family. It is for the reasons I will describe that I respectfully ask you to consider time served and allow Joseph Romano to return home to his family and community.

My first meeting with the Romano family came about four years ago when Karen Romano came to my place of business. Karen was new to Delray Beach, and my staff and I embraced her. It only took minutes to see her amazing qualities -- warmth, friendliness, kindness, and generosity. I have never had a better friend and I consider my friendship with Karen one of my life's greatest blessings. Initially, it was through Karen that I was able to get to know Joe. It had occurred to me that Karen always presented her husband in a beautiful way, and it was easy to see how much she loved him. In time I was able to get to know Joe personally. My first and lasting impression of Joe is that he is brilliant, outspoken, funny, a loving husband and father, and a man who would give you the shirt off his back. If there was a problem or a need, Joe would be the one I would go to for help. If I was on a ship that was sinking, I would trust Joe to lead us to safety. This is not just an opinion; it is my first-hand experience, since I encountered a struggle in my business and without hesitation both Karen and Joe were there for me. I am forever grateful. I will know the Romano family my whole life.

Now in this difficult time that my friends are facing, I find myself wishing I could do more, help them the same way they helped me. Instead, I have found that I am learning from them again, as I witness their love and strength. This situation would have separated many families and destroyed most marriages. But Karen and Joe have become closer than ever and their children are being lead through this with honesty and increased faith in God.

I understand these letters hold great value in the sentencing process and I do hope that I was able to express to you the true character of Joe and his entire family. As a close friend I was privileged with some of the intimate details of this case, the mistakes that were made, the remorse, and the dreams of the future. Once again I ask you with my heart to release Joseph Romano to be reunited with his wife, his children, his friends, and his community.

Sincerely,

*Jo Magrella*

Jean Magrella

Vincent Sanitate

20 white dove lane
Palm Coast Fl 32164

January 21, 2011

To the Honorable Judge Joseph F. Bianco,

My name is Vincent Sanitate, and my daughter Maria has been friends with Karen Romano since they were kids. I have known Joseph Romano since he's been with Karen, and he has always been good to both his family and my own. I think he is a fantastic husband and a true gentleman. I ask that you take into consideration the kind of person he is and the hardship his absence is causing his family as you contemplate his sentencing.

My wife and I have spent much time with the Romano family. We've visited them at their house in Florida and attended holiday events together in New York. We have witnessed Joe express great love for his wife and children whenever we are together. Joe has always treated us with respect and kindness, too.  He is a fantastic host, very attentive to my family's needs and concerned about our comfort and happiness while in his care. He has cooked for us and entertained us, and we've shared stories about building furniture and leading a family. It is very nice for a man like me to be treated well by my daughter's friends. It shows Joe  respects  his elders and knows the importance of family life.

Joe is the kind of person who would do anything for anybody. He's a fantastic guy like that. He loves my daughter, Maria, and has acted like an older brother to her, caring for her and protecting her when she needed it on many occasions. Once, he inconvenienced himself for her when she was having troubles with her husband, driving her and my grandchildren from New York to Florida so she could be with her family for support. Joe could have easily flown home alone in two hours, but instead he cancelled his flight and drove for two days with my daughter and my grandchildren to ensure that Maria and the kids were safe. I am grateful that he would make a sacrifice like that for my family, and it put my concerns as a father at ease knowing that my daughter and grandchildren were safe in his care.  Maria and my other daughters have stayed with the Romano family many times, and I always feel comforted knowing that Joe is there with them.

I wish only the best for this family. Karen is a sweetheart and she's like a daughter to me.  She and the kids have suffered greatly though this ordeal, and I know how much they need Joe home with them. As you deliberate his sentence, I hope that you take into consideration all the ways Joe and his family have suffered over the past two and a half years, and how Joe's presence is so important in the lives of many people, not just his family's but my family's too.

Sincerely,

Vincent  Sanitate

James Carroll

04 Feb 2011

RE: Joseph Romano

To the Honorable Judge Joseph F. Bianco

This is a letter of character regarding Joseph Romano

Dear Sir, my name is James Carroll and I have been a close friend of Joseph Romano for over 25 years. I was an officer in the same U.S. Naval squadron as Joe along with my future wife Dawn. Dawn was one of the first females in the squadron and was immediately accepted by Joe while many others shunned and resented her. Joe took her under his wing and acted as a big brother to her. After Dawn and I married we remained very close to Joe and even asked him to be Godfather to our daughter

Joe has been a dependable friend and has always been there when we needed him. When Dawn was going through some rough time Joe flew her and another Navy friend to New York and gave her a night on the town that she will never forget.

Before Joe had children he was a true role model for our children and always spoiled them when he was around. Now he has his own children and it is amazing how great a father and family man he has become.

