ORIGINAL

November 27, 2025

Honorable Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 18 2025 ★
BROOKLYN OFFICE

Re: Romano First Step Act Application Supplement; Four pages including letter to the Clerk.

Honorable Clerk of the Court:
The enclosed supplement is an attachment to my First Step Act application which has not yet been assigned a case number.
However, the Honorable Judge Komitee' initial have been affixed to the heading as he will most likely be assigned to this case; as I have a case before his honor currently.

Respectfully submitted,
Joseph Romano

REC'D IN PRO SE OFFICE
DEC 18 25 PM 12:17

1 of 1

Honorable Judge Erik R. Komitee   November 27, 2025
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: First Step Act
Supplement
Case: _____ ERK

Dear Honorable Judge Komitee:
   I'm respectfully asking you to order my immediate and unconditional release in accordance with my First Step Act application which gives you unfettered discretion. The conditions of my fifteen years in Prison have been equal to five life sentences.
   The most recent evil is the brain-child of our New Warden, her Captain and the SIS Lieutenant; They painted over the windows, preventing men locked in cells for 22-24 hours from seeing out. They moved forward with this diabolical scheme despite warnings from Psychology about the

1 of 3

permanent debilitating affects.

I have been in therapy for five (5) years; these conditions have dragged me down to an ominous place. I'm respectfully demanding immediate action to fend off disastrous consequences, for myself and others.

I respectfully plead-implore your honor to understand I'm in a 70 square foot cement cell; The only semblance of humility and dignity I had was my solace to look into the heavens for God to get me home to my family; that is now completely gone. I cannot even determine night from day. I spoke with Psychology and am aware they pleaded with the executives that this not be done because studies showed irreparable, permanent injuries and even distress that could lead to death.

I know in my heart this is criminal behavior and if his honor don't intervene than nobody will.

I respectfully request his honor to also order a criminal investigation into these assertions and these premise's (ADX-Florence).

I swear under penalty of perjury the above charge is true and correct. Sworn this November 27, 2025 /s/ [signature]
Thanks-giving day.          Joseph Romano
                            (72247053)
                            P.O. Box 8500
                            USP Max
                            Florence, Co. 81226

Respectfully submitted,
[signature]

3 of 3

Name: ROMANO, Joseph
Reg No: (72247053)
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

Three page motion-supplement to FSA and one page letter to Clerk. Four pages total!
Nov. 27, 2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 18 2025 ★
BROOKLYN OFFICE

cm-25-384

DENVER CO 802
11 DEC 2025 PM 8 L

c/o Clerk of the Court
Honorable Judge Erik R. Komitee
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York
11201

Placed in prison lockbox Nov. 28, 2025