Honorable Erik R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 03 2026 ★
BROOKLYN OFFICE

Re: United States v. Joseph Romano
Case No. 2:09-CR-00170-EK

Dear Honorable Judge Komitee,

Enclosed please find Reply Section one (Page 2); and Notice of Supplemental Authority (Page 3).

Respectfully submitted,
Joseph Romano

RECEIVED
FEB 03 2026
PRO SE OFFICE

1 of 3

## REPLY – SECTION I

The record of the May 26, 2010 Curcio hearing conclusively limits the scope of the waiver to the bail revocation context. The Court defined the specific conflict solely in terms of the immediate proceeding, stating that counsel was "a potential witness in the bail revocation hearing which we are going to commence" (Tr. at 3).

Independent Curcio counsel likewise defined the risk as Petitioner's loss of the right to cross-examine counsel if called as a witness. Petitioner confirmed his understanding on the record: "My understanding of it is that I lose the right to cross-examine my attorney if he is put on the stand as a witness for the prosecution" (Tr. at 7).

The Court further stated that if circumstances changed, the conflict issue would be revisited (Tr. at 12). No renewed Curcio inquiry occurred at the subsequent plea stage or at sentencing.

Accordingly, the record reflects that Petitioner's guilty plea was entered without a knowing or voluntary waiver of counsel's conflict at that critical stage.

Dated: Jan. 16, 2026
Florence, Colorado

/s/ Joseph Romano
Joseph Romano
Reg. No. 72247-053
ADX Florence
United States Penitentiary
P.O. Box 8500
Florence, CO 81226
Pro Se

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Petitioner respectfully submits this Notice to advise the Court that, as of October 1, 2025, the conviction and sentence in United States v. Romano, Case No. 1:12-cr-00691, are the subject of an active post-conviction motion pending before Circuit Judge Denny Chin (see Dkt. 296; Order of Reassignment entered Oct. 1, 2025).

This Notice is submitted solely to clarify the procedural posture of that case in light of the Government's assertion that the 12-cr-691 sentence is "unchallenged." No further argument is made.

Dated: Jan. 16, 2026
Florence, Colorado

/s/ Joseph Romano
Joseph Romano
Reg. No. 72247-053
ADX Florence
United States Penitentiary
P.O. Box 8500
Florence, CO 81226
Pro Se

Name: Rodriguez Joseph
Reg. No. (72247-053)
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

cm-26-024

Prison Mail Jan. 16, 2026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 03 2026 ★
BROOKLYN OFFICE

USMS

11201-183299

c/o Clerk of the Court
Hon. Erik R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201