March 26, 2026

Clerk of the Court
Hon. Judge Komitee
United States Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    APR 14 2026    ★

BROOKLYN OFFICE

RECEIVE
APR 14 2026
PRO SE OFFICE

Re: 2:09-cr-00170-EK (Related 2:16cv-00893EK)

Dear Honorable Judge Komitee:

I sincerely thank you for all your consideration in the above case.

Please note I filed an Omnibus Motion before this Court.

Moreover, also included was an material Motion per guideline changes wholly Material to my case (Section 821 USSG).

Furthermore today I received the Governments response to the above mentioned Motion.

I'm asking this Honorable Court to allow me an additional Sixty (60) days to answer - respond to

1 of 2

the Governments submission.

Moreover, I'm asking for this Honorable Court to allow and accept motions, letters and responses directly from my wife Karen Romano. Karen Romano has Power of Attorney to submit and sign any document in the above case. Karen Romano's Authority has an effective date retroactive to December 1, 2025.

As this Court is wholly aware the restrictions at this facility are extremely inhibited—cumbersome and I would hunch intentional; and by design obviate my ability as a Pro-se litigant to redress the Court.

Therefore, I pray this Honorable Court grant Sixty (60) day extention and except my Pro-se submissions directly from my wife Karen but not preclude motions, letters, submission from me as well.

Respectfully Submitted,

Sworn Under Penalty       /s/
of Perjury-March 26, 2026.        Joseph Romano

2 of 2

Name Romano, Joseph
Reg. No. (72247053)
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
cm-26-091

DENVER CO 802
10 APR 2026 PM 9 L

C/o Clerk of the Court
Honorable Judge Komitee
United States Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2026

BROOKLYN OFFICE

Prison legal Mail March 29, 2026



FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: _____

ADD 0 0 2026

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the above address.