Karen Romano
22 Lilac Lane
Levittown, NY 11756
(516) 949-9316
romano2379@gmail.com
May 6, 2026



F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAY 11 2026    ★

BROOKLYN OFFICE



Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Romano, No. 2:09-cr-00170-EK*
**Related Civil Matter:** *Romano v. United States, No. 2:25-cv-05488-EK*

Dear Judge Komitee:

I respectfully write only to advise the Court of a mailing issue involving two forthcoming pro se submissions from Joseph Romano.

Two corrected submissions have been sent to Mr. Romano at ADX Florence for his review, signature, and mailing through the institutional legal mail system:

1. Defendant's Reply to the Government's Opposition to Motion for Compassionate Release (Doc. 798); and

2. Supplemental Letter Regarding Government's Supplemental Brief (ECF No. 787), Footnote 1, and Pending Rule 6 Motion (ECF No. 799).

Both submissions are intended to come directly from Mr. Romano pro se through institutional legal mail.

This notice is not intended to present argument, request relief, or file anything on Mr. Romano's behalf. I am writing only so the Court is aware that these two signed submissions from Mr. Romano should be forthcoming by institutional legal mail.

Respectfully submitted,

Karen Romano

Karen Romano



REC'D IN PRO SE OFFICE
MAY 11 '26 PM1:10

Karen Romano
22 Lilac Ln
Levittown, NY 11756

MID ISLAND NY 117
6 MAY 2026 PM 1 L

HICKSVILLE USPS
MAY -6 2026
145 W. JOHN STREET
HICKSVILLE, NY 11801
USPS

Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 11 2026 ★

BROOKLYN OFFICE

11201-183299