June 10, 2026

Clerk of the Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆   JUN 23 2026   ☆

BROOKLYN OFFICE


RECEIVED
JUN 23 2026
PRO SE OFFICE

Re: Criminal Case No. 2:09-CR-00170-EK

Honorable Judge Komitee:

Recently I learned this honorable Court ordered the Govt. to explain - give reason for and clarify a Memorandum fashioned by Agent Hessle?

I respectfully request this Honorable Court to allow me to respond to what the Govt. submits.

I also request this Court to direct the clerk to send me a copy of the Govts. response that is to come.

Respectfully Submitted,

Joseph Romano

REC'D IN PRO SE OFFICE
JUN 23 '26 AM 11:13

Name: Romano Joseph
Reg No: (72247053)
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500
cm-26-162

DENVER CO 802
16 JUN 2026  PM 9  L

Freedom
250

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 23 2026

BROOKLYN OFFICE

c/o Clerk of the Court
Judge Komitee
225 Cadman Plaza East
Brooklyn, N.Y.
11201

11201-163299

Prison Legal Mail June 10, 2026