FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 23 2026   ★

BROOKLYN OFFICE

Karen Romano
22 Lilac Lane
Levittown, NY 11756
romano2379@gmail.com
516-949-9316

June 17, 2026

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joseph Romano, No. 2:09-cr-00170-EK
Related Civil Case No. 2:16-cv-00893-EK
Ministerial Notice Regarding Forthcoming Pro Se Reply to ECF No. 806

To the Clerk of Court:

I am Karen Romano, wife of Joseph Romano. Mr. Romano remains pro se and is incarcerated at USP ADX Florence.

This notice is submitted only to alert the Clerk's Office that Mr. Romano is transmitting a brief pro se reply to the Government's Response in Opposition to his Rule 6 motion, ECF No. 806. Because Mr. Romano is incarcerated at USP ADX Florence and filings must move through institutional legal mail procedures, there may be a delay before his signed reply reaches the Clerk's Office.

This notice is not submitted as legal argument, and I am not acting as counsel.

Respectfully submitted,

*Karen Romano*

Karen Romano

REC'D IN PRO SE OFFICE
JUN 24 '26 AM 9:04

Karen Romano
22 Lilac Lane
Levittown, NY 11756

MID-ISLAND NY. 117

18 JUN 2026  PM 3  L

usa forever

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUN 2 3 2026    ★

BROOKLYN OFFICE

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

11201-183299