Karen Romano
22 Lilac Lane
Levittown, NY 11756
romano2379@gmail.com
516-949-9316

July 29, 2026

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 03 2026 ★

BROOKLYN OFFICE

Re: United States v. Joseph Romano, No. 2:09-cr-00170-EK
Related Civil Case No. 2:16-cv-00893-EK
Ministerial Notice Regarding Pro Se Reply to ECF No. 806

To the Clerk of Court:

I am Karen Romano, wife of Joseph Romano. Mr. Romano remains pro se at USP ADX Florence.

My earlier notice, ECF No. 808, said that a pro se reply to ECF No. 806 was forthcoming. Mr. Romano has since told me that he signed it and placed it in institutional legal mail along with the supplemental record citations now docketed as ECF No. 809. It has not appeared on the docket.

On July 29, 2026, I called the Clerk's Office to ask whether it might still be in processing. I was told that no copy could be found.

Mr. Romano will file a resubmitted reply directly with the Court.

This notice is not submitted as legal argument, and I am not acting as counsel.

Respectfully submitted,

*Karen Romano*

Karen Romano

RECEIVED
AUG 03 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
AUG 3 '26 AM11:55

Karen Romano
22 Lilac Lane
Levittown, NY 11756

MID-ISLAND NY 117

29 JUL 2026 PM 1 L



1776 ★ 2026
USA FOREVER

Freedom 250



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.
AUG 03 2026
BROOKLYN OFFICE

USMS

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

11201-183299