RECEIVED
SEP 09 2026
PRO SE OFFICE

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

August 23, 2026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2026 ★
BROOKLYN OFFICE

Supplement to Compationate Release
Re: The Sacred Bonds of
Holy Matrimony - 2:16 CV 00893 EK Related civil case

Dear Honorable Judge Komitee:

On November 6, 2026 and in the afternoon hours, my son Joseph Romano IV will take his holy vows in Matrimony in the presence of Our Lord and Savior. It will be a traditional wedding devout to my treasured faith as a Roman Catholic and in the holy Church of Saint Rose of Lima in Masspequa, New York; my wifes Church.

REC'D IN PRO SE OFFICE
SEP 9 '26 PM3:29

The ceremony and celebration will symbolize the rich traditions of my grandparents as they migrated from Italy to Ellis Island, New York and were greeted with the Statue of Liberty in New York Harbor. An Legacy we are all proud of.

Joseph is my first born child and my second born Charles is his best man. My daughter, their sister Sophia will serve as a Brides maid. They are my heart and Soul.

My children and wife Karen are the loves of my life and are my justification to fight for my freedom and desire to live. Devoid of them I am Nothing.

I learned from my Grandmother who was a reverend woman in love with America, that the two most important days in your life are the day you were born and the day you realize why.

I was born to be an husband and a Father and the Patriach of My beloved and vast Italian American Family; devoted to benevolence, service to God and the love for humanity; and those that are needy.

My Mom whom is rich in Italian tradition is 88 years old, faithful, Prays daily and Never misses church services on Television. She prayers for my freedom and for God to let her live long enough to see my son Joseph whom lives across the street from her and whom is Honorably Named after her husband, walk down the aisle. She lives in the humility of pain and fears Never seeing me; as she cannot travel. I am aware of the suffrage I have caused my Mom, as she grieves for me, painfully.

Please help me bring solace to My Mom and wife as they bear

witness to my freedom and ability to walk my first born down the aisle.

I have suffered immeasurably and beyond the expression of words; and live in a sadistic misery, sorrow and torment daily, for my lack of judgment and mistakes. I have been punished, deterred and at 64 years old will never re-offend nor be a recidivist. I have been humbled, punished devastated and my love for God and my family is what I live for; especially this moment I dreamed about: walking my children down the aisle of Holy Matrimony and taking vows like Karen and I took, and live by even while I am imprisoned. We are a true family in the generic and literal sense.

A local Priest comes to the ADX monthly and I receive Communion.

I have been forgiven by the Lord and Savior and that it is incumbent on me to write you; he knows that you are fair, just, honest and an empathetic-Honorable Judge; who knows I have been measured with Justice, punishment and that you will temper justice with mercy. My spirit also feels this and it has reached the inner depths of my heart and soul.

I bow to you His Honor and plead for Mercy. I am a broken man but one with esteem for my service to our Country, faith in God and charitable benevolence; as well as dedicated love for my family.

Viktor Frankl, an M.D. whom spent years in Auschwitz and lost his entire family stated, "that if you can find the why in your life you will figure out the How." My why

is to redeem myself through service to the oppressed, Needy and to be the best son, husband and father humanly possible. I need your help as it commences with me walking my Joe down the aisle.

God Speed,
Most Respectfully,
Joseph Romano
Joseph Romano

Name: Romano, Joseph
Reg No: (72247053)
U.S. PENITENTIARY MAX.
P.O. BOX 8500 [redacted]
FLORENCE, CO 81226-8500

DENVER CO 802
3 SEP 2026 PM 8 L

Thinking




C/o Clerk of the Court
Honorable Judge Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York
11201

26-224

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2026 ★
BROOKLYN OFFICE

11201$1832 C030

Prison legal Mail Aug. 28, 2026

FEDERAL PRISON CAMP
P.O. BOX [illegible]
FLOR[illegible], COLORADO 81[illegible] SEP 0 1 2016

DATE: ______________________

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.