Please take this letter into consideration during Joe's sentencing. I truly believe he is a good man and society would be a lot better served by Joe being there for his family.

Thank You for your consideration

James Carroll

*Jeff Roden*

February 2, 2011

To,
The Sentencing Judge/The Honorable Judge of the District Court,

Re: Joseph Romano

Your Honor,

This letter is a letter of character regarding Joseph Romano.

My name is Jeff Roden. I am the Vice President and part owner of the MT Group. Headquartered in Farmingdale, NY. The MT Group is a small to midsize testing and inspection firm with approximately 150 employees and five offices, serving Massachusetts through Maryland.

I have known Joe and the Romano family my entire life, our properties adjoined one another. As kids we built club forts that ran from my backyard to his backyard. From diapers to about 17 years old, Joe, his brother Sal and myself were inseparable. We did all types of things together as kids, such as playing football, baseball, dating, etc. Then Joe joined the Navy and I joined the Marines. We both served and were awarded honorable discharges. After our time serving our country, our friendship continued. Joe was best man at my wedding and is the Godfather to my oldest son Jeffery Jr.

Joe is one of the most hardworking, generous and family oriented people that I know. Since his discharge from the Navy, he remained in the rare coin industry. Joe has a big heart and would do anything to help out a family member, friend, or employee in need. He liked to surround himself with friends and family and help to improve the quality of life for all.

I am aware of the events regarding Joe's guilty plea of wire transfer fraud. I truly believe that Joe has suffered extensively for his actions. He has lost credibility in the public eye, and I believe he is truly desponded regarding what he has put his family though. His is a good family man. Joe's wife and children are certainly not deserving of what they have been through. They depend on him to take care of them and their home.

I believe that an extended prison term will serve as a tremendous hardship for his wife, who will bear the responsibility of trying to support their family. I believe that Joe's children will be tremendously adversely affected if he is required to go to prison for an extended period of time.

Because of the significant difficulties that will be faced by his family, who themselves were blameless in this crime; I would ask for you, the judge, to grant Joe a sentence of probation. I believe Joe and his family have suffered extensively. He is a good hearted, kind man, and if anybody deserves a second chance, it would be him.

Thank you for your consideration.

Sincerely,

Jeff Roden

1/12/2011

To The Honorable Judge Joseph F. Bianco

This letter is a letter of character regarding Joseph Romano

My name is Stacey Lane. I am the manager at my family's third generation family bagel store called "Bagel Town of Levittown". We have been in business for over 50 years, and it is safe to say the store is a local favorite in Levittown. I have known Joe and the Romano family my entire life. My grandfather was the original owner of Bagel Town and was known to be a tough man, and retained many old school views and values when it came to being an employer. Throughout the years he had told me many stories, He could be very critical and always had to have things done a certain way which he would refer to as "The right way". To be honest, my grandfather never had many good things to say about his employees back then. He would complain about the lack of work ethic and values he would observe from several employees. However, he would NEVER include Joe in his complaints. In fact what he DID say was "I wish they were all like him". Anyone who knew my grandfather would be able to tell you this carries a lot of weight coming from the type of man he was. I began working for my grandfather at the age of 14. By then the Romanos had their own families but they would always pop in to visit and show their respect for my family. The reason I have written so much about my grandfather is I know if my grandfather were alive today he would be fighting tooth and nail for Joe. Throughout my life I have had to privilege to get to know Joe on a personal level. I can honestly say he is one of the most generous, wonderful, and unselfish people I have ever met. I am proud to be able to call him a friend and even more so, consider him a father figure. He has taught me many lessons on how to be a good person and these have stuck with me throughout my life. Every Christmas Joe would give to a poor family so their children could have presents to open. He has also given to numerous charities to help brighten the lives of strangers. On a smaller scale, he would buy our local homeless man breakfast every morning at my store. Anytime I had an emergency or would just need help in general, Joe would be there or arrange for someone to be there and help me out. A few Christmas' ago my boyfriend (who was in the Navy at the time) was coming home for the holidays and I wanted to make him real Italian sauce. Being a veteran sailor himself, Joe left his own family on Christmas Eve to help me make it. These are just a few small examples of his kindness. He not only did these things for me but for all of his friends and family. Joe has given so many people places to stay, food, help, and COUNTLESS smiles and laughs. He has never asked for anything in return which is what makes it so genuine. I hope this letter has given some insight into the type of man Joe is. I could write a novel of the things he has done for me but I'm sure you are very busy so this will have to suffice. Thank you for taking your time to read this and god bless.

Sincerely,
Stacey Lane

Stacey Lane

Mrs. Linnea Polischuk
6644 N. Ocean Blvd.
Ocean Ridge, FL  33435

February 5, 2011

To the Honorable Judge Joseph F. Bianco

My name is Linnea Polischuk.  I am a "retired" museum curator with an MA in Connoisseurship and Art Market Studies and a very full-time mother of three!  (I have three young children, ages 7, 5, and 3.)  I have been close friends with the Romano family since we first met in March 2006—not only are we neighbors (we live just a few blocks away from each other in the small town of Ocean Ridge), but our children go to the same school.  Both our little town and our school are warm, insulated environments where people form strong bonds....my friendship with the Romano family is authentic and sincere and the connection will last forever!  Our friendship developed naturally and easily—both Karen and Joe are so warm and easy to get to know.  In addition, our daughters are in the same class at school, took ballet together for several years and played together on the local softball team. Our daily routines intertwined so frequently that we saw each other not just daily, but several times a day!

Joe Romano is a strong, protective, nurturing, gregarious man.  His personality sparkles with vitality and his love of life is contagious.  He is a visionary with big dreams and the courage to achieve them!  Joe is well-known for his generosity, and he will often astound you with his kindness.  He not only takes the time, but goes out of his way, to assist you with whatever he can—be it watching the children all day  or helping me pick out a special Christmas gift for my husband.  Even my 'baby', Cobalt, still talks about Mr. Romano endlessly carrying him around on his shoulders and playing with him in the pool.  He was truly creative and encourages creativity in others, especially children—but personally I recall so many great discussions with him about design ideas and he really listened to my projects and offered such wonderful helpful insight!  Joe is also refreshingly candid and honest and I feel that listening to his point of view was truly fascinating and eye-opening!

I feel that Joe's greatest gift is his love for his family.  Joe and Karen have such a strong bond that continues to hold the family together.  He is a great caretaker and provider— a great father!  He would never miss his daughter's ballet recital or final softball game!  He was always there for his children—birthdays and special occasions were phenomenal and he was completely involved in so many aspects of their daily routines.  I still recall the image of Joe walking the children into school—his arms loaded with backpacks, school projects or mountains of Christmas gifts for the teachers!

And I'll never forget the tremendous project he helped is son Joseph create—a complete replica of the Empire State Building!  I also remember the subtler moments that gave him such joy and he took such pride in—like when he explained how carefully he prepared breakfast for the children, complete with decorative garnishes!

I strongly feel that Joe Romano enhances his community and his presence is sorely missed.  He was active in efforts to preserve the beach and the sea grape plants that protect the dune, which are important to our community.  His energy and vision have such positive affect!  Most importantly, his love and strength are needed by his family.  I believe that Joe is a good person with strong values and so many virtues…his family needs him and he belongs with his family.

Sincerely,

Linnea Polischuk

377 Massapequa Ave,
Massapequa, NY 11758

January 22, 2011

Dear Honorable Judge Joseph F. Bianco,

My name is Marie Guardino, and I have known Joseph Romano for about twenty years. He is married to one of my very best friends, Karen Romano. Joe is an amazing friend and husband and an incredible father. He has a very giving heart, always helping others in need.

I'll never forget the time when Joe really helped me during a very difficult time in my life. I have been married for about four years and I have two small children. Over a year ago, I found out that my husband was having an affair for the past two years of our marriage. Joe was in New York at the time. He cancelled his flight back home to Florida and drove me and my kids in my minivan all the way to Florida so I can be with my parents and sisters who also live there. Joe drove over twenty hours; not once did he want me to drive.

He helped me so much mentally. Through changing diapers, kids throwing up, and my crying, he was patient and kind. He told me not to give up on my marriage and to try to keep my family together. He talked about how important it is for my children to have both parents with them as they grow up. He reminded me about the vows I had made, for better or worse, and how my commitment to my family was more important than my pride.

I'll never forget what Joe did for me. I don't know one other person that would cancel a two-hour flight to be in a car for two days with a woman and her two children under the age of three. He is truly a loving and caring man that would and has done continuous deeds for people in need, and deserves to be with his family who need him.

Sincerely,

*M. Guardino*

Maria Guardino

Tatiana Last

ADDRESS 1
City, State Zip

November 6, 2010

Dear Honorable Judge Joseph F. Bianco,

My son, Lucas, went to school with the Romano children at Unity School in Delray, Florida, and over the past year I have gotten very close with Karen and Joe. We have spent many "family days" together at the Romano house, and I can honestly say that that family needs Joe to be complete. The thought of him being taken away from those kids tears at my heart. I beg for your leniency in this case.

The Romano kids adore their father, and so does my son. It was always a fight to get Lucas to leave the Romano home at the end of the playdate. In fact, most playdates turned into sleepovers because Lucas would be so upset at the thought of leaving that Joe would say, "Ah, just let him stay here for the night. What's the big deal?" Lucas loves being with the family! Joe would make every bit of the visit an "event" -- from making the kids breakfast to watching a movie to playing in the pool. Joe has a talent for getting the kids "revved up" or excited about whatever it is they're about to do -- even cleaning up! And I think a big part of why Lucas is attached to that family is that they *are* a family; whoever is home is involved in whatever is going on. The kids would all climb into the big bed in the guest room to watch a movie with Joe; everyone would be in the kitchen together, as Joe would explain step-by-step how he was making breakfast; their backyard was always full of people, a spontaneous pool party would erupt weekly. The bottom line is that house was fun to be in, and my son felt like part of the family when he was there.

The fun was always combined with instruction, though, and that's why I loved my son being there. As much fun as the kids had, it was never a free-for-all. Joe was strict in terms of respect for each other and the house, and he always knew how to balance the freedom he wanted to give the kids and the discipline he knew he had to instill in them. And that's another reason I think Luke is attached to the family: kids thrive in creative environments but also in structured environments, and Karen and Joe have the balance between the two down to a science.

Raising a family that way is not easy. Karen and I spend a lot of time talking about negotiation and flexibility. And their kids are rough to deal with -- two little boys in men's bodies and a little girl who demands constant attention. But Karen and Joe work together as a team, and even through this Karen's focus has remained on making sure the kids are ok. It's hard for her to do it without Joe there, though, as they have been working together to raise those kids for over 10 years. I hope you can find it in your heart to take leniency in his case so that he can return to his family as soon as possible.

Sincerely,

in the mail (TL)

Tatiana LAST

3/27/2014
Case 2:09-cr-00170-EK   Document 793-1   Filed 12/15/25   Page 111 of 112 PageID #:
1592
Case 1:12-cr-00691-JFK   Document 167-1   Filed 03/27/14   Page 1 of 1 PageID #:
1596

| Subject: | [No Subject] |
| --- | --- |
| From: | Karen Romano ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ |
| To: | michael@mbachlaw.com; |
| Date: | Thursday, March 27, 2014 10:24 AM |

I'm writing on behalf of my family to ask that you approach my husband's sentencing with a merciful and compassionate heart. I understand the severity of his charges and the weight of your responsibility. I just ask that you remember the totality of what transpired to bring us to this point, and that you consider our family and our children when making your decision.

It's heartbreaking to admit that while my husband bares the ultimate responsibility for his situation, the system failed in this case. My husband entered this situation from the previous case as a staunch patriot who enlisted to fight for this country because he believed in justice and freedom and opportunity. This is not the treatment he received. Instead of the opportunity to prove his innocence, my husband was met with overzealous prosecutors and negligent lawyers, and his pervious case that was handled in ways that border on criminal themselves. Nothing about the way that case was handled came close to resembling my husband's understanding of the way this country works, and it drove him crazy. Even the most docile animal, when caged and abused, will become ferocious. It's a survival mechanism, really. This all lead us to these new charges and they guilty verdict for the present charges. Now with a defense team willing to do the work needed for this new case, it was too late. It's been heartbreaking for me to watch as my husband deteriorated, and while I know he must take responsibility for how the situation has escalated, I ask you to recognize that some of the responsibility lies within the system itself. I heard police officers in this case lie under oath. I am not here in the courtroom today because I don't feel that the entire truth has been told in this case. Only fragmented pieces put together to outline a "crime" put together by the prosecution.

As much as I know this to be the case, I also know that today it doesn't matter. What's now left in your hands is to decide what to do about it. I ask that you take into consideration the loving father he has been to our children. Throughout this ordeal he and the kids have maintained a loving and nurturing relationship, even when denied contact through visitation or phone calls. It's been difficult, and our children have suffered greatly. They will need to maintain their relationship with their father in order to process not only what is about to happen to our family, but also the future stages of their lives. Like all children, having the love and guidance of their parents is imperative to growing into healthy, productive people. To remove their father from their lives, either through time or through space, would be devastating. I ask that you consider our children not only when you decide the length of my husband's sentence but also his placement in the system, to keep him within driving distance from us so that the children can continue to see him. Please do understand that there is more facts to this case that was not told to the jury and more lies or omission of the truth.

Karen Romano

# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

JOSEPH ROMANO                    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 AR53    USNR

was Honorably Discharged from the

# United States Navy

on the 21st day of JULY 1994. This certificate is awarded as a testimonial of Honest and Faithful Service

C. T. BOPUB, CAPTAIN USNR
Commanding Officer
Naval Reserve Personnel Center